UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAMERCY ADVISORS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARLETON A. JONES, III and | ) |
| JOHN A. JONES, | ) |
| | ) |
| Defendants, | ) |
| | ) |

Case No. 07-CV-2809

Judge McKenna

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____       │
│ DATE FILED: 4/26/07          │
└─────────────────────────────┘
```

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter came before the Court upon the motion of Defendants for an order admitting Winston S. Evans and Thomas W. Shumate IV to practice before this Court, *pro hac vice*. NOW THEREFORE, IT IS

ORDERED AND ADJUDGED THAT Winston S. Evans and Thomas W. Shumate are hereby admitted, *pro hac vice*, to practice in the United States District Court for the Southern District of New York with respect to the above-captioned matter.

This the 26 day of _____APRIL_____, 2007.

_____
U.S. District Court Judge
Southern District of New York

361400 012 ls

Exhibit C