UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAMERCY ADVISORS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 07-CV-2809 |
| CARLETON A. JONES, III and JOHN A. JONES, | ) ) Judge McKenna ) Magistrate Judge Peck |
| Defendants, | ) ) |

**DEFENDANTS' MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Defendants, Carleton A. Jones, III and John A. Jones, by and through the undersigned counsel, and pursuant to Local Rule 1.3, United States District Court Rules, Southern District of New York, file this motion requesting the admission, *pro hac vice*, of the following counsel: Winston S. Evans and Thomas W. Shumate IV. Copies of supporting affidavits are attached hereto as **Exhibit A** and a copy of a proposed order is attached hereto as **Exhibit B**. The grounds upon which this motion are based are as follows:

1.  Mr. Evans and Mr. Shumate practice with the firm of Evans, Jones & Reynolds, P.C. in Nashville, Tennessee.

2.  Mr. Evans and Mr. Shumate are members in good standing of the bar of Tennessee, the Tennessee Supreme Court (Certificates of Good Standing are attached hereto as **Exhibit C**, and the United States District Court for the Middle District of Tennessee.

3.  Mr. Evans and Mr. Shumate do not appear regularly in this Court to such a degree as to constitute the regular practice of law in the State of New York.

4.	Richard D. Meadow and The Lanier Law Firm have been designated as local counsel for Defendants, upon whom all notices and papers may be served and who will be responsible for the progress of the case.

5.	Mr. Evans and Mr. Shumate are familiar with the Local Rules and agree to abide by them, as well as the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the New York Bar.

WHEREFORE, Defendants request that Mr. Evans and Mr. Shumate be admitted *pro hac vice* pursuant to Rule 1.3, United States District Court Rules, Southern District of New York.

This the 24 day of April, 2007.

                                    THE LANIER LAW FIRM, P.L.L.C.

                                    By: /s/ Richard D. Meadow
                                    Richard D. Meadow (#1963578) 2621
                                    126 East 56th Street, 6th Floor
                                    New York, NY 10022
                                    Phone: (212) 421-2800
                                    Fax:   (212) 421-2878
                                    rdm@lanierlawfirm.com

                                    *Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I, Richard D. Meadow, do hereby certify that the foregoing *document* was served upon all parties of record by mailing a copy thereof to their counsel of record at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in accordance with Federal Rules of Civil Procedure.

This the __24__ day of April, 2007.

THE LANIER LAW FIRM, P.L.L.C.

By: _____
Richard D. Meadow (#1963578) 2621
126 East 56th Street, 6th Floor
New York, NY 10022
Phone: (212) 421-2800
Fax:    (212) 421-2878
rdm@lanierlawfirm.com

*Attorneys for Defendants*

SERVED:

Sean F. O'Shea, Esq.
O'Shea Partners, LLP
90 Park Avenue, 20th Floor
New York, NY 10016

Hon. Lawrence M. McKenna, District Judge
United States Courthouse
500 Pearl St., Room 1640
New York, NY 10007

Hon. Andrew J. Peck, Magistrate Judge
United States Courthouse
500 Pearl St., Room 1370
New York, NY 10007

361400 009 ls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAMERCY ADVISORS, LLC, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) Case No. 07-CV-2809 |
| CARLETON A. JONES, III and JOHN A. JONES, | ) ) Judge McKenna |
| Defendants, | ) ) ) |

### AFFIDAVIT OF WINSTON S. EVANS

STATE OF TENNESSEE  )
                     )
COUNTY OF DAVIDSON  )

WINSTON S. EVANS, of full age, being duly sworn upon his oath deposes and says:

1. I am a member of good standing of the Tennessee Bar.

2. I hereby consent to be subject to the jurisdiction and rules of the United States District Court for the Southern District of New York governing professional conduct.

FURTHER AFFIANT SAITH NOT.

_____
WINSTON S. EVANS

Sworn to and subscribed before me

this the 19 day of April, 2007.

_Lisa V. Spiess_
NOTARY PUBLIC

My Commission Expires: 9-25-2010

361400.010 ls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAMERCY ADVISORS, LLC,           )<br>                                                       )<br>           Plaintiff,                         )<br>                                                       )<br> v.                                                 )<br>                                                       ) Case No. 07-CV-2809<br> CARLETON A. JONES, III and  )<br> JOHN A. JONES,                        ) Judge McKenna<br>                                                       )<br>           Defendants,                    )<br>                                                       ) | |

### ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter came before the Court upon the motion of Defendants for an order admitting Winston S. Evans and Thomas W. Shumate IV to practice before this Court, *pro hac vice*. NOW THEREFORE, IT IS

ORDERED AND ADJUDGED THAT Winston S. Evans and Thomas W. Shumate are hereby admitted, *pro hac vice*, to practice in the United States District Court for the Southern District of New York with respect to the above-captioned matter.

This the ___ day of _____, 2007.

_____
U.S. District Court Judge
Southern District of New York

361400.012 ls

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that WINSTON S. EVANS is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment: October 23, 1978.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 18th day of April, 2007.

Michael W. Catalano, Clerk

By *Lisa Marsh* D.C.

# *CLERK OF THE SUPREME COURT*

# *STATE OF TENNESSEE*

*I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that THOMAS W. SHUMATE, IV is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.*

*Date of Enrollment:   November 17, 1998.*

*In testimony whereof, I have set my hand and affixed the seal of the Court on this the 18th day of April, 2007.*

*Michael W. Catalano, Clerk*

By *Lisa Marsh* D.C.