# O'SHEA PARTNERS LLP
90 PARK AVENUE
20th FLOOR
NEW YORK, NEW YORK 10016

SEAN F. O'SHEA
MICHAEL E. PETRELLA
—
HARLAN J. PROTASS
MARC D. FEINGOLD
JONATHAN R. ALTSCHULER
MAUREEN MORAN
JULIE O'SHEA

**MEMO ENDORSED**

(212) 682-4426
Fax (212) 682-4437
www.osheapartners.com

May 15, 2007

RECEIVED
IN CHAMBERS

MAY 16 2007

 ̶  ̶  ̶ M. McKENNA

**By FedEx**

Hon. Lawrence M. McKenna
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/07

Re:  Gramercy Advisors, LLC v. Carleton A. Jones, III, et al.
     07 CV 2809 (LMM) (AJP)

Your Honor:

This office represents Plaintiff in the above captioned matter. By agreement, the parties request that Your Honor extend Defendants' time to Answer, move against, or otherwise respond to Plaintiff's Complaint until June 19, 2007.

For the Court's convenience, I have included a "So Ordered" signature block at the foot of this letter should the Court concur in the foregoing request.

Respectfully submitted,

Jonathan R. Altschuler

cc:  Winston S. Evans, Esq. (via fax)

**SO ORDERED:**

_____ 5/16/07
Lawrence M. McKenna, U.S.D.J.