**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

GRAMERCY ADVISORS, LLC;

                                        :

                     Plaintiff,

                                        :

          v.                                **Civ. A. No. 07cv2809 (LMM)**

                                        :

CARLETON A. JONES, III, and             :
JOHN A. JONES;

                                        :

                     Defendant.

                                        :
-------------------------------------------------------------- x

## NOTICE OF MOTION BY PLAINTIFF GRAMERCY ADVISORS, LLC FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE, the Plaintiff will move this Court before the Honorable Lawrence M. McKenna, U.S.D.J., at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an Order granting Plaintiff's Motion for Partial Summary Judgment. In support of the motion, Plaintiff will rely upon the accompanying Memorandum of Law; Statement of Material Facts Not In Dispute Pursuant to Local Civ. R. 56.1; and Declaration of Michael E. Petrella.

Dated:        New York, New York
              June 15, 2007

                                   /s/ Sean F. O'Shea
                                   Sean F. O'Shea (SO 5746)
                                   Michael E. Petrella (MP 3794)
                                   Robert R. Viducich (RV 7300)
                                   **O'SHEA PARTNERS LLP**
                                   90 Park Avenue, 20th Floor
                                   New York, New York 10016
                                   Tel:    (212) 682-4426
                                   Fax:    (212) 682-4437