UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

| | |
|---|---|
| GRAMERCY ADVISORS, LLC; | : |
| Plaintiff, | : |
| v. | : **Civ. A. No. 07cv2809 (LMM)** |
| | : **ECF CASE** |
| CARLETON A. JONES, III, and JOHN A. JONES; | : |
| | : |
| Defendants. | : |
| | : |

------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Michael E. Petrella, hereby certify that on 6/15/07, I served the foregoing upon Winston S. Evans, Esquire by electronic mail; and on 2/28/06, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following

wevans@ejrlaw.com

/s/ Michael E. Petrella
Michael E. Petrella
**O'SHEA PARTNERS LLP**
90 Park Avenue, 20th Floor
New York, New York 10016
Tel:   (212) 682-4426
Fax:   (212) 682-4437