**APPENDIX A
TO MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS, STAY OR TRANSFER**

I. **GRAMERCY HAS HAD SUFFICIENT MINIMUM CONTACTS WITH TENNESSEE FOR THE MIDDLE DISTRICT OF TENNESSEE TO EXERCISE JURISDICTION OVER IT.**

  A. **Gramercy's tortious misrepresentation and failure to disclose material facts caused injury in Tennessee. For that reason alone, the Middle District of Tennessee has jurisdiction over Gramercy.**

The Amended Complaint filed in the Middle District of Tennessee alleges that Gramercy conspired with the co-defendant, BDO Seidman, LLC to sell illegal tax shelters to numerous persons, including Messrs. Jones. *See e.g,.* Amended Complaint at ¶¶ 18, 29-36, 55-59, 73, 143-159][1] In the course of this conspiracy, numerous misrepresentations were made to Messrs. Jones and material facts were concealed from them. [Amended Complaint, ¶¶ 86-99, 112]. Many of these misrepresentations and concealments were made by BDO acting as co-conspirator with Gramercy. [Amended Complaint, ¶¶ 76-78, 87-93, 112]. Therefore, those misrepresentations and concealments are attributable to Gramercy and Gramercy is liable for them. [Amended Complaint, ¶¶ 78, 87].

Additional facts were concealed and misrepresentations were made directly by Gramercy during a meeting in New York City. The allegations of the Amended Complaint concerning that meeting include the following:

> 94.   In April of 2002, Messrs. Jones, Steve Solys[2] and Puckett (representing BDO) met with Johnston (representing Gramercy) at the offices of BDO in New York.

---

[1] A copy of the Amended Complaint from the Tennessee Case is Exhibit 2 to the declaration of Winston S. Evans (hereinafter "Evans Declaration").

[2] Mr. Solys is the financial planner for Messrs. Jones.