# EXHIBIT 3

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

JOHN A. JONES and CARLETON A. JONES III

V.

BDO SEIDMAN, LLC and
GRAMERCY ADVISORS, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06-CV-1115

TO: (Name and address of Defendant)

Gramercy Advisors, LLC
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Winston S. Evans (#6281)
Thomas W. Shumate IV (#19595)
Evans, Jones & Reynolds, P.C.
1810 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2424
(615) 259-4685

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

MAR 2 8 2007

CLERK  *Angie Brewer*   DATE
(By) DEPUTY CLERK

**RETURN COPY**

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 3/29/07 |
| NAME OF SERVER (PRINT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: GRAMERCY ADVISORS, LLC C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/29/07
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

SERVED: SUMMONS & AMENDED COMPAINT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.