# EXHIBIT 6

CIVIL.C.DEC2006

TABLE C. U.S. DISTRICT COURTS
CIVIL CASES COMMENCED, TERMINATED AND PENDING
DURING THE TWELVE MONTH PERIODS ENDED DEC. 31, 2005 AND 2006

| CIRCUIT AND DISTRICT | FILINGS PERIOD ENDED DEC. 31, 2005 | FILINGS PERIOD ENDED DEC. 31, 2006 | FILINGS PERCENT CHANGE 1 | TERMINATIONS PERIOD ENDED DEC. 31, 2005 | TERMINATIONS PERIOD ENDED DEC. 31, 2006 | TERMINATIONS PERCENT CHANGE 1 | PENDING PERIOD ENDED DEC. 31, 2005 | PENDING PERIOD ENDED DEC. 31, 2006 | PENDING PERCENT CHANGE 1 |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL... | 245,575 | 270,171 | 10.0 | 280,729 | 258,542 | -7.9 | 252,806 | 264,435 | 4.6 |
| DC...... | 2,635 | 2,388 | -9.4 | 2,681 | 2,775 | 3.5 | 3,303 | 2,916 | -11.7 |
| 1ST..... | 6,198 | 5,806 | -6.3 | 6,578 | 6,087 | -7.5 | 7,270 | 6,989 | -3.9 |
| ME...... | 453 | 407 | -10.2 | 502 | 420 | -16.3 | 303 | 290 | -4.3 |
| MA...... | 3,294 | 2,993 | -9.1 | 3,326 | 3,224 | -3.1 | 3,992 | 3,761 | -5.8 |
| NH...... | 479 | 498 | 4.0 | 545 | 534 | -2.0 | 441 | 405 | -8.2 |
| RI...... | 560 | 570 | 1.8 | 562 | 578 | 2.8 | 796 | 788 | -1.0 |
| PR...... | 1,412 | 1,338 | -5.2 | 1,643 | 1,331 | -19.0 | 1,738 | 1,745 | 0.4 |
| 2ND..... | 23,480 | 27,275 | 16.2 | 22,226 | 21,695 | -2.4 | 32,391 | 37,971 | 17.2 |
| CT...... | 2,045 | 2,159 | 5.6 | 2,219 | 2,382 | 7.3 | 2,910 | 2,687 | -7.7 |
| NY,N.... | 1,672 | 1,599 | -4.4 | 1,608 | 1,452 | -9.7 | 2,678 | 2,825 | 5.5 |
| NY,E.... | 6,325 | 7,040 | 11.3 | 6,465 | 5,926 | -8.3 | 7,580 | 8,694 | 14.7 |
| NY,S.... | 11,381 | 14,675 | 28.9 | 9,874 | 9,991 | 1.2 | 16,155 | 20,839 | 29.0 |
| NY,W.... | 1,695 | 1,529 | -9.8 | 1,672 | 1,627 | -2.7 | 2,714 | 2,616 | -3.6 |
| VT...... | 362 | 273 | -24.6 | 388 | 317 | -18.3 | 354 | 310 | -12.4 |
| 3RD..... | 27,471 | 46,774 | 70.3 | 28,329 | 41,326 | 45.9 | 23,473 | 28,921 | 23.2 |
| DE...... | 1,007 | 928 | -7.8 | 1,251 | 1,154 | -7.8 | 1,585 | 1,359 | -14.3 |
| NJ...... | 6,234 | 6,564 | 5.3 | 6,643 | 6,537 | -1.6 | 5,839 | 5,866 | 0.5 |
| PA,E.... | 14,260 | 33,895 | 137.7 | 14,234 | 28,018 | 96.8 | 10,263 | 16,140 | 57.3 |
| PA,M.... | 2,807 | 2,584 | -7.9 | 2,952 | 2,653 | -10.1 | 2,082 | 2,013 | -3.3 |
| PA,W.... | 2,752 | 2,414 | -12.3 | 2,968 | 2,677 | -9.8 | 2,563 | 2,300 | -10.3 |
| VI...... | 411 | 389 | -5.4 | 281 | 287 | 2.1 | 1,141 | 1,243 | 8.9 |
| 4TH..... | 18,407 | 17,435 | -5.3 | 40,307 | 18,435 | -54.3 | 15,088 | 14,088 | -6.6 |
| MD...... | 3,569 | 3,534 | -1.0 | 3,767 | 3,592 | -4.6 | 3,035 | 2,977 | -1.9 |
| NC,E.... | 1,338 | 1,311 | -2.0 | 1,306 | 1,443 | 10.5 | 1,453 | 1,321 | -9.1 |
| NC,M.... | 1,177 | 1,124 | -4.5 | 1,199 | 1,199 | 0.0 | 1,087 | 1,012 | -6.9 |
| NC,W.... | 970 | 1,043 | 7.5 | 1,093 | 1,165 | 6.6 | 1,057 | 935 | -11.5 |
| SC...... | 3,743 | 3,780 | 1.0 | 24,014 | 3,856 | -83.9 | 3,150 | 3,074 | -2.4 |
| VA,E.... | 4,188 | 3,590 | -14.3 | 4,116 | 3,898 | -5.3 | 2,405 | 2,097 | -12.8 |
| VA,W.... | 1,320 | 1,312 | -0.6 | 1,537 | 1,358 | -11.6 | 830 | 784 | -5.5 |
| WV,N.... | 634 | 633 | -0.2 | 636 | 604 | -5.0 | 721 | 750 | 4.0 |
| WV,S.... | 1,468 | 1,108 | -24.5 | 2,639 | 1,320 | -50.0 | 1,350 | 1,138 | -15.7 |
| 5TH..... | 33,596 | 36,633 | 9.0 | 30,056 | 30,829 | 2.6 | 37,530 | 43,334 | 15.5 |
| LA,E.... | 6,166 | 11,893 | 92.9 | 2,706 | 3,948 | 45.9 | 6,951 | 14,896 | 114.3 |

