# EXHIBIT 7

CIVIL.C5.DEC2006

TABLE C-5. U.S. DISTRICT COURTS
MEDIAN TIME INTERVALS FROM FILING TO DISPOSITION OF CIVIL CASES TERMINATED, BY DISTRICT AND METHOD OF DISPOSITION
DURING THE TWELVE MONTH PERIOD ENDED DEC. 31, 2006
(EXCLUDES: LAND CONDEMNATION, PRISONER PETITIONS, DEPORTATION REVIEWS, RECOVERY OF OVERPAYMENTS AND ENFORCEMENT OF JUDGMENTS)

| CIRCUIT AND DISTRICT | TOTAL CASES | | NO COURT ACTION | | BEFORE PRETRIAL | | COURT ACTION DURING OR AFTER PRETRIAL | | TRIAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS |
| TOTAL... | 199,382 | 7.9 | 46,750 | 6.5 | 125,528 | 7.9 | 23,926 | 15.7 | 3,178 | 23.6 |
| DC...... | 2,149 | 10.5 | 883 | 11.1 | 1,202 | 9.8 | 32 | 18.0 | 32 | 37.5 |
| 1ST.... | 5,280 | 9.5 | 1,998 | 7.7 | 2,254 | 8.5 | 872 | 15.9 | 156 | 26.0 |
| ME...... | 370 | 7.0 | 169 | 5.2 | 171 | 7.2 | 17 | 14.0 | 13 | 17.0 |
| MA...... | 2,762 | 9.1 | 1,334 | 8.2 | 940 | 8.2 | 388 | 14.7 | 100 | 26.4 |
| NH...... | 437 | 8.5 | 142 | 4.5 | 118 | 5.4 | 172 | 13.1 | 5 | - |
| RI...... | 514 | 8.4 | 113 | 5.2 | 251 | 8.6 | 136 | 12.5 | 14 | 22.0 |
| PR...... | 1,197 | 12.0 | 240 | 8.4 | 774 | 10.2 | 159 | 22.6 | 24 | 37.0 |
| 2ND.... | 18,416 | 9.6 | 5,174 | 7.4 | 10,651 | 9.7 | 2,314 | 14.1 | 277 | 30.8 |
| CT...... | 2,012 | 11.7 | 1,340 | 9.2 | 567 | 16.5 | 59 | 23.0 | 46 | 30.0 |
| NY,N.... | 939 | 13.9 | 185 | 6.2 | 461 | 10.7 | 270 | 19.6 | 23 | 42.5 |
| NY,E.... | 5,272 | 10.8 | 1,046 | 7.0 | 3,300 | 9.5 | 857 | 15.7 | 69 | 32.5 |
| NY,S.... | 8,679 | 8.9 | 2,276 | 7.8 | 5,320 | 8.0 | 962 | 11.0 | 121 | 25.5 |
| NY,W.... | 1,242 | 11.1 | 297 | 6.9 | 776 | 11.2 | 158 | 25.3 | 11 | 53.0 |
| VT...... | 272 | 9.5 | 30 | 5.4 | 227 | 9.8 | 8 | - | 7 | - |
| 3RD.... | 37,084 | 1.0 | 3,820 | 5.7 | 29,999 | 1.0 | 2,949 | 13.3 | 316 | 25.5 |
| DE...... | 919 | 17.9 | 127 | 8.0 | 596 | 13.1 | 148 | 20.6 | 48 | 30.0 |
| NJ...... | 5,400 | 7.6 | 1,793 | 6.8 | 2,120 | 5.5 | 1,422 | 14.2 | 65 | 32.5 |
| PA,E.... | 26,785 | 1.0 | 772 | 3.1 | 24,654 | 1.0 | 1,245 | 10.0 | 114 | 18.0 |
| PA,M.... | 1,635 | 6.2 | 553 | 4.6 | 987 | 6.0 | 55 | 17.4 | 40 | 24.5 |
| PA,W.... | 2,073 | 8.4 | 539 | 5.5 | 1,445 | 10.5 | 42 | 25.3 | 47 | 27.0 |
| VT...... | 272 | 20.0 | 36 | 8.0 | 197 | 19.5 | 37 | 38.0 | 2 | - |
| 4TH.... | 12,693 | 7.2 | 3,524 | 6.9 | 7,772 | 7.6 | 1,186 | 8.2 | 211 | 19.1 |
| MD...... | 2,676 | 7.2 | 1,235 | 7.7 | 1,132 | 6.5 | 268 | 9.2 | 41 | 24.0 |
| NC,E.... | 929 | 11.1 | 416 | 10.3 | 499 | 12.4 | 4 | - | 10 | 22.0 |
| NC,M.... | 735 | 10.4 | 231 | 6.6 | 368 | 12.6 | 122 | 12.8 | 14 | 21.0 |
| NC,W.... | 877 | 9.9 | 342 | 11.0 | 439 | 5.4 | 88 | 14.7 | 8 | - |
| SC...... | 2,727 | 9.1 | 375 | 3.6 | 2,147 | 9.4 | 150 | 13.0 | 55 | 26.0 |
| VA,E.... | 2,599 | 4.7 | 544 | 3.8 | 1,488 | 4.4 | 524 | 7.9 | 43 | 9.4 |
| VA,W.... | 710 | 8.4 | 169 | 7.2 | 505 | 8.6 | 15 | 9.0 | 21 | 18.0 |
| WV,N.... | 410 | 11.0 | 151 | 9.0 | 244 | 12.5 | 9 | - | 6 | - |
| WV,S.... | 1,030 | 6.9 | 61 | 3.3 | 950 | 6.0 | 6 | - | 13 | 21.0 |

