UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAMERCY ADVISORS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 07-CV-2809 |
| CARLETON A. JONES, III and | ) |
| JOHN A. JONES, | ) Judge McKenna |
| | ) Magistrate Judge Peck |
| Defendants, | ) |
| | ) |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO DISMISS, STAY OR TRANSFER**

Winston S. Evans (#6281)
Thomas W. Shumate IV (#19595)
Evans, Jones & Reynolds, P.C.
1810 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2424
(615) 259-4685

*Attorneys for Plaintiffs*