# EVANS, JONES & REYNOLDS
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW
1810 ONE NASHVILLE PLACE
150 FOURTH AVENUE NORTH
**NASHVILLE, TENNESSEE 37219-2424**
TELEPHONE (615) 259-4685
FACSIMILE (615) 256-4448
WWW.EJRLAW.COM

JAMES CLARENCE EVANS
RICHARD A. JONES
WINSTON S. EVANS
J. ALLEN REYNOLDS III
PHILLIP BYRON JONES
SAMUEL D. PAYNE
THOMAS W. SHUMATE IV
JEFFREY J. SWITZER
CHRISTOPHER E. HUGAN

ADDRESS REPLY TO:
P.O. BOX 190627
NASHVILLE, TN 37219-0627

## MEMO ENDORSED



June 19, 2007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/07

RECEIVED
CHAMBERS
JUN 20 2007
L.M. McKENNA
SDNY

**VIA FEDERAL EXPRESS**

Hon. Lawrence M. McKenna
United States District Judge
Southern District of New York
500 Pearl St., Room 1640
New York, NY 10007

RE: *Gramercy Advisors, LLC v. Carleton A. Jones III and John A. Jones*
07 CV 2809 (LMM) (AJP)

Your Honor:

This office represents Defendants, Carleton A. Jones, III and John A. Jones ["Messrs. Jones"], in this case.

On behalf of Messrs. Jones, I am filing a Motion to Dismiss, Stay or Transfer because of a prior suit which is pending in the Middle District of Tennessee. I have prepared a Memorandum in Support of that Motion.

Excluding the title page, table of contents and table of authorities, the Memorandum is 25 pages in length. However, the Memorandum includes the following Appendices:

| Appendix | Length of Appendix | Purpose of Appendix |
|---|---|---|
| A | 20 | To explain the basis for jurisdiction over Gramercy Advisors, LLC ["Gramercy"] in the Middle District of Tennessee |
| B | 13 | To explain why Messrs. Jones believe that the claim asserted against them in this case is contrary to settled law of New York |



Hon. Lawrence M. McKenna
June 19, 2007
Page 2

    I ask that the Court grant leave for me to file this Memorandum, together with the Appendices, on behalf of Messrs. Jones.

*Granted. So ordered.*

*LMM  6/20/07*

Respectfully yours,

Winston S. Evans

WSE/ls
361400 032.ls
Enclosures

cc:    Michael Edward Petrella, Esq. (via U.S. Mail)
       Richard D. Meadow, Esq. (via U.S. Mail)