# EXHIBIT 1

CASE-MANAGER-BROWN, CASE-REFERRED

# U.S. District Court
## Middle District of Tennessee (Nashville)
### CIVIL DOCKET FOR CASE #: 3:06-cv-01115

Jones et al v. BDO Seidman, LLP  
Assigned to: District Judge Robert Echols  
Referred to: Magistrate Judge Joe Brown  
Cause: 28:1332 Diversity-Account Receivable  

Date Filed: 11/20/2006  
Jury Demand: Plaintiff  
Nature of Suit: 370 Fraud or Truth-In-Lending  
Jurisdiction: Diversity  

**Plaintiff**

**John A. Jones**     represented by   **Thomas W. Shumate, IV**  
Evans, Jones & Reynolds  
U.S. Bank Building  
150 Fourth Avenue, N  
Suite 1810  
Nashville, TN 37219-2424  
(615) 259-4685  
Fax: (615) 256-4448  
Email: tshumate.ef@ejratty.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Winston S. Evans**  
Evans, Jones & Reynolds  
Dominion Tower  
150 Fourth Avenue, N  
Suite 1810  
Nashville, TN 37219-2424  
(615) 259-4685  
Email: wevans.ef@ejratty.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Plaintiff**

**Carleton A. Jones, III**     represented by   **Thomas W. Shumate, IV**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Winston S. Evans**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**
BDO Seidman, LLP                          represented by **Brian D. Roark**
                                                           Bass, Berry & Sims
                                                           315 Deaderick Street
                                                           Suite 2700
                                                           Nashville, TN 37238-0002
                                                           (615) 742-6200
                                                           Email: broark@bassberry.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael L. Dagley**
                                                           Bass, Berry & Sims
                                                           315 Deaderick Street
                                                           Suite 2700
                                                           Nashville, TN 37238-0002
                                                           (615) 742-6200
                                                           Email: mdagley@bassberry.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Mike Poulos**
                                                           DLA Piper US LLP
                                                           203 N LaSalle Street
                                                           Suite 1900
                                                           Chicago, IL 60601
                                                           (312) 368-4075
                                                           Fax: (312) 251-5806
                                                           Email: michael.poulos@dlapiper.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Robert S. Markin**
                                                           DLA Piper US LLP
                                                           203 N LaSalle Street
                                                           Suite 1900
                                                           Chicago, IL 60601
                                                           (312) 368-2190
                                                           Fax: (312) 236-7516
                                                           Email: robert.markin@dlapiper.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**
Gramercy Advisors, LLC                    represented by **Jonathan R. Altschuler**
                                                           O'Shea Partners LLP
                                                           90 Park Avenue
                                                           20th Floor
                                                           New York, NY 10016
                                                           US

(212) 682-4426
Email: jaltschuler@osheapartners.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Murphy Burnstein**
Boult, Cummings, Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203-0025
(615) 244-2582
Email: jburnstein@boultcummings.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Petrella**
O'Shea Partners LLP
90 Park Avenue
20th Floor
New York, NY 10016
US
Email: mpetrella@osheapartners.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean F. O'Shea**
O'Shea Partners LLP
90 Park Avenue
20th Floor
New York, NY 10016
US
Email: soshea@osheapartners.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2006 | 1 | COMPLAINT against BDO Seidman, LLP (Filing fee paid $350, Receipt number 112430), filed by John A. Jones, Carleton A. Jones, III. Summons issued. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5 Summons)(ab, ) (Entered: 11/21/2006) |
| 11/20/2006 | 2 | NOTICE from USDC Clerk regarding Corporate Disclosure statement requirement. (ab, ) (Entered: 11/21/2006) |
| 11/28/2006 | 3 | NOTICE of Case Management Conference set for 2/12/2007 at 09:30 AM in Courtroom 783 before Magistrate Judge Joe Brown. (ab, ) (Entered: 11/28/2006) |
| 12/12/2006 | 4 | NOTICE of Appearance by Michael L. Dagley on behalf of BDO Seidman, LLP (Dagley, Michael) (Entered: 12/12/2006) |

