UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAMERCY ADVISORS, LLC,     ) | |
|     ) | |
| **Plaintiff,**     ) | |
|     ) | |
| v.     ) | Case No. 07-CV-2809 |
|     ) | |
| CARLETON A. JONES, III and     ) | |
| JOHN A. JONES,     ) | Judge McKenna |
|     ) | Magistrate Judge Peck |
| **Defendants,**     ) | |
|     ) | |

## NOTICE OF FILING

Please take notice that the attached Declarations of Defendants, John A. Jones and Carleton A. Jones III, have been filed.

The Declaration of Mr. John A. Jones is attached as **Exhibit 1**.

The Declaration of Mr. Carleton A. Jones III is attached as **Exhibit 2**.

Respectfully submitted,

s/ Winston S. Evans
Winston S. Evans (WE 6081)
Thomas W. Shumate IV (TS 3160)
Evans, Jones & Reynolds, P.C.
1810 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2424
(615) 259-4685

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing **NOTICE OF FILING** has been served via **Electronic Transmission** and via **Federal Express** upon:

Michael Edward Petrella, Esq.
O'Shea Partners, LLP
90 Park Avenue, 20th Floor
New York, NY 10016

Richard D. Meadow, Esq.
The Lanier Law Firm, PLLC
126 East 56th Street, 6th Floor
New York, NY 10022

via **Federal Express** upon:

Hon. Lawrence M. McKenna, District Judge
United States Courthouse
500 Pearl St., Room 1640
New York, NY 10007

this 26th day of June, 2007.

                                                          s/ Winston S. Evans

361400.039