# EXHIBIT 2

November 7, 2002

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

Dear Thomas:

We are pleased to provide you with a statement of JSWONT LLC performance through October 31, 2002.

| Period | Return | JP Morgan Emerging Markets Bond Index + |
|--------|--------|------------------------------------------|
| October | -8.99% | 7.69% |
| YTD | -8.99% | 7.39% |

Your Total Capital Contribution(s) to the Fund                    $1,178,496

Your Capital Account Balance as of October 31, 2002          $1,072,584

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

*If you should have any questions, please do not hesitate to contact the undersigned directly at 203.422.0586.*

Regards,

Scott Seaman
Chief Financial and Operating Officer

The financial information and performance data contained in this monthly report represents interim financial information and is subject to future adjustment and revision, including upon completion of the Fund's annual audit. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, employees or agents are responsible for investment losses. This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately

November 7, 2002

Mr. John Jones
2308 Rambling Road
Johnson City, TN 37604

Dear John:

We are pleased to provide you with a statement of JSWONT LLC performance through October 31, 2002.

| Period | Return | JP Morgan Emerging Markets Bond Index + |
|:------:|:------:|:---------------------------------------:|
| October | -8.99% | 7.69% |
| YTD | -8.99% | 7.39% |

Your Total Capital Contribution(s) to the Fund                $1,178,496

Your Capital Account Balance as of October 31, 2002          $1,072,584

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

*If you should have any questions, please do not hesitate to contact the undersigned directly at 203.422.0586.*

Regards,

*Scott Seaman*

Scott Seaman
Chief Financial and Operating Officer

The financial information and performance data contained in this monthly report represents interim financial information and is subject to future adjustment and revision, including upon completion of the Fund's annual audit. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, employees or agents are responsible for investment losses. This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately

December 9, 2002


Mr. Thomas Duncan
Sagemark Consulting Co.
Re: John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076


Dear Thomas:

We are pleased to provide you with a statement of JSWONT LLC performance through November 30, 2002.

| Period | Return | JP Morgan Emerging Markets Bond Index + |
|--------|--------|------------------------------------------|
| November | -4.60% | 3.20% |
| YTD | -13.18% | 10.82% |

Your Total Capital Contribution(s) to the Fund                $1,178,496

Your Capital Account Balance as of November 30, 2002        $1,023,199

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

*If you should have any questions, please do not hesitate to contact the undersigned directly at 203.422.0586.*

Regards,

*Scott Seaman*

Scott Seaman
Chief Financial and Operating Officer

The financial information and performance data contained in this monthly report represents interim financial information and is subject to future adjustment and revision, including upon completion of the Fund's annual audit. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, employees or agents are responsible for investment losses. This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately

January 9, 2003

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

Dear Thomas:

We are pleased to provide you with a statement of JSWONT LLC performance through December 31, 2002.

| Period | Return | JP Morgan Emerging Markets Bond Index + |
|--------|--------|------------------------------------------|
| December | -1.45% | 3.09% |
| YTD | -14.84% | 14.24% |

Your Total Capital Contribution(s) to the Fund                    $1,145,218

Your Capital Account Balance as of December 31, 2002              $975,280

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

*If you should have any questions, please do not hesitate to contact the undersigned directly at 203.422.0586.*

Regards,

*Scott Seaman*

Scott Seaman
Chief Financial and Operating Officer

The financial information and performance data contained in this monthly report represents interim financial information and is subject to future adjustment and revision, including upon completion of the Fund's annual audit. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, employees or agents are responsible for investment losses. This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

## ACCOUNT STATEMENT FOR THE MONTH ENDED 1/31/03
### (Unaudited)



**Gramercy**

## JSWONT LLC

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

### INVESTOR SUMMARY

| | |
|---|---|
| Opening Capital on 1/1/03 | $975,280 |
| Capital Added/Redeemed | $0 |
| Total Ending Capital 1/31/03 | $984,704 |

| | |
|---|---|
| Percent change for the month (Net) | 0.97% |
| Percent change for the year (Net) | 0.97% |
| JPM Emerging Markets Bond Index for the month | 1.82% |

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for these interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

