# EXHIBIT 3

Mr. John Jones
2308 Rambling Road
Johnson City, TN 37604

Robert Lanava, Head of Operations
20 Dayton Avenue
Greenwich CT 06830
Fax: 203-552-1951

Re: <u>Standard Redemption Request</u>

Dear Robert:

With regard to my Interest in the HPENE LLC, which has an Interest in JSWONT LLC, I authorize a redemption as follows:

| Amount: | 100% |
|---|---|
| Full Redemption: | Yes |
| Redemption Date: | October 31, 2006 |
| Fund Transfer Instructions: | **Please wire to:**<br>SunTrust Bank<br>To checking: ABA# 064207441   ACCT# 0003708450<br>207 Mockingbird Lane<br>Johnson City, TN  37605<br>Phone: 423-461-1090 |
| Special Instructions | |

I am requesting a partial redemption for HPENE LLC from JSWONT LLC for value October 31, 2006. I hereby confirm the terms of the JSWONT LLC Operating Agreement dated September 12, 2002 and my related Investment Management Agreement and all other agreements executed by me in relation to my investments in HPENE LLC and JSWONT LLC, including my Interest Purchase Agreement, my Contribution Agreement and my July 9, 2002 letter to Gramercy Advisors LLC. I further confirm that I have neither received nor relied upon Gramercy Advisors LLC for any legal or tax advice. I agree that I shall not have any claim against Gramercy Advisors LLC or its affiliates, in relation to any investments managed or previously managed by such parties, other than as a direct result of any gross negligence, recklessness, willful misconduct or violations of applicable securities laws

Yours Truly,

_____
Mr. John Jones