Page 1

TABLE C. U.S. DISTRICT COURTS
CIVIL CASES COMMENCED, TERMINATED AND PENDING
DURING THE TWELVE MONTH PERIODS ENDED DEC. 31, 2005 AND 2006

| CIRCUIT AND DISTRICT | FILINGS | | | TERMINATIONS | | | PENDING | | |
|---|---|---|---|---|---|---|---|---|---|
| | PERIOD ENDED DEC. 31, 2005 | PERIOD ENDED DEC. 31, 2006 | PERCENT CHANGE 1 | PERIOD ENDED DEC. 31, 2005 | PERIOD ENDED DEC. 31, 2006 | PERCENT CHANGE 1 | PERIOD ENDED DEC. 31, 2005 | PERIOD ENDED DEC. 31, 2006 | PERCENT CHANGE 1 |
| | | | CIVIL.C.DEC2006 | | | | | | |
| LA,M.... | 1,486 | 1,042 | -29.9 | 1,498 | 1,117 | -25.4 | 8,815 | 8,740 | -0.9 |
| LA,W.... | 2,384 | 2,525 | 5.9 | 2,728 | 2,435 | -10.7 | 2,301 | 2,391 | 3.9 |
| MS,N.... | 1,224 | 992 | -19.0 | 1,236 | 1,190 | -3.7 | 1,536 | 1,338 | -12.9 |
| MS,S.... | 4,258 | 2,724 | -36.0 | 3,131 | 4,238 | 35.4 | 4,158 | 2,644 | -36.4 |
| TX,N.... | 4,672 | 4,552 | -2.6 | 4,890 | 4,650 | -4.9 | 3,481 | 3,383 | -2.8 |
| TX,E.... | 2,993 | 3,081 | 2.9 | 3,060 | 3,009 | -1.7 | 2,523 | 2,595 | 2.9 |
| TX,S.... | 6,979 | 6,566 | -5.9 | 7,351 | 6,859 | -6.7 | 5,045 | 4,752 | -5.8 |
| TX,W.... | 3,434 | 3,258 | -5.1 | 3,456 | 3,383 | -2.1 | 2,720 | 2,595 | -4.6 |
| 6TH... | 23,613 | 20,847 | -11.7 | 36,329 | 23,322 | -35.8 | 25,860 | 23,385 | -9.6 |
| KY,E.... | 2,261 | 1,791 | -20.8 | 2,237 | 2,141 | -4.3 | 1,831 | 1,481 | -19.1 |
| KY,W.... | 1,542 | 1,275 | -17.3 | 1,518 | 1,398 | -7.9 | 1,486 | 1,363 | -8.3 |
| MI,E.... | 5,578 | 5,912 | 6.0 | 19,145 | 5,400 | -71.8 | 5,250 | 5,762 | 9.8 |
| MI,W.... | 1,558 | 1,639 | 5.2 | 1,675 | 1,482 | -11.5 | 1,185 | 1,342 | 13.2 |
| OH,N.... | 5,892 | 3,915 | -33.6 | 4,322 | 6,226 | 44.1 | 8,444 | 6,133 | -27.4 |
| OH,S.... | 2,524 | 2,441 | -3.3 | 2,820 | 2,568 | -8.9 | 3,032 | 2,905 | -4.2 |
| TN,E.... | 1,524 | 1,169 | -20.2 | 1,657 | 1,370 | -17.3 | 1,696 | 1,495 | -11.9 |