TABLE C-5. U.S. DISTRICT COURTS
Page 1

CIVL.C5.DEC2006

MEDIAN TIME INTERVALS FROM FILING TO DISPOSITION OF CIVIL CASES TERMINATED, BY DISTRICT AND METHOD OF DISPOSITION
DURING THE TWELVE MONTH PERIOD ENDED DEC. 31, 2006
(EXCLUDES: LAND CONDEMNATION, PRISONER PETITIONS, DEPORTATION REVIEWS, RECOVERY OF OVERPAYMENTS AND ENFORCEMENT OF JUDGMENTS)

| CIRCUIT AND DISTRICT | TOTAL CASES | | NO COURT ACTION | | BEFORE PRETRIAL | | COURT ACTION DURING OR AFTER PRETRIAL | | TRIAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS |
| 5TH... | 21,201 | 8.4 | 4,983 | 6.5 | 13,440 | 8.8 | 2,350 | 13.2 | 428 | 20.9 |
| LA,E... | 3,264 | 9.7 | 121 | 2.9 | 1,751 | 5.8 | 1,323 | 15.6 | 69 | 19.5 |
| LA,M... | 759 | 11.9 | 208 | 5.0 | 516 | 11.9 | 25 | 24.5 | 10 | 24.0 |
| LA,W... | 1,555 | 12.9 | 502 | 9.3 | 981 | 12.4 | 33 | 21.4 | 39 | 26.0 |
| MS,N... | 901 | 12.6 | 192 | 5.3 | 570 | 12.1 | 113 | 17.4 | 26 | 21.8 |
| MS,S... | 3,631 | 6.5 | 1,696 | 6.3 | 1,853 | 6.9 | 39 | 22.0 | 43 | 20.5 |
| TX,N... | 2,845 | 7.6 | 146 | 5.3 | 2,639 | 7.6 | 3 | - | 57 | 21.0 |
| TX,E... | 1,734 | 10.5 | 350 | 6.3 | 1,299 | 10.1 | 44 | 12.7 | 41 | 19.0 |
| TX,S... | 4,162 | 8.6 | 1,158 | 5.8 | 2,160 | 7.6 | 752 | 10.7 | 92 | 19.3 |
| TX,W... | 2,350 | 9.3 | 610 | 7.3 | 1,671 | 10.8 | 18 | 16.0 | 51 | 16.0 |
| 6TH... | 18,844 | 10.3 | 3,692 | 5.1 | 11,175 | 11.5 | 3,695 | 12.1 | 282 | 24.4 |
| KY,E... | 1,742 | 10.3 | 217 | 5.6 | 1,490 | 10.1 | 21 | 21.0 | 14 | 19.4 |
| KY,W... | 1,230 | 8.6 | 213 | 8.7 | 891 | 7.8 | 112 | 18.4 | 14 | 20.0 |
| MI,E... | 3,892 | 9.5 | 750 | 4.4 | 1,326 | 6.5 | 1,755 | 11.0 | 61 | 23.0 |
| MI,W... | 865 | 8.3 | 136 | 3.5 | 705 | 8.9 | 10 | 19.0 | 14 | 20.0 |
| OH,N... | 5,722 | 13.1 | 877 | 5.2 | 3,969 | 19.9 | 828 | 10.0 | 48 | 19.5 |
| OH,S... | 2,223 | 12.3 | 894 | 8.0 | 817 | 12.9 | 472 | 14.1 | 40 | 28.5 |
| TN,E... | 1,114 | 12.9 | 152 | 5.0 | 476 | 9.6 | 455 | 15.0 | 31 | 21.0 |