| 12/18/2006 | 5 | First MOTION for Extension of Time to File Answer by BDO Seidman, LLP. (Attachments: # 1 Proposed Order [Proposed] Agreed Order allowing BDO Seidman until January 22, 2007 to respond to the Complaint)(Dagley, Michael) (Entered: 12/18/2006) |
|---|---|---|
| 01/03/2007 | 6 | ORDER granting 5 Motion for Extension of Time to Answer. BDO Seidman, LLP answer due 1/22/2007. Signed by Judge Joe Brown on 1/3/07. (dt) (Entered: 01/03/2007) |
| 01/09/2007 | 7 | MOTION for attorney Robert S. Markin to Appear Pro Hac Vice by BDO Seidman, LLP. (Attachments: # 1 Exhibit Markin Exhibit A -- Affidavit in Support of Motion for Pro Hac Vice Admission# 2 Exhibit Markin Exhibit B Certificate of Good Standing of Robert S. Markin# 3 Exhibit Markin Exhibit C Proposed Order Admitting Robert S. Markin Pro Hac Vice)(Dagley, Michael)(PHV FEE Paid on 1/9/07) Modified Text on 1/10/2007 (dt). (Entered: 01/09/2007) |
| 01/09/2007 | 8 | MOTION for attorney Mike Poulos to Appear Pro Hac Vice by BDO Seidman, LLP. (Attachments: # 1 Exhibit Poulos Exhibit A Affidvavit# 2 Exhibit Poulos Exhibit B Certificate of Good Standing# 3 Exhibit Poulos Exhibit C Order)(Dagley, Michael) (PHV FEE PAID on 1/9/07) Modified Text on 1/10/2007 (dt). (Entered: 01/09/2007) |
| 01/09/2007 | 9 | RECEIPT #113036 in the amount of $150.00 posted by Bass Berry & Sims, for Markin & Pulos, attorneys for BDO Seidman, LLP re Motions to Appear Pro Hac Vice 7 8. (dt) (Entered: 01/10/2007) |
| 01/10/2007 |  | Note to Filer re Docket Entry Nos. 7-8: The certificates of good standing and affidavits should be filed as separate event, not as an attachment to a document. These documents do not need to be re-filed unless otherwise directed by the Court.(dt) (Entered: 01/10/2007) |
| 01/11/2007 | 10 | ORDER granting 7 Motion for Robert S. Markin to Appear Pro Hac Vice. Signed by Judge Joe Brown on 1/11/07. (dt) (Entered: 01/11/2007) |
| 01/11/2007 | 11 | ORDER granting 8 Motion for Mike Poulos to Appear Pro Hac Vice. Signed by Judge Joe Brown on 1/11/07. (dt) (Entered: 01/11/2007) |
| 01/11/2007 |  | Docket Annotation: Attorneys Robert Markin and Mike Poulos have been notified by e-mail to register for an ECF Account. (dt) (Entered: 01/11/2007) |
| 02/05/2007 | 12 | MOTION to Continue *Initial Case Management Conference* by John A. Jones. (Attachments: # 1 Affidavit of Winston S. Evans)(Evans, Winston) (Entered: 02/05/2007) |
| 02/06/2007 |  | Note to Filer re DE# 12: Signed affidavits/declarations should be filed as separate events, not as attachments to other pleadings. This document does not need to be re-filed unless otherwise directed by the Court. (dt) (Entered: 02/06/2007) |
| 02/06/2007 | 13 | ORDER: granting 12 MOTION to Continue Initial Case Management Conference. Initial Case Management Conference is continued until 3/12/07 at 11:00 a.m. Stays on discovery are hereby lifted and discovery may proceed in the case at the present time. The Defendants should file a notice with the Court as to the status of their answer in this matter. Signed by Judge Joe Brown on 2/6/07. (dt) (Entered: 02/06/2007) |
| 02/07/2007 |  | Mike Poulos and Robert Markin were notified by e-mail to register for ECF Accounts. (dt) (Entered: 02/07/2007) |
| 02/12/2007 | 14 | STATUS REPORT by BDO Seidman, LLP. (Dagley, Michael) (Entered: 02/12/2007) |
| 02/14/2007 | 15 | ORDER: Magistrate Judge has received the 14 Status Report filed by BDO Seidman, LLP, |