## ACCOUNT STATEMENT FOR THE MONTH ENDED 2/28/03
### (Unaudited)

**Gramercy**
ADVISORS

## JSWONT LLC

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

### INVESTOR SUMMARY

| | |
|---|---:|
| Opening Capital on 2/1/03 | $984,704 |
| Capital Added/Redeemed | $0 |
| Total Ending Capital 2/28/03 | $988,868 |

| | |
|---|---:|
| Percent change for the month (Net) | 0.42% |
| Percent change for the year (Net) | 1.39% |
| JPM Emerging Markets Bond Index for the month | 3.57% |

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

## ACCOUNT STATEMENT FOR THE MONTH ENDED 3/31/03
### (Unaudited)



**Gramercy**
ADVISORS

## JSWONT LLC

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

---

### INVESTOR SUMMARY

| | |
|---|---|
| Opening Capital on 3/1/03 | $988,868 |
| Capital Added/Redeemed | |
| Total Ending Capital 3/31/03 | $993,473 |

| | |
|---|---|
| Percent change for the month (Net) | 0.47% |
| Percent change for the year (Net) | 1.87% |
| JPM Emerging Markets Bond Index for the month | 2.02% |

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

## ACCOUNT STATEMENT FOR THE MONTH ENDED 4/30/03
### (Unaudited)


**Gramercy**
ADVISORS

## JSWONT LLC

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

### INVESTOR SUMMARY

| | |
|---|---|
| Opening Capital on 4/1/03 | $988,868 |
| Capital Added/Redeemed | |
| Total Ending Capital 4/30/03 | $993,017 |

| | |
|---|---|
| Percent change for the month (Net) | -0.05% |
| Percent change for the year (Net) | 1.82% |
| JPM Emerging Markets Bond Index for the month | 6.24% |

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

## ACCOUNT STATEMENT FOR THE MONTH ENDED 5/31/03
### (Unaudited)



**Gramercy**
ADVISORS

## JSWONT LLC

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

## INVESTOR SUMMARY

| | |
|---|---|
| Opening Capital on 5/1/03 | $993,017 |
| Capital Added/Redeemed | |
| Total Ending Capital 5/31/03 | $984,744 |
| | |
| Percent change for the month (Net) | -0.83% |
| Percent change for the year (Net) | 0.97% |
| JPM Emerging Markets Bond Index for the month | 4.53% |

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

## ACCOUNT STATEMENT FOR THE MONTH ENDED 6/30/03
### (Unaudited)


Gramercy
ADVISORS

## JSWONT LLC

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

### INVESTOR SUMMARY

| | |
|---|---|
| Opening Capital on 6/1/03 | $984,744 |
| Capital Added/Redeemed | |
| Total Ending Capital 6/30/03 | $1,006,993 |
| | |
| Percent change for the month (Net) | 2.26% |
| Percent change for the year (Net) | 3.26% |
| JPM Emerging Markets Bond Index for the month | 0.0% |

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

### ACCOUNT STATEMENT FOR THE MONTH ENDED 7/31/03
**(Unaudited)**



## JSWONT LLC

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

### INVESTOR SUMMARY

| | |
|---|---|
| Opening Capital on 7/1/03 | $1,003,463 |
| Capital Added/Redeemed | |
| Total Ending Capital 7/31/03 | $991,626 |
| Percent change for the month (Net) | -1.18% |
| Percent change for the year (Net) | 1.68% |
| JPM Emerging Markets Bond Index for the month | (3.73)% |

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

## ACCOUNT STATEMENT FOR THE MONTH ENDED 8/31/03
### (Unaudited)


Gramercy
ADVISORS

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $998,119 |
| Percent change for the month (Net) | -1.15% |
| Percent change for the year (Net) | 0.51% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

## ACCOUNT STATEMENT FOR THE MONTH ENDED 9/30/03
### (Unaudited)



**Gramercy**
ADVISORS

## HPENE LLC INVESTMENT SUMMARY

Mr. John Jones
2308 Rambling Road
Johnson City, TN 37604

| | |
|---|---|
| Investment in JSWONT LLC | $982,349 |
| Percent change for the month (Net) | -1.73% |
| Percent change for the year (Net) | -1.23% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

### ACCOUNT STATEMENT FOR THE MONTH ENDED 10/31/03
#### (Unaudited)



Gramercy

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,004,180 |
| Percent change for the month (Net) | 2.22% |
| Percent change for the year (Net) | 0.96% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

## ACCOUNT STATEMENT FOR THE MONTH ENDED 11/30/03
### (Unaudited)



**Gramercy**
ADVISORS

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,003,218 |
| Percent change for the month (Net) | -0.10% |
| Percent change for the year (Net) | 0.86% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