| TN,M.... | 1,393 | 1,508 | 8.3 | 1,689 | 1,430 | -15.3 | 1,290 | 1,368 | 6.0 |
| TN,W.... | 1,400 | 1,197 | -14.5 | 1,266 | 1,307 | 3.2 | 1,646 | 1,536 | -6.7 |
| 7TH... | 16,803 | 16,375 | -2.5 | 17,552 | 16,328 | -7.0 | 14,881 | 14,928 | 0.3 |
| IL,N.... | 7,646 | 7,545 | -1.3 | 7,897 | 7,197 | -8.9 | 6,720 | 7,068 | 5.2 |
| IL,C.... | 1,137 | 974 | -14.3 | 1,100 | 1,038 | -5.6 | 1,051 | 987 | -6.1 |
| IL,S.... | 1,200 | 1,203 | 0.3 | 1,249 | 1,213 | -2.9 | 1,316 | 1,306 | -0.8 |
| IN,N.... | 1,863 | 1,902 | 2.1 | 2,021 | 1,966 | -2.7 | 1,615 | 1,551 | -4.0 |
| IN,S.... | 2,767 | 2,590 | -6.4 | 3,027 | 2,769 | -8.5 | 2,543 | 2,364 | -7.0 |
| WI,E.... | 1,415 | 1,373 | -3.0 | 1,380 | 1,445 | 4.7 | 1,399 | 1,327 | -5.1 |
| WI,W.... | 775 | 788 | 1.7 | 878 | 700 | -20.3 | 237 | 325 | 37.1 |
| 8TH... | 15,548 | 16,437 | 5.7 | 15,482 | 18,680 | 20.7 | 19,268 | 17,025 | -11.6 |
| AR,E.... | 3,097 | 2,654 | -14.3 | 2,411 | 2,125 | -11.9 | 4,082 | 4,611 | 13.0 |
| AR,W.... | 790 | 872 | 10.4 | 1,078 | 904 | -16.1 | 738 | 706 | -4.3 |
| IA,N.... | 630 | 580 | -7.9 | 626 | 626 | 0.0 | 580 | 540 | -7.8 |
| IA,S.... | 925 | 836 | -9.6 | 1,058 | 868 | -18.0 | 875 | 843 | -3.7 |
| MN..... | 3,078 | 5,244 | 70.4 | 3,439 | 7,501 | 118.1 | 7,337 | 5,080 | -30.8 |
| MO,E.... | 2,782 | 2,202 | -20.8 | 2,570 | 2,521 | -1.9 | 2,251 | 1,932 | -14.2 |
| MO,W.... | 2,639 | 2,220 | -15.9 | 2,563 | 2,533 | -1.2 | 2,017 | 1,704 | -15.5 |
| NE..... | 955 | 1,137 | 19.1 | 1,000 | 1,003 | 0.3 | 782 | 916 | 17.1 |
| ND..... | 249 | 226 | -9.2 | 259 | 234 | -9.7 | 224 | 216 | -3.6 |
| SD..... | 403 | 466 | 15.6 | 478 | 365 | -23.6 | 376 | 477 | 26.9 |
| 9TH... | 40,875 | 41,759 | 2.2 | 41,796 | 40,800 | -2.4 | 41,254 | 42,213 | 2.3 |
| AK..... | 359 | 371 | 3.3 | 355 | 361 | 1.7 | 387 | 397 | 2.6 |