| TN,M... | 1,154 | 10.5 | 100 | 3.9 | 1,012 | 11.4 | 13 | 16.0 | 29 | 22.5 |
| TN,W... | 902 | 12.4 | 353 | 9.7 | 489 | 12.6 | 29 | 24.0 | 31 | 29.4 |
| 7TH... | 12,784 | 7.9 | 3,926 | 5.1 | 7,269 | 8.3 | 1,357 | 12.2 | 232 | 27.3 |
| IL,N... | 6,418 | 6.5 | 2,321 | 5.3 | 3,519 | 6.3 | 478 | 22.0 | 100 | 30.0 |
| IL,C... | 706 | 9.1 | 302 | 9.0 | 381 | 9.5 | 10 | 1.0 | 13 | 25.0 |
| IL,S... | 809 | 8.9 | 222 | 6.4 | 547 | 8.1 | 18 | 16.2 | 22 | 20.5 |
| IN,N... | 1,273 | 9.7 | 308 | 6.8 | 664 | 9.4 | 279 | 15.6 | 22 | 22.0 |
| IN,S... | 2,064 | 10.5 | 548 | 7.2 | 1,196 | 10.0 | 293 | 13.6 | 27 | 26.0 |
| WI,E... | 1,063 | 8.7 | 172 | 4.0 | 774 | 8.5 | 84 | 15.8 | 33 | 66.4 |
| WI,W... | 451 | 4.7 | 53 | 2.0 | 188 | 3.6 | 195 | 5.5 | 15 | 12.7 |
| 8TH... | 15,250 | 12.0 | 4,054 | 5.1 | 6,065 | 9.1 | 4,867 | 37.0 | 264 | 21.1 |
| AR,E... | 1,416 | 13.1 | 292 | 12.7 | 1,061 | 13.6 | 10 | 14.0 | 53 | 19.3 |
| AR,W... | 731 | 11.4 | 53 | 9.0 | 626 | 11.7 | 28 | 1.0 | 24 | 14.8 |
| IA,N... | 470 | 10.0 | 60 | 5.8 | 387 | 9.2 | 4 | - | 19 | 21.0 |
| IA,S... | 606 | 11.9 | 101 | 9.3 | 340 | 8.9 | 145 | 16.3 | 20 | 21.0 |
| MN... | 7,032 | 31.9 | 1,722 | 3.6 | 668 | 5.1 | 4,609 | 37.3 | 33 | 29.7 |
| MO,E... | 2,039 | 7.7 | 736 | 7.0 | 1,255 | 7.0 | 3 | - | 45 | 21.0 |
| MO,W... | 1,792 | 8.1 | 871 | 6.3 | 879 | 9.0 | 19 | 19.5 | 23 | 23.0 |
| NE... | 717 | 8.3 | 36 | 1.0 | 614 | 8.5 | 35 | 17.0 | 32 | 20.0 |
| ND... | 201 | 11.2 | 72 | 6.0 | 112 | 12.7 | 4 | - | 13 | 20.0 |
| SD... | 246 | 10.4 | 111 | 10.4 | 123 | 9.5 | 10 | 19.0 | 2 | 23.0 |

Page 2

TABLE C-5. U.S. DISTRICT COURTS
MEDIAN TIME INTERVALS FROM FILING TO DISPOSITION OF CIVIL CASES TERMINATED, BY DISTRICT AND METHOD OF DISPOSITION
DURING THE TWELVE MONTH PERIOD ENDED DEC. 31, 2006
(EXCLUDES: LAND CONDEMNATION, PRISONER PETITIONS, DEPORTATION REVIEWS, RECOVERY OF OVERPAYMENTS AND ENFORCEMENT OF JUDGMENTS)