|  |  |  |
|---|---|---|
|  |  | in this matter. Plaintiff are urged to file their amended complaint at their earliest convenience so that hopefully an answer will be available at the time of the case management conference on 3/12/07. Parties should submit a proposed case management order in accordance with the original notice setting the case management conference 3. Magistrate Judge does intend to enter a scheduling order at that time and to obtain a trial date from Judge Echols. Signed by Judge Joe Brown on 2/14/07. (dt) (Entered: 02/14/2007) |
| 03/07/2007 | 16 | NOTICE of Hearing: Initial Case Management Conference is reset for 3/26/007 at 11:30 a.m. (dt) (Entered: 03/07/2007) |
| 03/20/2007 | 17 | ORDER: The joint request of Plaintiffs and Defendant to continue the ICMC is Granted. The initial case management conference is continued until 4/17/07 at 9:30 a.m.; however, this is the final extension that will be allowed. Signed by Judge Joe Brown on 3/20/07. (dt) (Entered: 03/21/2007) |
| 03/27/2007 | 18 | AMENDED COMPLAINT against all defendants, filed by John A. Jones. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4# 5 Exhibit Exhibit 5# 6 Exhibit Exhibit 6# 7 Exhibit Exhibit 7# 8 Exhibit Exhibit 8)(Evans, Winston) (Entered: 03/27/2007) |
| 03/28/2007 |  | Note to Filer re DE #18: The mandatory description field should be used to accurately describe the contents of your attachments (labeling as Exhibit 1, 2, 3 is not sufficient). This document does not need to be re-filed unless otherwise directed by the Court. (dt) (Entered: 03/28/2007) |
| 03/28/2007 | 19 | Summons issued as to Gramercy Advisors, LLC. (dt) (Entered: 03/28/2007) |
| 03/30/2007 | 20 | NOTICE of Appearance by Thomas W. Shumate, IV on behalf of all plaintiffs (Shumate, Thomas) (Entered: 03/30/2007) |
| 04/05/2007 | 21 | MOTION for Extension of Time to File Response/Reply as to 18 Amended Complaint, by BDO Seidman, LLP. (Attachments: # 1 Proposed Order Proposed Order)(Roark, Brian) (Entered: 04/05/2007) |
| 04/06/2007 | 22 | RESPONSE to Motion re 21 MOTION for Extension of Time to File Response/Reply as to 18 Amended Complaint, filed by John A. Jones, Carleton A. Jones, III. (Shumate, Thomas) (Entered: 04/06/2007) |
| 04/09/2007 | 23 | ORDER granting 21 Motion for Extension of Time to File Response to Amended Complaint. The Case Management Conference remains set as scheduled. Signed by Judge Joe Brown on 4/9/07. (dt) (Entered: 04/09/2007) |
| 04/10/2007 | 24 | SUMMONS returned executed by John A. Jones, Carleton A. Jones, III. Gramercy Advisors, LLC served on 3/29/2007. (Evans, Winston) (Entered: 04/10/2007) |
| 04/11/2007 | 25 | MOTION for Extension of Time to File Answer *or Otherwise Respond to Plaintiffs' Amended Complaint* by Gramercy Advisors, LLC. (Attachments: # 1 Proposed Order Order)(Burnstein, Julie) (Entered: 04/11/2007) |
| 04/11/2007 | 26 | MOTION to Continue *Initial Case Management Conference* by Gramercy Advisors, LLC. (Burnstein, Julie) (Entered: 04/11/2007) |
| 04/12/2007 | 27 | ORDER granting 25 Deft Gramercy Advisors, LLC's Motion for Extension of Time to |

| | | |
|---|---|---|
| | | Answer or to otherwise Respond to 18 Pltfs' Amended Complaint. Signed by Judge Joe Brown on 4/12/07. (jb) (Entered: 04/12/2007) |
| 04/12/2007 | 28 | ORDER denying 26 deft Gramercy Advisors, LLC's Motion to Continue Initial Case Management Conference. The Conference will not be continued. See Docket Entry No. 17. Local counsel may appear for new defendant instead of New York counsel. Signed by Judge Joe Brown on 4/12/07. (jb) (Entered: 04/12/2007) |
| 04/13/2007 | 29 | PROPOSED CASE MANAGEMENT ORDER filed by all parties. (Evans, Winston) (Entered: 04/13/2007) |
| 04/16/2007 | 30 | NOTICE of Filing by Gramercy Advisors, LLC re 29 Proposed Case Management Order *Exhibit A to Proposed Case Management Order* (Attachments: # 1 Exhibit A# 2 Exhibit A (part two)# 3 Exhibit A (part three))(Burnstein, Julie) (Entered: 04/16/2007) |
| 04/16/2007 | 31 | MOTION for attorney Jonathan R. Altschuler to Appear Pro Hac Vice by Gramercy Advisors, LLC. (Burnstein, Julie) (w/ attached Exhibit A-Affidavit of Jonathan R. Altschulet, Exhibit B-Certificate of Good Standing from the USDC/SDNY, Exhibit C-Proposed Order) (PHV FEE PAID on 4/25/07) Modified Text on 4/17/2007 (dt). Modified Text on 4/25/2007 (dt). (Entered: 04/16/2007) |
| 04/16/2007 | 32 | MOTION for attorney Michael E. Petrella to Appear Pro Hac Vice by Gramercy Advisors, LLC. (Burnstein, Julie) (w/ att'd Exhibit A-Affidavit of Michael E. Petrella, Exhibit B-Certificate of Good Standing for USDC/SDNY, Exhibit C-Proposed Order) (PHV FEE PAID on 4/25/07) Modified Text on 4/17/2007 (dt). Modified Text on 4/25/2007 (dt). (Entered: 04/16/2007) |
| 04/16/2007 | 33 | MOTION for attorney Sean F. O'Shea to Appear Pro Hac Vice by Gramercy Advisors, LLC. (Burnstein, Julie) (w/ att'd Exhibit A-Affidavit of Sean F. O'Shea, Exhibit B-Certificate of Good Standing from the USDC/SDNY, Exhibit C-Proposed Order) (PHV FEE PAID on 4/25/07) Modified Text on 4/17/2007 (dt). Modified Text on 4/25/2007 (dt). (Entered: 04/16/2007) |
| 04/16/2007 | 34 | NOTICE of Filing by Gramercy Advisors, LLC re 29 Proposed Case Management Order (Attachments: # 1 Proposed Order Proposed Initial Case Management Order)(Burnstein, Julie) (Entered: 04/16/2007) |
| 04/17/2007 | | Note to Filer re Docket Entry Nos. 31-33: Each exhibit should be filed as a separate attachment to the main document and the mandatory description field used. Certificates of Good Standing and Signed Affidavits should be filed as separate events, not as attachments to other pleadings. These documents do not need to be re-filed unless otherwise directed by the Court. (dt) (Entered: 04/17/2007) |
| 04/17/2007 | 35 | Minute Entry for proceedings held before Judge Joe Brown: Case Management Conference held on 4/17/2007. TC set for 6/11/07 at 2:00 p.m. Order to enter. (Tape #1249.) (dt) (Entered: 04/19/2007) |
| 04/19/2007 | 36 | ORDER: Initial case management conference was held on 4/17/07. For reasons stated on the record, the Magistrate Judge will not adopt this proposed plan, but rather will enter one of his own. BDO should file its motions to dismiss by May 7, 2007. Gramercy should file its motions to dismiss for lack of jurisdiction or other procedural ground by May 18, 2007. A Case Management Conference, initiated by the Court, is set for 6/11/2007 at 02:00 PM before Magistrate Judge Joe Brown. Signed by Judge Joe Brown on 4/19/07. (dt) (Entered: |