**ACCOUNT STATEMENT FOR THE MONTH ENDED 12/31/03**
**(Unaudited)**



Gramercy
ADVISORS

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,017,647 |
| Percent change for the month (Net) | 1.44% |
| Percent change for the year (Net) | 2.31% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

## ACCOUNT STATEMENT FOR THE MONTH ENDED 1/31/04



**(Unaudited)**

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---:|
| Investment in JSWONT LLC | $1,038,464 |
| Percent change for the month (Net) | 2.05% |
| Percent change for the year (Net) | 2.05% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

## ACCOUNT STATEMENT FOR THE MONTH ENDED 2/29/04



**(Unaudited)**

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---:|
| Investment in JSWONT LLC | $1,066,464 |
| Percent change for the month (Net) | 2.70% |
| Percent change for the year (Net) | 4.81% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

## ACCOUNT STATEMENT FOR THE MONTH ENDED 3/31/04

**(Unaudited)**

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---:|
| Investment in JSWONT LLC | $1,080,068 |
| Percent change for the month (Net) | 1.28% |
| Percent change for the year (Net) | 6.15% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

## ACCOUNT STATEMENT FOR THE MONTH ENDED 4/30/04

**(Unaudited)**



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,114,925 |
| Percent change for the month (Net) | 3.24% |
| Percent change for the year (Net) | 9.59% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

**ACCOUNT STATEMENT FOR THE MONTH ENDED 6/30/04**
**(Unaudited)**



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,116,209 |
| Percent change for the month (Net) | 0.00% |
| Percent change for the year (Net) | 9.72% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

**JSWONT LLC**
**Fee Calculation for the Quarter Ending June 30, 2004**


Gramercy
ADVISORS

| | | 4/30/2004 | 5/31/2004 | 6/30/2004 | Total |
|---|---|---|---|---|---|
| **Management Fees** | Net Asset Value | $1,129,009.39 | $1,117,282.65 | $1,130,309.28 | |
| | Rate (3.00% per annum) | 0.25% | 0.25% | 0.25% | |
| | Management Fees | $2,822.52 | $2,793.21 | $2,825.77 | $8,441.50 |
| | | | | | |
| **Performance Fees** | Net Asset Value subject to Performance Fees | | | $1,127,483.51 | |
| | Highwater Mark * | | | $1,177,965.00 | |
| | Income subject to Performance Fees | | | - | |
| | Rate | | | 20.00% | |
| | Total Performance Fees | | | - | - |
| **Total Quarterly Fees** | | | | | $8,441.50 |

*The net asset value that the capital account must exceed before a performance fee can be charged.

As per the operating agreement of the Fund, expenses related to portfolio management are deducted from your account as they are incurred. These deductions will appear on your monthly brokerage statement.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercyadvisors.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED 7/31/04**

**(Unaudited)**



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,116,296 |
| Percent change for the month (Net) | 0.01% |
| Percent change for the year (Net) | 9.73% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

**ACCOUNT STATEMENT FOR THE MONTH ENDED 8/31/04**
**(Unaudited)**



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---:|
| Investment in JSWONT LLC | $1,136,295 |
| Percent change for the month (Net) | 1.79% |
| Percent change for the year (Net) | 11.69% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

**ACCOUNT STATEMENT FOR THE MONTH ENDED 9/30/04**
(Unaudited)



Gramercy
ADVISORS

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,157,497 |
| Percent change for the month (Net) | 1.87% |
| Percent change for the year (Net) | 13.78% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercyadvisors.com

# JSWONT LLC
## Fee Calculation for the Quarter Ending September 30, 2004



| | | 7/31/2004 | 8/31/2004 | 9/30/2004 | Total |
|---|---|---|---|---|---|
| **Management Fees** | Net Asset Value | $1,132,535.93 | $1,157,850.24 | $1,182,571.10 | |
| | Rate (3.00% per annum) | 0.25% | 0.25% | 0.25% | |
| | Management Fees | $2,831.34 | $2,894.63 | $2,956.43 | $8,682.39 |
| | | | | | |
| **Performance Fees** | Net Asset Value subject to Performance Fees | | | $1,179,614.67 | |
| | Highwater Mark * | | | $1,127,483.51 | |
| | Income subject to Performance Fees | | | $52,131.16 | |
| | Rate | | | 20.00% | |
| | Total Performance Fees | | | $10,426.23 | $10,426.23 |

**Total Quarterly Fees**  $19,108.63

*The net asset value that the capital account must exceed before a performance fee can be charged.