| | | CIVIL.C.DEC2006 | | | |
|---|---|---|---|---|---|
| AZ....... | 5,112 | 3,896 | 4,070 | 32.7 | 5,162 | 3,656 | -29.2 |
| CA,N..... | 5,589 | 8,171 | 5,402 | 2.6 | 5,834 | 7,797 | 33.6 |
| CA,E..... | 4,205 | 4,828 | 6,208 | 0.4 | 5,643 | 6,410 | 13.6 |
| CA,C..... | 11,940 | 11,383 | 4,061 | -12.7 | 10,908 | -0.8 |
| CA,S..... | 2,591 | 3,014 | 13,144 | -1.6 | 11,000 | 2,339 | 19.8 |
| HI....... | 817 | 694 | 2,671 | -5.2 | 1,953 | 732 | 10.8 |
| ID....... | 559 | 547 | 788 | 2.3 | 785 | 648 | -6.8 |
| MT....... | 632 | 638 | 747 | 19.0 | 694 | 815 | -6.6 |
| NV....... | 2,307 | 2,377 | 593 | -2.3 | 897 | 2,778 | 12.2 |
| OR....... | 2,575 | 2,437 | 605 | -10.8 | 2,476 | 2,431 | -2.1 |
| WA,E..... | 756 | 631 | 720 | -2.8 | 2,484 | 529 | -11.1 |
| WA,W..... | 3,344 | 2,681 | 2,075 | -17.4 | 595 | 2,655 | -18.2 |
| GUAM..... | 41 | 42 | 2,490 | -9.5 | 3,245 | 42 | 5.0 |
| NMI...... | 48 | 49 | 697 | -13.5 | 40 | 76 | 28.8 |
| | | | 3,271 | | 59 | | |
| | | | 75 | | | | |
| | | | 40 | | | | |
| | | | 32 | | | | |
| 10TH..... | 10,354 | 9,886 | 10,839 | -1.5 | 9,798 | 9,013 | -8.0 |
| CO....... | 2,771 | 2,689 | 2,810 | 3.5 | 2,349 | 2,129 | -9.4 |
| KS....... | 1,628 | 1,520 | 1,689 | -3.5 | 1,554 | 1,444 | -7.1 |
| NM....... | 1,409 | 1,349 | 1,478 | -8.5 | 1,404 | 1,400 | -0.3 |
| OK,N..... | 777 | 727 | 1,353 | 4.5 | 977 | 823 | -15.8 |
| OK,E..... | 546 | 583 | 881 | -1.2 | 520 | 538 | 3.5 |
| OK,W..... | 1,606 | 1,493 | 572 | -4.6 | 1,225 | 1,069 | -12.7 |
| UT....... | 1,284 | 1,225 | 565 | -3.2 | 1,408 | 1,309 | -7.0 |
| WY....... | 333 | 300 | 1,649 | 2.6 | 361 | 301 | -16.6 |
| | | | 1,324 | | | | |
| | | | 368 | | | | |
| | | | 351 | | | | |
| 11TH..... | 26,595 | 28,556 | 28,554 | -3.4 | 22,690 | 23,652 | 4.2 |
| | | | 27,594 | | | | |
| AL,N..... | 2,831 | 5,058 | 3,204 | 16.9 | 2,691 | 4,005 | 48.8 |
| AL,M..... | 1,287 | 1,193 | 1,244 | 4.9 | 1,285 | 1,173 | -8.7 |
| AL,S..... | 774 | 901 | 813 | -9.6 | 673 | 839 | 24.7 |
| FL,N..... | 1,460 | 1,652 | 3,744 | -2.5 | 1,249 | 1,325 | 6.1 |
| FL,M..... | 6,870 | 6,686 | 1,305 | -6.3 | 5,461 | 5,595 | 2.5 |
| FL,S..... | 6,960 | 6,914 | 1,617 | -5.4 | 5,986 | 5,704 | -4.7 |
| GA,N..... | 4,074 | 7,607 | 6,989 | -14.1 | 3,245 | 2,976 | -8.3 |
| GA,M..... | 1,173 | 1,119 | 1,576 | -4.5 | 1,131 | 1,119 | -1.1 |
| GA,S..... | 1,166 | 1,176 | 4,802 | 12.3 | 969 | 916 | -5.5 |
| | | | 7,196 | | | | |
| | | | 4,126 | | | | |
| | | | 1,184 | | | | |
| | | | 1,131 | | | | |
| | | | 1,094 | | | | |
| | | | 1,229 | | | | |

1 PERCENT CHANGE NOT COMPUTED WHEN FEWER THAN 10 CASES REPORTED FOR THE PREVIOUS PERIOD.