| CIRCUIT AND DISTRICT | TOTAL CASES | | NO COURT ACTION | | BEFORE PRETRIAL | | COURT ACTION DURING OR AFTER PRETRIAL | | TRIAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS | NUMBER OF CASES | MEDIAN TIME INTERVAL IN MONTHS |
| 9TH... | 28,079 | 8.3 | 10,616 | 6.6 | 15,385 | 9.3 | 1,601 | 14.9 | 477 | 25.8 |
| AK.... | 317 | 9.0 | 109 | 6.8 | 204 | 9.3 | 1 | - | 3 | - |
| AZ.... | 2,000 | 11.8 | 789 | 9.1 | 1,114 | 11.0 | 45 | 20.7 | 52 | 31.0 |
| CA,N.. | 4,804 | 7.2 | 2,381 | 5.8 | 1,169 | 6.2 | 1,191 | 12.1 | 63 | 25.0 |
| CA,E.. | 2,196 | 10.7 | 887 | 7.8 | 1,255 | 11.0 | 26 | 20.0 | 28 | 34.5 |
| CA,C.. | 8,633 | 8.7 | 3,285 | 6.2 | 5,117 | 8.8 | 86 | 19.6 | 145 | 19.7 |
| CA,S.. | 1,831 | 6.4 | 170 | 2.8 | 1,630 | 6.3 | 8 | - | 23 | 25.5 |
| HI.... | 637 | 9.9 | 379 | 7.8 | 187 | 10.0 | 53 | 17.0 | 18 | 23.0 |
| ID.... | 456 | 12.8 | 37 | 4.0 | 369 | 12.4 | 40 | 23.0 | 10 | 31.0 |
| MT.... | 508 | 11.7 | 210 | 9.1 | 219 | 9.3 | 61 | 18.0 | 18 | 31.0 |
| NV.... | 1,547 | 10.0 | 761 | 9.9 | 742 | 10.5 | 28 | 9.0 | 16 | 21.0 |
| OR.... | 1,874 | 11.9 | 637 | 9.7 | 1,177 | 10.5 | 10 | 25.0 | 50 | 24.0 |
| WA,E.. | 519 | 9.5 | 166 | 9.5 | 311 | 11.7 | 28 | 14.0 | 14 | 22.0 |
| WA,W.. | 2,695 | 9.0 | 785 | 6.5 | 1,856 | 9.5 | 21 | 15.0 | 33 | 19.8 |
| GUAM.. | 32 | 6.0 | 9 | - | 20 | 10.2 | 2 | - | 1 | - |
| NMI... | 30 | 8.8 | 11 | 7.0 | 15 | 8.4 | 1 | - | 3 | - |
| 10TH.. | 8,103 | 9.7 | 1,332 | 6.1 | 5,237 | 8.6 | 1,357 | 12.6 | 177 | 22.0 |
| CO.... | 2,024 | 7.3 | 55 | 3.3 | 1,768 | 7.2 | 154 | 18.3 | 47 | 30.4 |
| KS.... | 1,149 | 9.1 | 362 | 7.9 | 640 | 8.3 | 119 | 18.1 | 28 | 24.0 |
| NM.... | 1,094 | 10.2 | 97 | 5.2 | 506 | 8.0 | 468 | 11.9 | 23 | 19.0 |
| OK,N.. | 727 | 11.3 | 77 | 4.5 | 614 | 11.5 | 21 | 18.0 | 15 | 20.0 |
| OK,E.. | 439 | 8.8 | 296 | 8.9 | 114 | 7.6 | 18 | 11.0 | 11 | 11.5 |
| OK,W.. | 1,225 | 8.9 | 305 | 4.5 | 492 | 8.3 | 403 | 11.3 | 25 | 16.0 |
| UT.... | 1,133 | 9.7 | 83 | 4.7 | 1,001 | 9.7 | 32 | 19.0 | 17 | 28.5 |
| WY.... | 312 | 11.4 | 57 | 4.7 | 102 | 8.5 | 142 | 10.3 | 11 | 15.0 |
| 11TH.. | 19,499 | 7.9 | 2,748 | 5.0 | 15,079 | 7.1 | 1,346 | 13.9 | 326 | 20.8 |
| AL,N.. | 2,982 | 6.2 | 657 | 7.3 | 2,248 | 4.4 | 36 | 19.0 | 41 | 26.0 |
| AL,M.. | 809 | 10.5 | 222 | 7.3 | 493 | 10.6 | 65 | 17.6 | 29 | 17.0 |
| AL,S.. | 576 | 8.0 | 97 | 6.9 | 445 | 8.3 | 25 | 16.8 | 9 | - |
| FL,N.. | 811 | 7.1 | 212 | 5.8 | 580 | 7.5 | 9 | - | 10 | 16.0 |
| FL,M.. | 4,613 | 8.0 | 444 | 4.8 | 3,996 | 8.2 | 102 | 16.4 | 71 | 20.5 |
| FL,S.. | 5,429 | 5.0 | 311 | 2.0 | 4,687 | 5.2 | 350 | 8.6 | 81 | 18.3 |
| GA,N.. | 3,068 | 8.2 | 564 | 4.6 | 1,707 | 8.7 | 740 | 12.0 | 57 | 28.5 |
| GA,M.. | 680 | 11.2 | 133 | 8.2 | 530 | 11.8 | 2 | - | 15 | 23.4 |
| GA,S.. | 531 | 8.7 | 108 | 4.6 | 393 | 9.6 | 17 | 22.4 | 13 | 23.0 |

NOTE: MEDIAN TIME INTERVALS COMPUTED ONLY IF 10 OR MORE CASES.