| | | |
|---|---|---|
| | | 04/19/2007) |
| 04/25/2007 | 37 | RECEIPT #114550 in the amount of $225.00 posted by Boult Cummings for Jonathan Altschuler, Michael Petrella and Sean Oshea, attorneys for Gramercy Advisors, LLC, re Motions to Appear Pro Hac Vice 31 32 33. (dt) (Entered: 04/25/2007) |
| 04/25/2007 | 38 | MOTION for Preliminary Injunction *Restraining Defendant Gramercy Advisors, LLC, From Pursuing Second-Filed Action in New York* by John A. Jones, Carleton A. Jones, III. (Attachments: # 1 Exhibit Exhibit A - Gramercy's New York Complaint)(Evans, Winston) (Entered: 04/25/2007) |
| 04/25/2007 | 39 | MEMORANDUM in Support of 38 MOTION for Preliminary Injunction *Restraining Defendant Gramercy Advisors, LLC, From Pursuing Second-Filed Action in New York* filed by John A. Jones, Carleton A. Jones, III. (Evans, Winston) (Entered: 04/25/2007) |
| 04/25/2007 | 40 | MOTION for Leave to File Excess Pages by John A. Jones, Carleton A. Jones, III. (Evans, Winston) (Entered: 04/25/2007) |
| 04/26/2007 | | Note to Filer re Docket Entry Nos. 39-40: The Memorandum In Support should have been filed as an attachment to the Motion for Leave to File, not as a separate entry. This document does not need to be re-filed unless otherwise directed by the Court. (dt) (Entered: 04/26/2007) |
| 04/30/2007 | 41 | ORDER granting 31 Motion for Atty Jonathan R. Altschuler to Appear Pro Hac Vice. Signed by Judge Joe Brown on 4/30/07. (gi, ) (Entered: 04/30/2007) |
| 04/30/2007 | 42 | ORDER granting 32 Motion for Atty Michael E. Petrella to Appear Pro Hac Vice. Signed by Judge Joe Brown on 4/30/07. (gi, ) (Entered: 04/30/2007) |
| 04/30/2007 | 43 | ORDER granting 33 Motion for Atty Sean F. O'Shea to Appear Pro Hac Vice. Signed by Judge Joe Brown on 4/30/07. (gi, ) (Entered: 04/30/2007) |
| 04/30/2007 | | Email notification to Attys O'Shea and Petrella re mandatory registration for a CM/ECF account. (gi, ) (Entered: 04/30/2007) |
| 05/01/2007 | 44 | ORDER granting 40 Motion for Leave to File Excess Pages. Plaintiff have filed their Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction Restraining Defendant, Gramercy Advisors, LLC, from Pursuing Second-Filed Action in New York 39. Signed by Judge Robert Echols on 5/1/07. (dt) (Entered: 05/01/2007) |
| 05/07/2007 | 45 | MOTION for Leave to File Excess Pages by BDO Seidman, LLP. (Attachments: # 1 Proposed Order Proposed Order Allowing BDO Seidman's Motion to Exceed Page Limit) (Dagley, Michael) (Entered: 05/07/2007) |
| 05/07/2007 | 46 | MOTION to Dismiss *or, in the Alternative, to Compel Arbitration* by BDO Seidman, LLP. (Dagley, Michael) (Entered: 05/07/2007) |
| 05/07/2007 | 47 | MEMORANDUM in Support of 46 MOTION to Dismiss *or, in the Alternative, to Compel Arbitration* filed by BDO Seidman, LLP. (Attachments: # 1 Exhibit Collective Exhibit A, Part 1, Unreported Opinions# 2 Exhibit Collective Exhibit A, Part 2, Unreported Opinions# 3 Exhibit Collective Exhibit A, Part 3, Unreported Opinions# 4 Exhibit Collective Exhibit A, Part 4, Unreported Opinions# 5 Exhibit Collective Exhibit A, Part 5, Unreported Opinions# 6 Exhibit Collective Exhibit A, Part 6, Unreported Opinions# 7 Exhibit Collective Exhibit A, Part 7, Unreported Opinions# 8 Exhibit Exhibit B, Notice of |