As per the operating agreement of the Fund, expenses related to portfolio management are deducted from your account as they are incurred. These deductions will appear on your monthly brokerage statement.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercyadvisors.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED 10/31/04**
(Unaudited)



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,159,234 |
| Percent change for the month (Net) | 0.15% |
| Percent change for the year (Net) | 13.95% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

**ACCOUNT STATEMENT FOR THE MONTH ENDED 11/30/04**
**(Unaudited)**



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---:|
| Investment in JSWONT LLC | $1,172,158 |
| Percent change for the month (Net) | 1.11% |
| Percent change for the year (Net) | 15.21% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercyadvisors.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED DECEMBER 31, 2004**
**(Unaudited)**



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---:|
| Investment in JSWONT LLC | $1,181,267 |
| Percent change for the month (Net) | 0.78% |
| Percent change for the year (Net) | 16.11% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

**JSWONT LLC**
Fee Calculation for the Quarter Ended December 31, 2004



Gramercy
ADVISORS

| | | 7/31/2004 | 8/31/2004 | 9/30/2004 | Total |
|---|---|---|---|---|---|
| **Management Fees** | Net Asset Value | $1,174,318.42 | $1,190,677.39 | $1,202,207.13 | |
| | Rate (3.00% per annum) | 0.25% | 0.25% | 0.25% | |
| | Management Fees | $2,935.80 | $2,976.69 | $3,005.52 | $8,918.01 |
| | | | | | |
| **Performance Fees** | Net Asset Value subject to Performance Fees | | | $1,199,201.61 | |
| | Highwater Mark * | | | $1,169,188.44 | |
| | Income subject to Performance Fees | | | $30,013.17 | |
| | Rate | | | 20.00% | |
| | Total Performance Fees | | | $6,002.63 | $6,002.63 |
| | | | | | |
| **Total Quarterly Fees** | | | | | $14,920.64 |
| | | | | | |

*The net asset value that the capital account must exceed before a performance fee can be charged.

As per the operating agreement of the Fund, expenses related to portfolio management are deducted from your account as they are incurred. These deductions will appear on your monthly brokerage statement.

**ACCOUNT STATEMENT FOR THE MONTH ENDED 1/31/05**
(Unaudited)



**Gramercy**

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,195,868 |
| Percent change for the month (Net) | 1.24% |
| Percent change for the year (Net) | 1.24% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercyadvisors.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED 2/28/05**
(Unaudited)



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,218,235 |
| Percent change for the month (Net) | 1.87% |
| Percent change for the year (Net) | 3.13% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

**ACCOUNT STATEMENT FOR THE MONTH ENDED March 31, 2005**
(Unaudited)



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,212,775 |
| Percent change for the month (Net) | (0.45%) |
| Percent change for the year (Net) | 2.67% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

# JSWONT LLC
## Fee Calculation for the Quarter Ended March 31, 2005



Gramercy

| | | 1/31/2005 | 2/28/2005 | 3/31/2005 | Total |
|---|---|---|---|---|---|
| **Management Fees** | Net Asset Value | $1,214,670.83 | $1,242,982.63 | $1,233,541.30 | |
| | Rate (3.00% per annum) | 0.25% | 0.25% | 0.25% | |
| | Management Fees | $3,036.68 | $3,107.46 | $3,083.85 | $9,227.99 |
| | | | | | |
| **Performance Fees** | Net Asset Value subject to Performance Fees | | | $1,230,457.45 | |
| | Highwater Mark * | | | $1,253,776.80 | |
| | Income subject to Performance Fees | | | $0 | |
| | Rate | | | 20.00% | |
| | Total Performance Fees | | | $0 | $0 |
| | | | | | |
| **Total Quarterly Fees** | | | | | $9,227.99 |

*The net asset value that the capital account must exceed before a performance fee can be charged.

As per the operating agreement of the Fund, expenses related to portfolio management are deducted from your account as they are incurred. These deductions will appear on your monthly brokerage statement.