| | | |
|---|---|---|
| | | Examination to John A. Jones# 9 Exhibit Exhibit C, Notice of Examination to Carelton A. Jones III# 10 Exhibit Exhibit D, Article, Wide IRS Review Includes Frist III# 11 Exhibit Exhibit E, Article, On the Money# 12 Exhibit Exhibit F, Article, IRS Spills Big Names in Tax Shelters# 13 Exhibit Exhibit G, Shelters Turn into Millstones# 14 Exhibit Exhibit H, Article, U.S. Government Sues Sidley Austin on Tax Shelters# 15 Exhibit Exhibit I, Article, Article, U.S. Accuses 2 Audit Firms of Assisting Tax Violations# 16 Exhibit Exhibit J, Plyler v. BDO Seidman LLP# 17 Exhibit Exhibit K, Denney v. BDO Seidman LLP# 18 Exhibit Exhibit L., Miron v. BDO Seidman LLP# 19 Exhibit Exhibit M, King v. Deutsche Bank AG# 20 Exhibit Exhibit N, Young v. BDO Seidman LLP# 21 Exhibit Exhibit O, Crunk v. BDO Seidman LLP# 22 Exhibit Exhibit P, Westbrook v. Deutsche Bank AG# 23 Exhibit Exhibit Q, Tice v. BDO Seidman LLP# 24 Exhibit Exhibit R, Heller v. Deutsche Bank AG# 25 Exhibit Exhibit S, Thompson v. BDO Seidman)(Dagley, Michael) (Entered: 05/07/2007) |
| 05/08/2007 | | Note to Filer re Docket Entry No. 45-47: Pursuant to Clerk's Office procedure, Certificate of Service should include the names and full addresses for all persons served, whether electronically or by other means.Also, in DE# 46, this motion filed is for multiple reliefs. This is filed by holding down the control key, scrolling down and highlighting the appropriate reliefs. See Chapter 5(i) of the User Manual for instructions. The Memorandum in support, DE# 47, should have been filed as an attachment to the Motion for Leave to File, not as a separate entry. These documents do not need to be re-filed unless otherwise directed by the Court.(dt) (Entered: 05/08/2007) |
| 05/14/2007 | 48 | MOTION for Extension of Time to File Response/Reply as to 38 MOTION for Preliminary Injunction *Restraining Defendant Gramercy Advisors, LLC, From Pursuing Second-Filed Action in New York* by Gramercy Advisors, LLC. (Attachments: # 1 Proposed Order granting Motion for Extension of Time)(Burnstein, Julie) (Entered: 05/14/2007) |
| 05/18/2007 | 49 | ORDER: Defendant BDO Seidman, LLP's Motion for Leave to File Excess Pages 45 is granted. The defendant is permitted to file its brief consisting of thirty pages. The Court notes defendant has filed its Memorandum of Law in Support of BDO Seidman LLP's Motion to Dismiss or, in the Alternative, to Compel Arbitration 47. Signed by Judge Robert Echols on 5/18/07. (dt) (Entered: 05/18/2007) |
| 05/18/2007 | 50 | ORDER: Telephone Conference was held on 5/6/07, at the request of the parties to discuss a potential discovery issue. Gramerecy shall have until 5/25/07 to file their motion to dismiss for lack of jurisdiction. The Magistrate Judge would not be inclined to stay written discovery. Signed by Judge Joe Brown on 5/18/07. (dt) (Entered: 05/18/2007) |
| 05/25/2007 | 51 | MOTION for Extension of Time to File Response/Reply as to 46 MOTION to Dismiss *or, in the Alternative, to Compel Arbitration* by John A. Jones, Carleton A. Jones, III. (Attachments: # 1 Proposed Order)(Evans, Winston) (Entered: 05/25/2007) |
| 05/25/2007 | 52 | MOTION to Dismiss *the Amended Complaint for Lack of Personal Jurisdiction or, Alternatively, to Dismiss Pursuant to Fed. R. Civ. P. 9(b), 12(b)(1) and 12(b)(6)* by Gramercy Advisors, LLC. (Attachments: # 1 Exhibit A - Declaration of Jay A. Johnston# 2 Exhibit B - Declaration of Sean F. O'Shea# 3 Exhibit 1 to Exhibit B - Sean F. O'Shea Declaration# 4 Exhibit 2 to Exhibit B - Sean F. O'Shea Declaration# 5 Exhibit 3 to Exhibit B - Sean F. O'Shea Declaration# 6 Exhibit 4 to Exhibit B - Sean F. O'Shea Declaration# 7 Exhibit 5 to Exhibit B - Sean F. O'Shea Declaration# 8 Exhibit 6 to Exhibit B - Sean F. O'Shea Declaration# 9 Exhibit 7 to Exhibit B - Sean F. O'Shea Declaration# 10 Exhibit 8 |