**ACCOUNT STATEMENT FOR THE MONTH ENDED 4/30/05**
**(Unaudited)**



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,201,711 |
| Percent change for the month (Net) | (0.91%) |
| Percent change for the year (Net) | 1.73% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED 5/31/05**
(Unaudited)



Gramercy

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,176,779 |
| Percent change for the month (Net) | (2.07%) |
| Percent change for the year (Net) | (0.37%) |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

**ACCOUNT STATEMENT FOR THE MONTH ENDED June 30, 2005**
**(Unaudited)**



# HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,185,449 |
| Percent change for the month (Net) | 0.74% |
| Percent change for the year (Net) | 0.37% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**JSWONT LLC**
**Fee Calculation for the Quarter Ended June 30, 2005**



| | | 4/30/2005 | 5/31/2005 | 6/30/2005 | Total |
|---|---|---|---|---|---|
| **Management Fees** | Net Asset Value | $1,216,891.91 | $1,191,644.80 | $1,200,424.26 | |
| | Rate (3.00% per annum) | 0.25% | 0.25% | 0.25% | |
| | Management Fees | $3,042.23 | $2,979.11 | $3,001.06 | $9,022.40 |
| | | | | | |
| **Performance Fees** | Net Asset Value subject to Performance Fees | | | $1,197,423.20 | |
| | Highwater Mark * | | | $1,225,025.01 | |
| | Income subject to Performance Fees | | | - | |
| | Rate | | | 20.00% | |
| | Total Performance Fees | | | - | - |
| | | | | | |
| **Total Quarterly Fees** | | | | | $9,022.40 |
| | | | | | |

*The net asset value that the capital account must exceed before a performance fee can be charged.

As per the operating agreement of the Fund, expenses related to portfolio management are deducted from your account as they are incurred. These deductions will appear on your monthly brokerage statement.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED 7/31/05**
**(Unaudited)**



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,195,937 |
| Percent change for the month (Net) | 0.88% |
| Percent change for the year (Net) | 1.25% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

**ACCOUNT STATEMENT FOR THE MONTH ENDED 8/31/05**
(Unaudited)


Gramercy™

### HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---:|
| Investment in JSWONT LLC | $1,185,221 |
| Percent change for the month (Net) | (0.90%) |
| Percent change for the year (Net) | 0.34% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

**ACCOUNT STATEMENT FOR THE MONTH ENDED September 30, 2005**
(Unaudited)



**Gramercy**

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---:|
| Investment in JSWONT LLC | $1,173,824 |
| Percent change for the month (Net) | (0.96%) |
| Percent change for the year (Net) | (0.63%) |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

## JSWONT LLC
### Fee Calculation for the Quarter Ended September 30, 2005


Gramercy

|  |  | 7/31/2005 | 8/31/2005 | 9/30/2005 | Total |
|---|---|---|---|---|---|
| **Management Fees** | Net Asset Value | $1,211,044.46 | $1,200,192.94 | $1,188,652.81 |  |
|  | Rate (3.00% per annum) | 0.25% | 0.25% | 0.25% |  |
|  | Management Fees | $3,027.61 | $3,000.48 | $2,971.63 | $8,999.73 |
|  |  |  |  |  |  |
| **Performance Fees** | Net Asset Value subject to Performance Fees |  |  | $1,185,681.18 |  |
|  | Highwater Mark * |  |  | $1,225,025.01 |  |
|  | Income subject to Performance Fees |  |  | - |  |
|  | Rate |  |  | 20.00% |  |
|  | Total Performance Fees |  |  | - | - |
|  |  |  |  |  |  |
| **Total Quarterly Fees** |  |  |  |  | $8,999.73 |

\*The net asset value that the capital account must exceed before a performance fee can be charged.

As per the operating agreement of the Fund, expenses related to portfolio management are deducted from your account as they are incurred. These deductions will appear on your monthly brokerage statement.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED 10/31/05**
(Unaudited)



**Gramercy***

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,158,010 |
| Percent change for the month (Net) | (1.35%) |
| Percent change for the year (Net) | (1.97%) |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED 11/30/05**
(Unaudited)



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,123,732 |
| Percent change for the month (Net) | (2.96%) |
| Percent change for the year (Net) | (4.87%) |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED December 31, 2005**
(Unaudited)



**Gramercy**

### HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Sagemark Consulting Co.
Re: Mr. John Jones
26555 Evergreen Rd. 16th Flr
Southfield, MI 48076

| | |
|---|---|
| Investment in JSWONT LLC | $1,086,654 |
| Percent change for the month (Net) | (3.30%) |
| Percent change for the year (Net) | (8.01%) |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**JSWONT LLC**
Fee Calculation for the Quarter Ended December 31, 2005