| | | |
|---|---|---|
| | | to Exhibit B - Sean F. O'Shea Declaration# 11 Exhibit 9 to Exhibit B - Sean F. O'Shea Declaration# 12 Exhibit 10 to Exhibit B - Sean F. O'Shea Declaration# 13 Exhibit 11 to Exhibit B - Sean F. O'Shea Declaration# 14 Exhibit 12 to Exhibit B - Sean F. O'Shea Declaration# 15 Exhibit 13 to Exhibit B - Sean F. O'Shea Declaration# 16 Exhibit 14 to Exhibit B - Sean F. O'Shea Declaration# 17 Exhibit 15 to Exhibit B - Sean F. O'Shea Declaration# 18 Exhibit 16 to Exhibit B - Sean F. O'Shea Declaration# 19 Exhibit 17 to Exhibit B - Sean F. O'Shea Declaration# 20 Exhibit 18 to Exhibit B - Sean F. O'Shea Declaration# 21 Exhibit 19 to Exhibit B - Sean F. O'Shea Declaration# 22 Exhibit 20 to Exhibit B - Sean F. O'Shea Declaration# 23 Exhibit 21 to Exhibit B - Sean F. O'Shea Declaration# 24 Exhibit 22 to Exhibit B - Sean F. O'Shea Declaration# 25 Exhibit 23 to Exhibit B - Sean F. O'Shea Declaration# 26 Exhibit 24 to Exhibit B - Sean F. O'Shea Declaration# 27 Exhibit 25to Exhibit B - Sean F. O'Shea Declaration# 28 Exhibit 26 to Exhibit B - Sean F. O'Shea Declaration# 29 Exhibit 27 to Exhibit B - Sean F. O'Shea Declaration# 30 Exhibit 28 to Exhibit B - Sean F. O'Shea Declaration# 31 Exhibit 29 to Exhibit B - Sean F. O'Shea Declaration# 32 Exhibit 30 to Exhibit B - Sean F. O'Shea Declaration# 33 Exhibit 31 to Exhibit B - Sean F. O'Shea Declaration# 34 Exhibit 32 to Exhibit B - Sean F. O'Shea Declaration# 35 Exhibit 33 to Exhibit B - Sean F. O'Shea Declaration# 36 Exhibit 34 to Exhibit B - Sean F. O'Shea Declaration# 37 Exhibit 35 to Exhibit B - Sean F. O'Shea Declaration# 38 Exhibit 36 to Exhibit B - Sean F. O'Shea Declaration# 39 Exhibit 37 to Exhibit B - Sean F. O'Shea Declaration)(Burnstein, Julie) (Entered: 05/25/2007) |
| 05/25/2007 | 53 | MEMORANDUM in Support of 52 MOTION to Dismiss *the Amended Complaint for Lack of Personal Jurisdiction or, Alternatively, to Dismiss Pursuant to Fed. R. Civ. P. 9 (b), 12(b)(1) and 12(b)(6)* filed by Gramercy Advisors, LLC. (Attachments: # 1 Appendix Part 1 of 2# 2 Appendix Part 2 of 2)(Burnstein, Julie) (Entered: 05/25/2007) |
| 05/25/2007 | 54 | MOTION for Leave to Exceed Page Limint for Memoranda of Law re 52 MOTION to Dismiss *the Amended Complaint for Lack of Personal Jurisdiction or, Alternatively, to Dismiss Pursuant to Fed. R. Civ. P. 9(b), 12(b)(1) and 12(b)(6)* by Gramercy Advisors, LLC. (Attachments: # 1 Proposed Order re Motion for Leave to Exceed Page Limit) (Burnstein, Julie) Modified Text on 5/29/2007 (dt). (Entered: 05/25/2007) |
| 05/29/2007 | | Note to Filer re: Docket Entry Nos. 52-54: Signed declarations should be filed as separate events, not as attachments to other pleadings. The Memorandum in Support of Motion should have been filed as an attachment to the Motion for Leave to File, not as a separate entry. These documents do not need to be re-filed unless otherwise directed by the Court. (dt) (Entered: 05/29/2007) |
| 05/30/2007 | 55 | ORDER granting 48 Motion for Extension of Time to File Response to 38 MOTION for Preliminary Injunction Restraining Defendant Gramercy Advisors, LLC, From Pursuing Second-Filed Action in New York. Gramercy Advisors, LLC shall have until 6/4/07, within which to file and serve its response to that Motion. Signed by Judge Robert Echols on 5/30/07. (dt) (Entered: 05/30/2007) |
| 06/01/2007 | 56 | **STRICKEN PER ORDER #67** RESPONSE in Opposition re 46 MOTION to Dismiss *or, in the Alternative, to Compel Arbitration* filed by John A. Jones, Carleton A. Jones, III. (Attachments: # 1 Exhibit IRS Notice to C. Jones# 2 Exhibit IRS Notice to J. Jones) (Shumate, Thomas) Modified on 6/18/2007 (dt, ). (Entered: 06/01/2007) |
| 06/01/2007 | 57 | AFFIDAVIT *of Winston S. Evans* in support of 56 RESPONSE in Opposition re 46 MOTION to Dismiss or, in the Alternative, to Compel Arbitration by John A. Jones, |