**Gramercy**

| | | 10/31/2005 | 11/30/2005 | 12/31/2005 | Total |
|---|---|---|---|---|---|
| **Management Fees** | Net Asset Value | $1,172,638.74 | $1,137,927.20 | $1,100,380.99 | |
| | Rate (3.00% per annum) | 0.25% | 0.25% | 0.25% | |
| | Management Fees | $2,931.60 | $2,844.82 | $2,750.95 | $8,527.37 |
| | | | | | |
| **Performance Fees** | Net Asset Value subject to Performance Fees | | | $1,097,630.04 | |
| | Highwater Mark * | | | $1,225,025.01 | |
| | Income subject to Performance Fees | | | - | |
| | Rate | | | 20.00% | |
| | Total Performance Fees | | | - | - |
| | | | | | |
| **Total Quarterly Fees** | | | | | $8,527.37 |

*The net asset value that the capital account must exceed before a performance fee can be charged.

As per the operating agreement of the Fund, expenses related to portfolio management are deducted from your account as they are incurred. These deductions will appear on your monthly brokerage statement.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED 1/31/06**
(Unaudited)



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Lincoln Financial Advisors
Re: Mr. John Jones
1000 Town Center, 26th Floor
Southfield, MI 48075

| | |
|---|---:|
| Investment in JSWONT LLC | $1,112,980 |
| Percent change for the month (Net) | 2.42% |
| Percent change for the year (Net) | 2.42% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

**ACCOUNT STATEMENT FOR THE MONTH ENDED 2/28/06**
(Unaudited)



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Lincoln Financial Advisors
Re: Mr. John Jones
1000 Town Center, 26th Floor
Southfield, MI 48075

| | |
|---|---:|
| Investment in JSWONT LLC | $1,162,779 |
| Percent change for the month (Net) | 4.47% |
| Percent change for the year (Net) | 7.00% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED MARCH 31, 2006**
**(Unaudited)**



Gramercy˙

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Lincoln Financial Advisors
Re: Mr. John Jones
1000 Town Center, 26th Floor
Southfield, MI 48075

| | |
|---|---:|
| Investment in JSWONT LLC | $1,202,858 |
| Percent change for the month (Net) | 3.45% |
| Percent change for the year (Net) | 10.69% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**JSWONT LLC**
Fee Calculation for the Quarter Ended March 31, 2006



|  |  | 1/31/2006 | 2/28/2006 | 3/31/2006 | Total |
|---|---|---|---|---|---|
| **Management Fees** | Net Asset Value | $1,127,039.41 | $1,177,467.47 | $1,218,053.06 |  |
|  | Rate (3.00% per annum) | 0.25% | 0.25% | 0.25% |  |
|  | Management Fees | $2,817.60 | $2,943.67 | $3,045.13 | $8,806.40 |
|  |  |  |  |  |  |
| **Performance Fees** | Net Asset Value subject to Performance Fees |  |  | $1,215,007.93 |  |
|  | Highwater Mark * |  |  | $1,225,025.01 |  |
|  | Income subject to Performance Fees |  |  | - |  |
|  | Rate |  |  | 20.00% |  |
|  | Total Performance Fees |  |  | - | - |
|  |  |  |  |  |  |
| **Total Quarterly Fees** |  |  |  |  | $8,806.40 |
|  |  |  |  |  |  |

*The net asset value that the capital account must exceed before a performance fee can be charged.

As per the operating agreement of the Fund, expenses related to portfolio management are deducted from your account as they are incurred. These deductions will appear on your monthly brokerage statement.

**ACCOUNT STATEMENT FOR THE MONTH ENDED 4/30/06**
(Unaudited)



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Lincoln Financial Advisors
Re: Mr. John Jones
1000 Town Center, 26th Floor
Southfield, MI 48075

| | |
|---|---|
| Investment in JSWONT LLC | $1,218,704 |
| Percent change for the month (Net) | 1.32% |
| Percent change for the year (Net) | 12.15% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED 5/31/06**
(Unaudited)



Gramercy˙

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Lincoln Financial Advisors
Re: Mr. John Jones
1000 Town Center, 26th Floor
Southfield, MI 48075

| | |
|---|---|
| Investment in JSWONT LLC | $1,240,208 |
| Percent change for the month (Net) | 1.76% |
| Percent change for the year (Net) | 14.12% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED JUNE 30, 2006**
(Unaudited)