| | | |
|---|---|---|
| | | Carleton A. Jones, III. (Shumate, Thomas) Modified Text on 6/4/07 (jb). (Entered: 06/01/2007) |
| 06/01/2007 | 58 | MOTION for Leave to File Excess Pages re 56 RESPONSE in Opposition re 46 MOTION to Dismiss or, in the Alternative, to Compel Arbitration by John A. Jones, Carleton A. Jones, III. (Shumate, Thomas) Modified on 6/4/07 (jb). (Entered: 06/01/2007) |
| 06/04/2007 | 59 | MOTION for Protective Order *Staying Discovery and to Stay Plaintiffs' Motion for Preliminary Injunction Relating to Other Pending Action* by Gramercy Advisors, LLC. (Burnstein, Julie) (Entered: 06/04/2007) |
| 06/04/2007 | 60 | MEMORANDUM in Support of 59 MOTION for Protective Order *Staying Discovery and to Stay Plaintiffs' Motion for Preliminary Injunction Relating to Other Pending Action* filed by Gramercy Advisors, LLC. (Burnstein, Julie) (Entered: 06/04/2007) |
| 06/04/2007 | 61 | DECLARATION of Michael E. Petrella in Support of Motion of Defendant Gramercy Advisors, LLC for a Protective Order Staying Discovery and to Stay Plaintiffs' Motion for Preliminary Injunction Relating to Other Pending Action filed by Gramercy Advisors, LLC re: 60 Memorandum in Support, 59 MOTION for Protective Order *Staying Discovery and to Stay Plaintiffs' Motion for Preliminary Injunction Relating to Other Pending Action*. (Attachments: # 1 Exhibit A - Plaintiffs' Amended Complaint# 2 Exhibit B - Document Requests from Plaintiffs to Gramercy dated April 19, 2007# 3 Exhibit C - Two Sets of Interrogatories from Plaintiffs to Gramercy dated April 19, 2007 and April 20, 2007# 4 Exhibit D - Gramercy's Complaint vs. Plaintiffs filed on April 9, 2007 in U.S. District Court, Southern District of New York# 5 Exhibit E - Investment Management Agreement between Plaintiff Carlton A. Jones, III and Gramercy dated as of June 14, 2002# 6 Exhibit Investment Management Agreement between Plaintiff John A. Jones and Gramercy dated as of June 14, 2002# 7 Exhibit G - Memorandum of Law submitted by Gramercy in support of its May 25, 2007 Motion to Dismiss)(Burnstein, Julie) (Entered: 06/04/2007) |
| 06/04/2007 | 62 | APPENDIX filed by John A. Jones, Carleton A. Jones, III re 56 Response in Opposition to Motion,. (Attachments: # 1 Appendix Part II# 2 Appendix Part III)(Shumate, Thomas) (Entered: 06/04/2007) |
| 06/05/2007 | | Note to Filer re Docket Entry No. 59: The motion filed is for multiple reliefs. This is filed by holding down the control key, scrolling down and highlighting the appropriate reliefs. See Chapter 5(i) of the User Manual for instructions. This document does not need to be re-filed unless otherwise directed by the Court. (dt) (Entered: 06/05/2007) |
| 06/07/2007 | 63 | MOTION for Extension of Time to File Response/Reply by BDO Seidman, LLP. (Attachments: # 1 Proposed Order)(Roark, Brian) (Entered: 06/07/2007) |
| 06/07/2007 | 64 | ORDER: Telephone Conference held on 6/6/07, concerning scheduling issues, in particular, scheduling concerning a response to Gramercy's 52 MOTION to Dismiss 52 and a response to Gramercy's MOTION for Protective Order Staying Discovery and to Stay Plaintiffs' Motion for Preliminary Injunction 59. It is the Magistrate Judge's view that the best way to proceed is to allow the Plaintiffs to respond to the motion for a protective order 59. Such response shall be filed by 6/25/07. The Magistrate Judge will attempt to prepare an order on the matter as soon as practicable after considering the Plaintiffs' response. Depending on the Magistrate Judge's ruling on the motion for a stay 59, the Plaintiffs may have ten days after that ruling in which to respond to the motion to dismiss 52. If additional discovery is allowed, the parties should contact the Magistrate Judge |