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Lincoln Financial Advisors
Re: Mr. John Jones
1000 Town Center, 26th Floor
Southfield, MI 48075

| | |
|---|---|
| Investment in JSWONT LLC | $1,250,400 |
| Percent change for the month (Net) | 0.82% |
| Percent change for the year (Net) | 15.06% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

**JSWONT LLC**
**Fee Calculation for the Quarter Ended June 30, 2006**


Gramercy

| | | 4/30/2006 | 5/31/2006 | 6/30/2006 | Total |
|---|---|---|---|---|---|
| **Management Fees** | Net Asset Value | $1,235,600.26 | $1,262,819.65 | $1,275,720.32 | |
| | Rate (3.00% per annum) | 0.25% | 0.25% | 0.25% | |
| | Management Fees | $3,089.00 | $3,157.05 | $3,189.30 | $9,435.35 |
| | | | | | |
| **Performance Fees** | Net Asset Value subject to Performance Fees | | | $1,272,531.02 | |
| | Highwater Mark * | | | $1,225,025.01 | |
| | Income subject to Performance Fees | | | $47,506.01 | |
| | Rate | | | 20.00% | |
| | Total Performance Fees | | | $9,501.20 | $9,501.20 |
| **Total Quarterly Fees** | | | | | $18,936.55 |

*The net asset value that the capital account must exceed before a performance fee can be charged.

As per the operating agreement of the Fund, expenses related to portfolio management are deducted from your account as they are incurred. These deductions will appear on your monthly brokerage statement.

**ACCOUNT STATEMENT FOR THE MONTH ENDED 7/31/06**
(Unaudited)



**Gramercy**

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Lincoln Financial Advisors
Re: Mr. John Jones
1000 Town Center, 26th Floor
Southfield, MI 48075

| | |
|---|---|
| Investment in JSWONT LLC | $1,254,228 |
| Percent change for the month (Net) | 0.31% |
| Percent change for the year (Net) | 15.42% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED 8/31/06**
**(Unaudited)**



## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Lincoln Financial Advisors
Re: Mr. John Jones
1000 Town Center, 26th Floor
Southfield, MI 48075

| | |
|---|---|
| Investment in JSWONT LLC | $1,263,796 |
| Percent change for the month (Net) | 0.76% |
| Percent change for the year (Net) | 16.29% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED SEPTEMBER 30, 2006**
(Unaudited)



Gramercy

## HPENE LLC INVESTMENT SUMMARY

Mr. Thomas Duncan
Lincoln Financial Advisors
Re: Mr. John Jones
1000 Town Center, 26th Floor
Southfield, MI 48075

| | |
|---|---:|
| Investment in JSWONT LLC | $1,272,810 |
| Percent change for the month (Net) | 0.71% |
| Percent change for the year (Net) | 17.12% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

## JSWONT LLC
### Fee Calculation for the Quarter Ended September 30, 2006



Gramercy

| | | 7/31/2006 | 8/31/2006 | 9/30/2006 | Total |
|---|---|---|---|---|---|
| **Management Fees** | Net Asset Value | $1,271,041.91 | $1,283,152.24 | $1,294,562.35 | |
| | Rate (3.00% per annum) | 0.25% | 0.25% | 0.25% | |
| | Management Fees | $3,177.60 | $3,207.88 | $3,236.41 | $9,621.89 |
| | | | | | |
| **Performance Fees** | Net Asset Value subject to Performance Fees | | | $1,291,325.94 | |
| | Highwater Mark * | | | $1,263,029.82 | |
| | Income subject to Performance Fees | | | $28,296.12 | |
| | Rate | | | 20.00% | |
| | Total Performance Fees | | | $5,659.22 | $5,659.22 |
| **Total Quarterly Fees** | | | | | $15,281.12 |

*The net asset value that the capital account must exceed before a performance fee can be charged.