| | | |
|---|---|---|
| | | forthwith to determine what additional time may be needed and allowed. Signed by Judge Joe Brown on 6/7/07. (dt) Modified Text on 6/8/2007 (dt). (Entered: 06/08/2007) |
| 06/11/2007 | 65 | ORDER granting 51 Motion for Extension of Time to File Response to 46 MOTION to Dismiss. Plaintiffs shall have until 6/1/07 within which to file their response to the Motion to Dismiss of BDO. Signed by Judge Robert Echols on 6/11/07. (dt) (Entered: 06/11/2007) |
| 06/18/2007 | 66 | ORDER: Defendant Gramercy Advisors LLC's Motion for Leave to Exceed Page Limint for Memoranda of Law 54 is Granted In Part and Denied In Part. Defendant Gramercy Advisors, LLC may file a memorandum in support of its Motion to Dismiss not to exceed 35 pages in length. Any response memorandum filed by Plaintiffs to Gramercy's Motion to Dismiss shall also be limited to 35-pages. Signed by Judge Robert Echols on 6/18/07. (dt) (Entered: 06/18/2007) |
| 06/18/2007 | 67 | ORDER: Plaintiffs' Motion for Leave to File Excess Pages 58 is Granted In Part and Denied In Part. Plaintiff's response 56 is Stricken. Plaintiffs may refile a response not to exceed 30 pages within 7 days of entry of this Order. Defendant Seidman's 63 Motion for Extension of Time to File Reply to 46 MOTION to Dismiss or, in the Alternative, to Compel Arbitration is Granted, and Defendant may file its reply within 10 days after Plaintiffs' response is filed. Defendant Seidman's reply is limited to 10 pages. Signed by Judge Robert Echols on 6/18/07. (dt, ) (Entered: 06/18/2007) |
| 06/21/2007 | 68 | RESPONSE in Opposition re 59 MOTION for Protective Order *Staying Discovery and to Stay Plaintiffs' Motion for Preliminary Injunction Relating to Other Pending Action* filed by John A. Jones, Carleton A. Jones, III. (Attachments: # 1 Appendix A# 2 Appendix B# 3 Appendix C)(Shumate, Thomas) (Entered: 06/21/2007) |
| 06/21/2007 | 69 | **FILED IN ERROR-FOOTERS DO NOT APPEAR-ATTY TO RE-FILE** AFFIDAVIT re 68 Response in Opposition to Motion, *of Winston S. Evans* by John A. Jones, Carleton A. Jones, III. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 # 4 Exhibit 4# 5 Exhibit 5, part 1# 6 Exhibit 5, part 2)(Shumate, Thomas) Modified Text on 6/25/2007 (dt). (Entered: 06/21/2007) |
| 06/21/2007 | 70 | DECLARATION of J. Jones filed by John A. Jones, Carleton A. Jones, III re: 68 Response in Opposition to Motion,. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Shumate, Thomas) (Entered: 06/21/2007) |
| 06/21/2007 | 71 | DECLARATION of C. Jones filed by John A. Jones, Carleton A. Jones, III re: 68 Response in Opposition to Motion,. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10)(Shumate, Thomas) (Entered: 06/21/2007) |
| 06/21/2007 | 72 | MOTION for Leave to to File Appendices re 68 Response in Opposition to Motion, by John A. Jones, Carleton A. Jones, III. (Shumate, Thomas) (Entered: 06/21/2007) |
| 06/25/2007 | | Note to Filer re Docket Entry Nos. 69-71: These documents have been scanned using an incorrect scan size. The scanner should be set to 8.5 x 11. These documents need to be re-filed. (dt) (Entered: 06/25/2007) |

**PACER Service Center**