As per the operating agreement of the Fund, expenses related to portfolio management are deducted from your account as they are incurred. These deductions will appear on your monthly brokerage statement.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED 10/31/06**
(Unaudited)



## HPENE LLC INVESTMENT SUMMARY

Mr. Steven Solys
Lincoln Financial Advisors
Re: Mr. John Jones
1000 Town Center, 26th Floor
Southfield, MI 48075

| | |
|---|---:|
| Investment in JSWONT LLC | $1,286,812 |
| Percent change for the month (Net) | 1.10% |
| Percent change for the year (Net) | 18.41% |

Your ownership percentage of HPENE LLC is 98.91%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**ACCOUNT STATEMENT FOR THE MONTH ENDED 11/30/06**
(Unaudited)



Gramercy

## HPENE LLC INVESTMENT SUMMARY

Mr. Steven Solys
Lincoln Financial Advisors
Re: Mr. John Jones
1000 Town Center, 26th Floor
Southfield, MI 48075

| | |
|---|---|
| Investment in JSWONT LLC | $115,648 |
| Percent change for the month (Net) | (0.33%) |
| Percent change for the year (Net) | 18.02% |

Your ownership percentage of HPENE LLC is 84.88%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

**ACCOUNT STATEMENT FOR THE MONTH ENDED DECEMBER 31, 2006**
(Unaudited)



## HPENE LLC INVESTMENT SUMMARY

Mr. Steven Solys
Lincoln Financial Advisors
Re: Mr. John Jones
1000 Town Center, 26th Floor
Southfield, MI 48075

| | |
|---|---:|
| Investment in JSWONT LLC | $116,646 |
| Percent change for the month (Net) | 0.86% |
| Percent change for the year (Net) | 19.03% |

Your ownership percentage of HPENE LLC is 84.88%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

**JSWONT LLC**
**Fee Calculation for the Quarter Ended December 30, 2006**



Gramercy

| | | 10/31/2006 | 11/30/2006 | 12/31/2006 | Total |
|---|---|---|---|---|---|
| **Management Fees** | Net Asset Value | $1,306,612.61 | $132,133.74 | $129,707.45 | |
| | Rate (0.00% per annum) | 0.00% | 0.00% | 0.00% | |
| | Management Fees | $3,266.53 | $ 0.00 | $ 0.00 | $3,266.53 |
| | | | | | |
| **Performance Fees** | Net Asset Value subject to Performance Fees | | | $129,707.45 | |
| | Highwater Mark * | | | $127,613.99 | |
| | Income subject to Performance Fees | | | $2,093.46 | |
| | Rate | | | 0.00 | |
| | Total Performance Fees | | | - | - |

**Total Quarterly Fees**    $3,266.53

*The net asset value that the capital account must exceed before a performance fee can be charged.

As per the operating agreement of the Fund, expenses related to portfolio management are deducted from your account as they are incurred. These deductions will appear on your monthly brokerage statement.

20 Dayton Avenue • Greenwich, CT 06830 • Tel: 203.552.1900 • Fax: 203.552.1901 • www.gramercy.com

## ACCOUNT STATEMENT FOR THE MONTH ENDED 1/31/07
### (Unaudited)



**Gramercy**

## HPENE LLC INVESTMENT SUMMARY

Mr. Steven Solys
Lincoln Financial Advisors
Re: Mr. John Jones
1000 Town Center, 26th Floor
Southfield, MI 48075

| | |
|---|---:|
| Investment in JSWONT LLC | $117,238 |
| Percent change for the month (Net) | 0.51% |
| Percent change for the year (Net) | 0.51% |

Your ownership percentage of HPENE LLC is 84.88%

*Please note that the above returns are net of management fees, performance fees and other administrative fees.*

The financial information and performance data contained in this monthly report represents interim, unaudited financial information and is subject to future adjustment and revision. Monthly performance is not indicative of the returns that should be expected over the full year period. Past performance is not a guarantee of future performance. Neither Gramercy Advisors, LLC nor its members, affiliates, employees, or agents are responsible for investment losses.

A portion of your capital account balance represents interests in portfolios of distressed debt that are highly illiquid, have no readily available market, and no easily ascertainable value. In its discretion as Sole Manager, Gramercy Advisors, LLC has selected acquisition cost as the most reasonable valuation methodology for those interests on an ongoing basis. These month-end valuations in your portfolio may not reflect values that can be realized. The actual realizable cash value of the distressed debt interests, if any, may vary widely over time, and therefore may be substantially different than the acquisition cost value reflected in your capital account balance.

This monthly report does not constitute an offer, recommendation or solicitation of securities by Gramercy Advisors, LLC or the Fund or any of their affiliates or respective members, employees or agents. This communication is confidential and intended solely for investors in the Fund. If you are not the intended recipient of this communication, please do not read, copy, or use these materials and notify the sender immediately.