# E X H I B I T  6

# Gramercy Mexico NPL Fund II, LLC



## Gramercy Investment Advisors LLC

20 Dayton Avenue
Greenwich, CT 06830
+1-203-552-1900
www.gramercy.com
June 2005

# Gramercy Mexico NPL Fund II, LLC – Contents

| Section | Page |
| --- | --- |
| General Risks | 3 |
| Overview | 4 |
| NPL Investing in Mexico | 6 |
| Pendulum Associates – Loan Portfolio Servicing Strategic Partner | 16 |
| Gramercy's Role: | |
| • Fund Management | 19 |
| • Product Experience | 22 |
| • Investment Process | 29 |
| • Risk Mitigation | 32 |
| Fund Terms | 34 |
| Appendices | 36 |

Gramercy

# Gramercy Mexico NPL Fund II, LLC — General Risks

Investors must have the financial ability and willingness to accept the risk characteristics of the investments described in this material. Prior performance should not be used to predict returns. Performance may be volatile, and investors may experience results which differ materially from those shown. Investors may lose all or a substantial amount of their investment. Fees and other expenses will offset returns.

No assurance can be given that investment objectives will be achieved. This investment strategy involves a substantial degree of risk. Investments in defaulted debt obligations are highly speculative. No assurance can be made that recovery of principal and/or interest will be received or that any collateral recovered will be marketable or sufficient. Recovery on loans made to Mexican institutions involves additional risk considerations. The strategies described in these materials are subject to various other risk factors and potential conflicts of interest. For further information regarding risk factors and potential conflicts of interest, please refer to the relevant offering memorandum and subscription documents.

This document is for informational purposes only and is intended solely for the person to whom it is delivered to on behalf of Gramercy Mexico NPL Fund II, LLC ("GMNPLF2"). This document is confidential and may not be reproduced or distributed without the express written consent of Gramercy Investment Advisors LLC ("Gramercy") or GMNPLF2. This document does not constitute an offer to sell or the solicitation of an offer to purchase any security or investment product. Any such offer or solicitation may only be made by means of delivery of an approved confidential offering memorandum, which qualifies the information contained in this material in its entirety and in the event of a conflict between this material and such information the information in the memorandum shall supersede this material.



Gramercy Mexico NPL Fund II, LLC

3

# Gramercy Mexico NPL Fund II, LLC — Overview

- The Gramercy Mexico NPL Fund II, LLC ("GMNPLF2") is a Delaware limited liability company seeking to raise $75 million at its first closing scheduled to occur on July 31, 2005. Fund size is capped at $125 million and has a $50 million minimum raise; GMNPLF2 has a 4 year term

- Investments are expected to be made in portfolios of non-performing loans ("NPL") being sold at auctions by the Mexican government and/or by private institutions, and may be comprised of commercial and industrial loans, consumer loans (e.g. credit cards and consumer receivables), commercial and residential mortgage loans and other types of non-performing assets

- NPL portfolios are particularly attractive today because NPL portfolio investments can offer superior performance that historically has been virtually non-correlated to fixed income or equity market performance

- Significant numbers of portfolios being offered in Mexico during 2005. Mexico's Bank Savings Protection Institute ("IPAB") will be overseeing the liquidation of approximately US$3 billion of gross assets for the remainder of this year, and competition may be limited

- Gramercy's Co-Managing Partners have invested personal capital in three different Mexican NPL portfolios purchased between August 2002 and October 2003. As of April 2005, these portfolios have generated gross and net [1] inception to date returns of 169.47% and 132.27%, respectively [2]

- In October 2004, Gramercy successfully launched Gramercy Mexico NPL Fund, LLC with capital commitments totaling $90 million. By March 2005, the Fund had fully invested its capital in six mortgage portfolios purchased from GMAC-Auritec. During April and May, collections and restructurings officially commenced and 2.75% of total capital commitments has been returned to investors thus far. Targeted total net returns are 75%-100% over a 3 - 4 year Fund life

- Target net investment returns for GMNPLF2 are in excess of 25% net p.a. [3]. GMNPLF2 is "self-liquidating" throughout its life, unlike typical private equity investments that do not monetize returns until the end of the Fund's term

[1] Pro forma net performance based on the application of GMNPLF2's fee structure as per section 4 of the GMNPLF2 PPM. Application of GMNPLF2's fee structure would result in estimated net performance of 132.27%. Fees include a 2% management fee and a 20% performance fee; performance fee to be assessed on collections in excess of original investment and applicable management fees and expenses.

[2] These investment performance results do not represent the Fund's investments and should not be used to predict the Fund's return. Fund investors may experience results that differ materially from those shown.

[3] The target returns have been established as of the date of this booklet based on existing market conditions and available investment opportunities

4

Gramercy Mexico NPL Fund II, LLC


Gramercy

# Gramercy Mexico NPL Fund II, LLC — Overview

The Fund Manager, Gramercy, is an SEC registered investment advisor and along with affiliated Gramercy companies, manages over $1 billion in client assets. Gramercy's flagship fund, the Gramercy Emerging Market Fund ("GEMF"), specializes in emerging market distressed debt and has generated an18% net compound annual return since April 1999 inception [1]

**GMNPLF2 will be based on the following criteria:**

- Investments are expected to be made in portfolios of performing, partially performing and non-performing loans being sold at auction by IPAB and by other Mexican institutions

- Such portfolios may be comprised of commercial and industrial loans, consumer loans (e.g. credit cards and consumer receivables), commercial and residential mortgage loans and other types of non-performing assets

- Target net investment returns in excess of 25% p.a.

- Gramercy will be the Sole Manager and will commit to an initial investment of no less than 5% of the total capital commitments of the Fund

- Investors must be "qualified purchasers" within the meaning and as such term is defined in the Investment Company Act of 1940

- There will be an initial investment period of eighteen months from closing with a total life of four years from closing, subject to a one year extension at the discretion of the Sole Manager

- The Fund Manager will utilize sensible portfolio diversification guidelines as deemed appropriate, however it is Gramercy's intent to be opportunistic in order to generate target returns. While auctioned portfolios as a whole are generally comprised of thousands of individual loans, GMNPLF2 may experience high concentrations of assets from particular sellers and/or from particular classes of non-performing assets

- GMNPLF2 will engage the services of a Mexico-based loan servicer, Pendulum Associates ("Pendulum"), pursuant to a performance based compensation system, to assist GMNPLF2 in all due diligence, administration, collections, and reporting activities

---

[1] Gramercy Emerging Market Fund's investment performance does not represent GMNPLF2's investments and should not be used to predict GMNPLF2's return. GMNPLF2 investors may experience results that differ materially from those shown. 18% is a net compound annual return based on the compounding of monthly net performance and is net of GEMF tracking partner's 1% management fee and 20% performance fee structure.

Gramercy Mexico NPL Fund II, LLC



Gramercy

# Why NPL Portfolios in Mexico?

## NPL Portfolios are attractive because:

- NPL portfolio investments can offer attractive absolute returns [1]

- NPL portfolio investment performance has been virtually non-correlated to fixed income or equity market performance [2]

- Purchase of diversified portfolios should limit downside risk

- NPL portfolio investment performance has historically had low volatility, generally following a very predictable collection cycle [2]

- Portfolio investments are expected to be self-liquidating over a relatively short period of time, reducing exit risk

### General NPL Portfolio Collection Cycle



Relative Recovery Amounts
(amount recovered per month)

Time (no. of months)

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36

*Note: Does not reflect actual portfolio performance; for illustration purposes only; reflects historical data*

[1] As evidenced by Gramercy Co-Managing Partner portfolio returns on page 26
[1] Source: Gramercy Investment Advisors LLC


Gramercy

6

Gramercy Mexico NPL Fund II, LLC

# Why NPL Portfolios in Mexico?

**NPL Portfolio Investments in Mexico are particularly attractive today because:**

- Significant numbers of portfolios are expected to be offered in 2005. Mexico's IPAB will be overseeing the liquidation of US$3 billion [1] of gross assets for the remainder of this year

- Many of the largest global NPL portfolio investors, such as Morgan Stanley, Deutsche Bank, Lend Lease (formerly Amresco), Lone Star and Goldman Sachs, are currently focused on China and Germany

  - Most global players had entered the Mexican NPL market with large resource commitments in 1996-97, but were disappointed by lack of consistent offerings in the late 1990s

  - Several also suffered by mis-pricing portfolios awarded, paying 25%-50% of the face value of loans and underestimating the difficulties of collections (historical data presented in appendices—conclusion based on general conversations and other anecdotal information)

    - As recent as 2004, GMAC-Auritec Mexico ceased NPL activity in Mexico due to their consistent mispricing of portfolio acquisitions and an inability to generate sufficient revenues to support their large corporate structure and high fixed overhead

- Consolidation under IPAB and current transition to Service of Administration and Disposition of Property ("SAE") have resulted in clearer legal framework for sales of non-performing assets

- Mexican laws relating to collections, bankruptcies and foreclosures have been significantly improved since 2000 and the Mexican local credit bureau now functions quite efficiently

- Pricing targets have been reduced sharply, with most portfolios expected to be sold at single to low double digit levels as a percent of unpaid principal balance ("UPB")

Source: IPAB



Gramercy    Gramercy Mexico NPL Fund II, LLC

# Investment Context:  The Mexican Banking System

**The Mexican banking system has undergone significant change in the last three decades**

- **1982-1990** - Banks nationalized in wake of the 1982 Latin debt crisis

- **1991-1992** - Eighteen banks privatized; purchases restricted to locals, netting government $3.7 billion

- **1992-1994** - Rapid growth of lending; little management expertise; poor regulatory oversight

- **1995-1999** - Massive loan defaults; Bank Fund for the Protection of Savings ("FOBAPROA") oversight; foreign investment rules eased

- **1999-Present** - IPAB assumes oversight role; significant foreign ownership; NPL auctions begin

**Recent Developments**

- Credit bureau system has become much more developed

- Lending activity by banks is still low, although consumer lending has recently picked up

- IPAB/FOBAPROA bailout notes still represent a large portion of portfolios and bank income

## Foreign Bank Ownership Today

| | | |
|---|---|---|
| Bancomer | — | BBVA |
| Banamex | — | Citigroup |
| Serfin | — | Santander |
| Inverlat | — | Bank of Nova Scotia |
| BITAL | — | HSBC |
| Banorte | — | still Mexican owned |

### Intervened Banks

| | |
|---|---|
| Anahuac | Centro |
| Banoro | Cremi |
| Bancrecer | Industrial |
| Banpais | Obrero |
| Capital | Promotor |

### Other Banks Acquired

| | | |
|---|---|---|
| Alianza | by | GECC |
| Atlantico | by | BITAL |
| Confia | by | Citigroup |
| Mexicano | by | Santander |
| Probursa | by | BBVA |
| Promex | by | Bancomer |
| Sureste | by | BITAL |

Gramercy

Gramercy Mexico NPL Fund II, LLC

8

# Investment Context:  Mexican Regulatory Framework

**Mexico's official agencies overseeing Non-Performing Loans:**

- Fondo Bancario de Protección al Ahorro (FOBAPROA), Bank Fund for the Protection of Savings

- Valuación y Venta de Activos (VVA), Valuation and Sale of Assets

- Instituto para la Protección del Ahorro Bancario (IPAB), or the Bank Savings Protection Institute

- Servicio de Administración y Enajenación de Bienes (SAE), or Service of Administration and Disposition of Property



Gramercy

9

**Gramercy Mexico NPL Fund II, LLC**

# Investment Context:  Macroeconomics of Mexico

| Mexico Macroeconomic Statistics | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005F | 2006F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nominal GDP (in US$ billions) | 420.8 | 286.3 | 331.7 | 401.8 | 426.0 | 481.3 | 581.0 | 622.5 | 648.0 | 625.7 | 676.0 | 719.0 | 729.0 |
| Real GDP Growth (%) | 4.5% | -6.2% | 5.2% | 7.0% | 4.8% | 3.7% | 6.6% | -0.1% | 0.7% | 1.3% | 4.4% | 4.0% | 3.3% |
| GDP Per Capita (in US$) | 4,782 | 3,195 | 3,633 | 4,320 | 4,250 | 4,941 | 5,875 | 6,197 | 6,355 | 6,028 | 6,441 | 6,749 | 6,738 |
| Inflation: CPI (% Dec, yoy) | 7.1% | 52.0% | 27.7% | 15.7% | 18.6% | 12.3% | 9.0% | 4.4% | 5.7% | 4.0% | 4.7% | 4.5% | 3.4% |
| Current Account Balance (in US$ billions) | -29.4 | -1.6 | -1.9 | -7.3 | -16.2 | -14.4 | -18.2 | -18.2 | -14.1 | -9.2 | -8.7 | -13.1 | -23.1 |
| Current Account Balance (% of GDP) | -7.0% | -0.6% | -0.6% | -1.8% | -3.8% | -2.9% | -3.1% | -2.9% | -2.2% | -1.5% | -1.3% | -1.8% | -3.2% |
| Trade Balance (in US$ billions) | -18.5 | 7.1 | 6.5 | 0.6 | -7.8 | -5.5 | -8.0 | -10.0 | -7.9 | -5.6 | -8.5 | -14.0 | -25.3 |
| External Debt (in US$ billions) | 162.3 | 172.6 | 167.5 | 154.7 | 152.7 | 167.2 | 159.4 | 159.1 | 161.7 | 165.7 | 159.7 | 159.7 | 158.7 |
| External Debt (% of GDP) | 38.6% | 60.3% | 50.5% | 38.5% | 35.8% | 34.7% | 27.4% | 25.6% | 25.0% | 26.5% | 23.6% | 22.2% | 21.8% |
| Budget Balance (% of GDP) | -10.0% | 0.0% | -0.1% | -0.8% | -1.2% | -1.2% | -1.1% | -0.7% | -1.2% | -0.6% | -0.3% | -0.1% | 0.0% |
| International Reserves, ex Gold (in US$ billions) | 6.3 | 16.8 | 19.4 | 28.8 | 30.1 | 31.8 | 35.5 | 44.7 | 50.6 | 59.0 | 63.0 | 64.5 | 66.5 |
| Short-Term Interest Rates (%, annual average) | 14.7% | 48.2% | 32.9% | 21.6% | 31.0% | 17.4% | 15.2% | 11.2% | 7.1% | 5.8% | 7.3% | 9.6% | 8.8% |
| Exchange Rate (Year End) | 5.32 | 7.64 | 7.85 | 8.10 | 9.90 | 9.51 | 9.62 | 9.16 | 10.37 | 10.80 | 11.23 | 11.15 | 12.30 |
| Exchange Rate (Annual Average) | 3.38 | 6.42 | 7.60 | 7.90 | 9.15 | 9.55 | 9.46 | 9.34 | 9.67 | 10.80 | 11.29 | 11.52 | 12.10 |

Source: IABD, IMF, JPMorgan

## Mexican GDP and Inflation



Source: IABD, IMF, JPMorgan

## The Peso and US$ Adjusted Equity Index



Source: Bloomberg

Gramercy Mexico NPL Fund II, LLC

# Investment Context: Competition

- With the advent of the VVA in 1996, many of the largest global NPL portfolio buyers committed resources and budgets to Mexico. Goldman Sachs, JE Roberts with Bankers Trust (now Deutsche Bank), Amresco (now Lend Lease), GECC, First City/Cargill and others entered the market and established alliances with nascent local servicers. Most were quickly frustrated with the slow pace of offerings, as the process was mired in politics and bureaucracy

- Since IPAB took over in 1999, the offerings of distressed loans has fluctuated dramatically with sales of distressed commercial and industrial (C&I), credit card, consumer and mortgage portfolios ranging from 0.27% to 42% of UPB. By 2001, most of the major global NPL players, such as Morgan Stanley/First City, Goldman Sachs, Deutsche Bank, and Lone Star had lost interest in the Mexican NPL market (with many now focusing on China and Germany)

- Since 2000, the market has been bifurcated between smaller local and regional investors and collections agencies and local bank Banorte (through its Solida recovery banking unit). We have seen the average C&I distressed portfolio market pricing level off to approximately 7-8% of UPB, and for mortgage backed credits at around 30% of UPB

- Currently, the major competitors in the market are Solida, First City, Gramercy, GMACCM and Basilisk

| Mexican NPL Buyers: May 1997- April 2005 | | |
|---|---|---|
| ($US millions) | Amount (UBP) | % |
| Banorte/Solida | 3,535 | 23.45 |
| First City | 2,370 | 15.71 |
| GMAC/Auritec | 1,753 | 11.57 |
| Basilisk | 1,900 | 10.02 |
| Goldman | 1,454 | 9.29 |
| Gramercy | 778 | 6.02 |
| Lone Star | 422 | 2.80 |
| Others | 3,872 | 21.14 |
| Total | 16,082 | |

*Source: Banorte and Gramercy Investment Advisors LLC*



Gramercy

Gramercy Mexico NPL Fund II, LLC

11

# Investment Context:  NPL Portfolio Sales History

## Mexico's NPL Sales History



| (US$ millions) Year | Total UPB Sold | Consideration Paid | Average Price (% of UPB) | Number of Purchases |
|---|---|---|---|---|
| 1997 | $148.3 | $29.1 | 19.6% | 3 |
| 1998 | $1,258.9 | $175.1 | 13.9% | 5 |
| 1999 | $3,343.8 | $449.9 | 13.5% | 3 |
| 2000 | $2,500.1 | $572.4 | 22.9% | 9 |
| 2001 | $2,100.3 | $243.8 | 11.6% | 27 |
| 2002 | $844.6 | $158.3 | 18.7% | 9 |
| 2003 | $1,870.8 | $217.3 | 11.6% | 15 |
| 2004 | $3,110.3 | $378.1 | 12.2% | 16 |
| 2005 (through 4/05) | $905.4 | $97.3 | 10.7% | 3 |
| Total | $16,082.5 | $2,321.2 | 14.4% | 90 |

*Source: IPAB, Banorte, Pendulum, Gramercy Investment Advisors LLC*

Gramercy Mexico NPL Fund II, LLC



12

# Opportunities for Investment:  General Overview

## Size of Market

- IPAB will be overseeing the liquidation of approximately US$ 3 billion [1] of gross assets for the remainder of 2005

- NPLs can be offered, not only through IPAB, but by private banks, finance companies, and SAE (the successor to Fideliq, the RTC for the government development banks)

## Types of Assets

- Commercial & Industrial loans

- Consumer loans including credit cards

- Mortgage backed loans

- REO (foreclosed real estate)

- Other assets

Source: IPAB



Gramercy

13

Gramercy Mexico NPL Fund II, LLC

# Opportunities for Investment:  Possible Remaining 2005 Sales

| Anticipated Auction Date | Originator | Owner / Holder | Portfolio Type | Est. UPB (Ps. mm) | Est. UPB (US$. mm) | Expected Price | Transaction Size (US$mm) |
|---|---|---|---|---|---|---|---|
| June | Bancen-Banpais | IPAB | Commercial | Ps. 9,000 | $818 | 5% | $41 |
| August | Bancrecer (NEWCO) | IPAB | Mortgage | Ps. 900 | $82 | 20% | $16 |
| August | Bancrecer (NEWCO) | IPAB | Mortgage (rents) | Ps. 38 | $3 | 50% | $2 |
| August | BBVA Bancomer | IPAB | Mortgage - Performing | Ps. 3,250 | $295 | 60% | $177 |
| August | Banamex | IPAB | Mortgage - Performing | Ps. 340 | $31 | 60% | $19 |
| August | BBVA Bancomer | IPAB | Mtg non-performing | Ps. 2,300 | $209 | 24% | $50 |
| August | Banamex | IPAB | Mtg non-performing | Ps. 1,430 | $130 | 24% | $31 |
| August | BBVA Frd. BBV | IPAB | Mtg non-performing | Ps. 190 | $17 | 24% | $4 |
| August | BBVA BancomerFideicomiso BBV | IPAB | Commercial | Ps. 445 | $40 | 8% | $3 |
| August | BBVA BancomerFideicomiso Atlas | IPAB | Leases | Ps. 47 | $4 | 5% | $0 |
| August | BBVA BancomerFideicomiso Bancomer | IPAB | Commercial | Ps. 1,500 | $136 | 8% | $11 |
| August | HSBC Fideicomiso I | IPAB | Commercial | Ps. 2,030 | $185 | 8% | $15 |
| August | HSBC Fideicomiso II | IPAB | Commercial | Ps. 835 | $76 | 8% | $6 |
| August | Banorte Fideicomiso I | IPAB | Commercial | Ps. 189 | $17 | 7% | $1 |
| August | Banorte Fideicomiso II | IPAB | Commercial | Ps. 508 | $46 | 7% | $3 |
| August | Banamex | IPAB | Commercial | Ps. 3,500 | $318 | 8% | $25 |
| August | BBVA Bancomer | IPAB | Consumer | Ps. 280 | $25 | 2% | $1 |
| October | BANCO UNION | IPAB | Commercial | Ps. 3,500 | $318 | 4% | $13 |
| August | SANTANDER | IPAB | Corporate | Ps. 1,500 | $136 | 10% | $14 |
| **TOTAL** | | | | **Ps. 31,782** | **$2,889** | **15%** | **$432** |

Note: Sales/Auctions announced to date with preliminary details provided; Source: IPAB

14

Gramercy Mexico NPL Fund II, LLC

Gramercy

# Loan Portfolio Servicing:  Role within the Fund

## General Considerations

- Collections under NPL portfolios is a labor intensive, hands-on process

- Requires local presence with ability to administer and service a variety of assets

  Examples include:

  - Commercial and Industrial: workout officers

  - Mortgages:  heavy legal work

  - Consumer:  call center platform

- Administration and servicing requires tight management controls and solid reporting

## Gramercy Approach

- Performance based compensation for Servicer, ensuring alignment of interests

- Involvement of Servicer from due diligence phase through final collections and reporting

- Servicing fees and expenses to be paid out of collections, not from committed capital

- Fund Manager involvement in all strategic decisions with respect to portfolios; independence for Servicer in running business and managing staff

- Exclusive arrangement with Servicer to ensure proper attention and avoid possible conflicts of interest

- Independent reviews by accounting firms, lawyers, etc.


Gramercy

Gramercy Mexico NPL Fund II, LLC

# Loan Portfolio Servicing: Pendulum Associates

- Pendulum is an independent asset manager and service provider involved in a broad spectrum of non-performing asset investment activities and a complete range of related services. The Company is based in Mexico City and was founded in 1999 to take advantage of the investment opportunities in the Non-Performing Loan sector of the Mexican economy

- Pendulum's founders have over 50 years of combined experience in the management and recovery of Non-Performing Loans throughout the Americas

- The Pendulum staff numbers over 60 individuals, the majority of which are collectors and administrators with experience in the asset recovery phase of Non-Performing Loans

- The internal staff is complemented by a network of collectors, appraisers and attorneys who are familiar with Pendulum's principals from their many years in the business

- Pendulum has worked on behalf of clients including Gramercy, Darby Investments, GMAC, Commercial Mortgage, Ford Credit, Scotiabank, and Direct TV

- Pendulum and Gramercy have forged a strategic relationship which included an infusion of capital by Gramercy into Pendulum in 2004 to facilitate staff upgrades and expansion, infrastructure strengthening and exclusivity of services



Gramercy

Gramercy Mexico NPL Fund II, LLC

# Loan Portfolio Servicing:  Pendulum Associates (cont.)

## Services Offered

- Due-Diligence

- Advisory Services

- Portfolio Analysis

- Asset Management

- Debt Restructuring

## Business Expertise

- Designed and led first private mortgage loan sale in Latin America

- Sale agent for Ps. 3.5 billion commercial and industrial portfolio

- Due diligence on four Latin American banks (three for purchase, one for division into good-bank / bad-bank)

- Performed due diligence for Gramercy on over ten portfolios (C&I, mortgage and consumer receivables) in Mexico and serviced five of them after their acquisition (Gramercy Co-Managing Partner portfolios purchased three of the five between August 2002 and October 2003 – collections continue)

- Performed due diligence for Gramercy on six mortgage portfolios totaling Ps. 929 million and is servicing portfolios after their acquisition (Gramercy Mexico NPL Fund LLC portfolio purchased in March 2005 – collections recently commenced)



**Gramercy Mexico NPL Fund II, LLC**

17

# Loan Portfolio Servicing: Pendulum Associates (cont.)

**Bruce Ian Keith is President and Founder of Pendulum.** Mr. Keith has extensive experience in multiple cultures, having been raised in Latin America and Canada. He spent five years with the Bank of Nova Scotia's Latin American section managing credit and investments and consequently was posted to Banco Inverlat in Mexico City. With Inverlat, he held several Director-level positions focused on restructuring specific business services areas including Deposits, Credit, and Customer Service. As Director of Retail Collections and Work-outs, he held a leadership position on the team that established the bank's collections units and launched the first private distressed asset sale in Latin America. Additionally, he has participated in the due diligence of major banks in Mexico, Chile and Argentina. Mr. Keith holds a Master's degree from the Fletcher School of Law and Diplomacy, Tufts University, Boston with a focus on International Business, and a B.A. with Honours from Queen's University, Canada.

**Roberto E. Colliard is the General Director of Pendulum.** Prior to joining Pendulum in April 2005, Mr. Colliard was Principal Partner of Colliard & Oivieri, heavily involved in the initial public offering ("IPO") on the Mexican Bolsa of Qualitas Cia. De Seguros. Previously Mr. Colliard worked in Grupo Sidek/Situr, as Managing Director in charge of restructuring Co-Investments. Mr. Colliard spent several years as General Coordinator of Corporate assets in VVA – Fobaproa (Mexican RTC) in charge of restructurings, sale of corporate assets and loan portfolios. Prior to joining VVA-Fobaproa, Mr. Colliard was Vice-President and Assistant Representative for London based West Merchant Bank, responsible for promotion, structuring, documentation and closing of Mexican Bank funding as well as industrial loans. Mr. Colliard had started his career in finance in a variety of equity trading roles. Mr. Colliard received an M.B.A. in 1979 from the University of Texas at Austin and has an undergraduate degree in Business from Universidad Anahuac, Mexico City.

**Juan Carlos Hernandez is Director of Collections for Pendulum.** He joined Pendulum after over 15 years in the Mexican banking industry. Mr. Hernandez worked in a wide variety of areas in the banks including project management, systems and operations integrations, operations supervision, deposits, credit and collections. As sub-director for Credit and Collections, Mr. Hernandez oversaw the supervision of collections activities, control systems and portfolio sales. He has a degree in Business Administration from the National Autonomous University of Mexico (1991).



Gramercy Mexico NPL Fund II, LLC

# The Fund Manager:  Overview of Role

- Gramercy's Co-Managing Partners, using capital separate from Gramercy's outside investor funds, have made investments in three different NPL portfolios in Mexico between August 2002 and October 2003.  Net [1] inception to date returns are in excess of 132% [2]

- In October 2004, Gramercy formalized its investment approach to NPL portfolios and expanded the opportunity to Gramercy clients by successfully launching Gramercy Mexico NPL Fund, LLC with capital commitments totaling $90 million.  Since its launch, the fund has fully invested its capital in five mortgage portfolios and one C&I portfolio with collections and restructurings commencing earlier this year

- In keeping with its overall investment style, Gramercy takes a hands-on approach in managing the investment and administration of NPLs.  This involves design of the due diligence scope and procedures, analysis of the portfolio through the "roll-up" in developing a bidding price and strategy, the development of the workout strategy on larger credits, and oversight of the servicer in the general administration of the collection and recovery process

- Gramercy's business philosophy is that the entry price decision in all distressed and opportunistic investments is the key driver to return.  Accordingly, we will continue to participate prudently, not chasing a deal just for the sake of "doing something."  We would prefer to return capital to investors rather than overpay for assets

- Gramercy has the experience and relationship with Pendulum and its principals, as working partners over the last four years, to institutionalize its involvement in this market

Pro forma net performance based on the application of GMNPLF2's fee structure, as per section 4 of the GMNPLF2 PPM.  Application of GMNPLF2's fee structure would result in estimated net performance of 132.27%.  Fees include a 2% management fee and a 20% performance fee, performance fee to be assessed on collections in excess of original investment and applicable management fees and expenses

GMNPLF2 investors may experience results that differ materially from the Mexican NPL portfolios invested in by Gramercy Co-Managing Partners

**Gramercy Mexico NPL Fund II, LLC**

Gramercy

# The Fund Manager:  Gramercy Investment Advisors LLC

- Gramercy capitalizes on the cumulative eighty years of emerging market experience of the Gramercy management team.  The Gramercy team has worked together on various sovereign debt defaults and successfully negotiated corporate restructurings in the process of building a firm which has earned global recognition for its efforts and results

- Gramercy is an SEC registered investment advisor and NASD registered broker/dealer with over $1 billion in assets under management.  Gramercy is investment manager to the Gramercy Emerging Markets Fund ("GEMF") and various individual managed accounts.  GEMF is a hedge fund that specializes in emerging market distressed debt and has generated a 18% net compound annual return since inception in April 1999, with low volatility (monthly standard deviation 3.18%) and low correlation to traditional asset classes [1], [2]

- GEMF is an "event-driven" distressed fund investing in sovereign and corporate emerging markets fixed income securities. Gramercy aggressively participates in the active restructuring of each selected investment situation in order to extract maximum value for our investors, often leading creditor committees and functioning as a catalyst to expedite the completion of a deal on favorable terms within a minimum time period

- As of April 2005, Gramercy managed nearly $300 million worth of Mexican corporate distressed bonds on the long side of the GEMF portfolio.  Corporates currently include such entities as Durango, Iusacell and  Satmex, and have included other investments such as AHMSA and San Luis in the past.  Mexican net exposure is roughly 23% of the GEMF portfolio.  Gramercy maintains an extensive network of contacts in Mexico, including lawyers, accountants, government representatives and various financial advisors

- Gramercy currently maintains an asset pool consisting of five Mexican mortgage portfolios and one Mexican C&I portfolio in Gramercy Mexico NPL Fund, LLC totaling $90 million

- Gramercy, founded in 1998, is located in Greenwich, CT and has a staff of 18 professionals

---

[1]  GEMF inception to date correlation for the April 1999 – April 2005 period is .09 to the EMBI+, .25 to the NASDAQ and .24 to the S&P 500
[2]  These investment performance results do not represent the Fund's investments and should not be used to predict the Fund's return  Fund investors may experience results that differ materially from those shown


Gramercy

**Gramercy Mexico NPL Fund II, LLC**

# Gramercy Management Team

**Robert S. Koenigsberger is the Co-Managing Partner of Gramercy.** Mr. Koenigsberger was previously Senior Vice President at Lehman Brothers from 1995-1998. Mr. Koenigsberger initiated the sub-investment grade sovereign loan trading business at Lehman, which resulted in Lehman making a leadership role in the trading of debt securities from Russia, Poland, Bulgaria, Ecuador, Panama, Peru and Nicaragua. While maintaining expertise in debt restructuring candidates, Mr. Koenigsberger has actively traded sovereign fixed income securities from all of the major non-investment grade countries. Prior to Lehman Brothers, Mr. Koenigsberger was Vice President at Merrill Lynch where he traded emerging market securities in New York, London and Hong Kong from 1992-1995. Prior to that, Mr. Koenigsberger was Vice President at CR-P Associates where he specialized in debt restructurings, fund management, and mergers and acquisitions from 1987-1991. He holds degrees from Wharton (M.B.A. 1993), University of Pennsylvania (M.A. International Studies, 1993) and the University of California, San Diego (B.A. 1987). Mr. Koenigsberger is a registered representative of the NASD (series 7, 63).

**Jay A. Johnston is the Co-Managing Partner of Gramercy.** Prior to joining Gramercy Advisors LLC in September 1999, Mr. Johnston was Managing Director and Head of Emerging Markets Fixed Income Sales at Deutsche Bank Securities, Inc. Previously, Mr. Johnston was Senior Vice President at Lehman Brothers where he was the top producing emerging markets salesperson, ranked second in the firm globally in sales production. From 1984-1996, Mr. Johnston worked in global high yield institutional sales at a variety of institutions including ING Baring Securities, Inc., Oppenheimer & Company, Inc. and Dean Witter Reynolds, Inc. From 1983-1984, he was a Portfolio Manager at Patterson Capital Corporation responsible for managing a $1.3 Billion portfolio of fixed income securities for a variety of U.S. savings and loans institutions. Mr. Johnston holds a Bachelor of Science from University of Florida (Finance with Honors, 1983). Mr. Johnston is a registered representative of the NASD (series 7, 63, 24, 3).

**Robert L. Rauch is a Partner and Director of Research of Gramercy.** Mr. Rauch oversees research and the corporate restructuring activities of Gramercy. He has been or is currently involved as a leading creditor or advisor in the restructuring of numerous companies in Asia and Latin America including Accel, Alestra, Asia Pulp and Paper, Dina, Durango, Essar Steel, Iusacell, Mechala, Medefin, San Luis, Satmex, SIDEK, Synkro, and Transtel. Prior to joining Gramercy in January 2001, Mr. Rauch worked as a consultant to hedge funds managed by Van Eck Global and Farallon Capital Management, specializing in the analysis of emerging markets special situations. From 1994-1999, he was President of The Weston Group, where he was responsible for overseeing the firm's securities research and brokerage activities focusing on Latin America. Mr. Rauch also served as an advisor to various issuers and note holders in the restructuring of corporate debt arrangements, and was an advisor to Mexico's VVA. In the early 1990s, Mr. Rauch worked as a Vice President with Lehman Brothers and CS First Boston in their emerging market fixed income trading groups. In the second half of the 1980s, he was a Vice President and trader with First Interstate Bank's loan syndications group, where he was responsible for structuring and syndicating loan facilities to highly-leveraged American and Asian corporations. In 1980, he began his career with Swiss Bank Corporation in several credit and corporate finance roles. Mr. Rauch received a Masters of Management degree in Finance and International Business from Kellogg Graduate School of Management at Northwestern University and a Bachelor of Arts degree in Political Economy from Williams College. He is a member of the American Bankruptcy Institute. Mr. Rauch is a registered representative of the NASD (series 7, 63, 24).

**Scott G. Seaman, CPA, is a Partner and Chief Financial and Operating Officer of Gramercy.** Prior to joining Gramercy Advisors LLC, Mr. Seaman was the Chief Operating Officer and Chief Financial Officer of J.P. Morgan Fleming Asset Management's Hedge Funds Group and Real Estate Investment Group, from 1999-2002, with responsibility for business growth and operational integrity. Previously, during 1998 he was Manager of the Emerging Markets Strategic Planning Group at J.P. Morgan Securities Inc. responsible for building a global office network. From 1992-1997, Mr. Seaman was head of Emerging Markets Business Analysis and Development, J.P. Morgan Securities, Inc. where he was instrumental in building new products and managing a complex control structure. Prior to joining J.P. Morgan Securities, Inc., he was a Vice President in the J.P. Morgan & Co. Audit Group where he specialized in management consulting to new and rapidly growing sales and trading businesses from 1986 to 1992. Prior to that he was a Senior Audit Analyst at Ernst & Whitney from 1984-1986. He holds a B.S. (Summa Cum Laude) from Long Island University (CW Post Center School of Professional Accountancy 1984), an MBA in finance from New York University – Stern Graduate School of Business (1992), and Mr. Seaman is a registered representative of the NASD (series 7, 63).

Gramercy





# The Fund Manager: GEMF Performance April 1999 – April 2005

## GEMF: Outperforms Traditional Asset Classes

| | |
|---|---|
| GEMF Net* | 169.7% |
| EMBI+** | 127.4% |
| S&P EM** | 73.3% |
| NASDAQ** | (21.9%) |
| S&P 500** | (10.1%) |
| Lehman US Aggregate*** | 44.5% |

160.0%
110.0%
60.0%
10.0%

## GEMF: Offers Low Correlation To Other Asset Classes

| | |
|---|---|
| EMBI+** | 0.09 |
| S&P EM** | 0.20 |
| NASDAQ** | 0.25 |
| S&P 500** | 0.24 |
| Lehman US Aggregate*** | 0.03 |

0.30
0.20
0.10
0.00

## GEMF: Excess Returns Per Unit of Risk Exceed Traditional Asset Classes (Sharpe Ratio)

| | |
|---|---|
| GEMF Net* | 1.27 |
| EMBI+** | 0.97 |
| S&P EM** | 0.38 |
| NASDAQ** | (0.06) |
| S&P 500** | (0.23) |
| Lehman US Aggregate*** | 0.81 |

1.10
0.60
0.10

Source: Gramercy Investment Advisors LLC

Gramercy Mexico NPL Fund II, LLC

22

Gramercy

# The Fund Manager:  Performance in Mexican NPLs

- The Co-Managing Partners of Gramercy have made investments in three different NPL portfolios in Mexico between August 2002 and October 2003.  The three portfolios have very different profiles:  Obrero recoveries have been primarily from judicial seizures of property and sales of the REO (foreclosed properties); Bancrecer was a broadly diversified commercial & industrial loan portfolio, with most recoveries coming from negotiated discounted payoffs; and American Express is a classic credit card consumer portfolio

- Gramercy began working with Pendulum when they were operating with fewer than a dozen personnel, and has provided the guidance and resources necessary to assist Pendulum's management to develop an experienced, comprehensive, and scalable platform.  Gramercy believed that the approach taken with respect to the Co-Managing Partners' portfolios could be institutionalized and Gramercy Mexico NPL Fund, LLC was launched in July 2004

- As of April 2005, the Co-Managing Partner investments have performed as follows [1]:

  - Obrero - On an initial investment of $689,000, gross recoveries have been $2.48 million, and distributions to Gramercy have been $1.45 million; monthly collections continue

  - Bancrecer - On an initial investment of $1.16 million, gross recoveries have been $14.88 million, and distributions to Gramercy have been $6.33 million; monthly collections continue

  - AMEX - On an initial investment of $1.29 million, gross recoveries have been $894,000, and distributions to Gramercy have been $656,000; monthly collections continue

- Gramercy's strategy with its initial three portfolios was to focus on some of the most distressed portfolios that offered a higher degree of risk; Gramercy believes that transactions that are less impaired, with more significant collateral, are less risky and are therefore expected to generate a more moderate return profile

These investment performance results do not represent the Fund's investments and should not be used to predict the Fund's return.  Fund investors may experience results that differ materially from those shown.



Gramercy Mexico NPL Fund II, LLC

23

# The Fund Manager:  Performance in Mexican NPLs (cont.)

| August 2002 – April 2005 | |
| --- | --- |
| **Gramercy Co-Managing Partners' Investments** | |
| *Gross* [1] | 169.47% |
| **Net** [2] | 132.27% |

- Investment performance shown does not represent the investments of GMNPLF2 and should not be used to predict GMNPLF2's return. Investors in GMNPLF2 may experience results that differ materially from those shown

- GMNPLF2's investment strategy involves a substantial degree of risk. Investments in defaulted debt obligations are highly speculative. No assurance can be made that recovery of principal and/or interest will be received. Recovery on loans made to Mexican institutions involve additional risk considerations

[1] An internal private investment vehicle (the "Gramercy Account") whose sole investors are Gramercy's Co-Managing Partners.  The Gramercy Account invested in three different Mexican NPL portfolios between August 2002 and October 2003.  GMNPLF2's investment strategies and policies are expected to be similar to those of the Gramercy Account

[2] Gross returns have not been reduced for management and performance fees that would be paid to Gramercy under the GMNPLF2 format, and other fees and expenses, and, conversely gross returns do include significantly higher Pendulum promotes (e.g. as high as 40% in some cases) which have been reduced to 20% for GMNPLF and GMNPLF2

[3] Pro forma net performance based on the application of GMNPLF2's fee structure, as per section 4 of the GMNPLF2 PPM.  Application of GMNPLF2's fee structure would result in estimated net performance of 132.27%.  Fees include a 2% management fee and a 20% performance fee.  performance fee to be assessed on collections in excess of original investment and applicable management fees and expenses

24



**Gramercy Mexico NPL Fund II, LLC**

Gramercy

# The Fund Manager:  Performance in Mexican NPLs (cont.)

## Note: Collections do not include consideration of residual values

| (Amounts in US$) | As of April 2005 | | | |
| --- | --- | --- | --- | --- |
| | Obrero | Bancrecer | AMEX | Total |
| **Initial Investment** | | | | |
| Purchase Date | 8/31/02 | 1/31/03 | 10/17/03 | |
| Purchase Price | 561,884 | 1,102,576 | 1,198,378 | 2,862,838 |
| Due Diligence Expenses | 43,000 | 23,475 | - | 66,475 |
| Legal Fees | 30,257 | - | 39,704 | 69,961 |
| Servicing Set Up Expenses | 54,000 | 32,110 | 50,000 | 136,110 |
| Total Investment Basis | 689,140 | 1,158,161 | 1,288,082 | 3,135,384 |
| | | | | |
| **Net Collections** | | | | |
| Gross Cash Recoveries | 2,475,320 | 14,879,880 | 894,515 | 18,249,714 |
| Direct Expenses | 354,702 | 1,344,888 | 27,992 | 1,727,582 |
| Gross Earnings | 2,120,618 | 13,534,992 | 866,522 | 16,522,132 |
| Servicer Collection Commissions | 121,123 | 816,814 | 112,648 | 1,050,585 |
| VAT on Commissions | 18,168 | 122,522 | 16,897 | 157,588 |
| Total Commission Expense | 139,291 | 939,336 | 129,545 | 1,208,173 |
| Indirect + Administrative Expenses | 4,217 | 118,836 | 62,660 | 185,712 |
| Total Commissions and Overhead | 143,508 | 1,058,172 | 192,205 | 1,393,885 |
| Earnings before Promote + Taxes | 1,977,110 | 12,476,820 | 674,317 | 15,128,247 |
| | | | | |
| **Distributions** | | | | |
| Pendulum Performance Fee | 171,169 | 2,637,568 | - | 2,808,737 |
| IVA on Pendulum Fees | 25,675 | 395,635 | - | 421,311 |
| Working Capital | 15,001 | 50,000 | 18,156 | 83,157 |
| Mexican Income Taxes Paid | 308,816 | 3,057,243 | - | 3,366,059 |
| Net Cash Distributions to Gramercy | 1,456,449 | 6,336,373 | 656,161 | 8,448,983 |
| Total Distributions | 1,977,110 | 12,476,820 | 674,317 | 15,128,247 |

Note: These investment performance results do not represent the Fund's investments and should not be used to predict the Fund's return.  Fund investors may experience results that differ materially from those shown.

Gramercy Mexico NPL Fund II, LLC



# The Fund Manager:  Performance in Mexican NPLs (cont.)

## Note: Pro forma application of GMNPLF2 management and performance fee structure

| (Amounts in US$) | Total |
|---|---|
| **Net Cash Distribution to Gramercy** (as indicated on page 25) | **8,448,983** |
| Implied Management Fee | (129,661) |
| | |
| Collections available for distribution after payment of management fees | 8,319,322 |
| Original Investment | (3,135,383) |
| | |
| Collections subject to performance fee calculation | 5,183,939 |
| | |
| 20% Performance fee | (1,036,788) |
| | |
| Effective Distributions to Partners after fees | 4,147,151 |
| | |
| *Investment Returns:* | |
| Gross [2] | 169.47% |
| Net of Management Fee [2] | 165.34% |
| Net of Management and Performance Fee [1], [2] | 132.27% |

[1]  Pro forma net performance based on the application of GMNPLF2's fee structure, as per section 4 of the GMNPLF2 PPM.  Application of GMNPLF2's fee structure would result in estimated net performance of 132.27%.  Fees include a 2% management fee and a 20% performance fee, performance fee to be assessed on collections in excess of original investment and applicable management fees and expenses.

[2]  These investment performance results do not represent the Fund's investments and should not be used to predict the Fund's return.  Fund investors may experience results that differ materially from those shown.

Gramercy Mexico NPL Fund II, LLC



# The Fund Manager:  Performance in Mexican NPLs (cont.)

## Projected Net Distributions to Gramercy Co-Managing Partners incl. Estimated Terminal Sales Values

| Date | Obrero | Barrecrecer | AMEX | Total Collections |
|---|---|---|---|---|
| 8/31/02 | (689,140) | | | - |
| 9/30/02 | 52,864 | - | | 52,864 |
| 10/31/02 | 92,684 | - | | 92,684 |
| 11/30/02 | 25,650 | - | | 25,650 |
| 12/31/02 | 48,179 | - | | 48,179 |
| 1/31/03 | - | (1,158,161) | | 125,220 |
| 2/28/03 | - | 125,220 | | 125,220 |
| 3/31/03 | 274,653 | 654,337 | | 928,990 |
| 4/30/03 | 29,949 | 666,504 | | 696,453 |
| 5/31/03 | 3,836 | 318,616 | | 322,452 |
| 6/30/03 | 49,630 | 154,408 | | 204,438 |
| 7/31/03 | 35,787 | 473,249 | | 509,035 |
| 8/31/03 | 33,096 | 362,331 | | 395,427 |
| 9/30/03 | 8,877 | 195,781 | | 204,658 |
| 10/31/03 | 13,612 | 242,969 | | 256,581 |
| 11/30/03 | 69,324 | 185,599 | | 254,922 |
| 12/31/03 | - | 149,860 | | 149,860 |
| 1/31/04 | - | 252,169 | 40,000 | 292,169 |
| 2/28/04 | - | 210,662 | 60,000 | 270,662 |
| 3/31/04 | 7,922 | 223,786 | 50,000 | 281,708 |
| 4/30/04 | 20,480 | 180,147 | 40,000 | 240,627 |
| 5/31/04 | 40,428 | 66,786 | 55,000 | 162,214 |
| 6/30/04 | 77,266 | 161,379 | 40,000 | 276,645 |
| 7/31/04 | 100,803 | 147,160 | 45,000 | 292,963 |
| 8/31/04 | 30,811 | 22,722 | 30,000 | 83,533 |
| 9/30/04 | 29,996 | 232,442 | 35,000 | 297,438 |
| 10/31/04 | 34,766 | 256,243 | 57,000 | 348,009 |
| 11/30/04 | 35,428 | 296,540 | 29,088 | 355,058 |
| 12/31/04 | 25,689 | 61,249 | 35,000 | 121,937 |
| 1/31/05 | 103,496 | 143,978 | 41,524 | 288,998 |
| 2/29/2005 | 22,839 | 250,203 | 32,000 | 305,041 |
| 3/31/05 | 77,787 | 105,086 | 33,500 | 216,373 |
| 4/30/05 | 111,160 | 202,330 | 33,049 | 347,468 |
| 5/31/2005 (est.) [2] | 70,655 | 186,173 | 32,850 | 289,628 |
| 6/30/2005 (est.) [2] | 67,075 | 176,864 | 31,207 | 275,145 |
| 7/31/2005 (est.) [2] | 63,721 | 168,021 | 29,647 | 261,389 |
| 8/31/2005 (est.) [2] | 60,535 | 159,620 | 28,164 | 248,319 |
| 9/30/2005 (est.) [2] | 57,596 | 151,629 | 26,756 | 235,903 |
| 10/31/2005 (est.) [2] | 54,633 | 144,057 | 25,418 | 224,108 |
| Portfolio Sale (est.) [2] | 91,324 | 639,269 | 456,621 | 1,187,214 |
| Initial Investment by Gramercy | $ 689,140 | $ 1,158,161 | $ 1,288,082 | $ 3,135,383 |
| Net Cash Distributions to Gramercy | $ 1,521,851 | $ 7,562,017 | $ 1,286,624 | $ 11,770,891 |
| Gross Return % [3] | 178.98% | 587.47% | -0.10% | 256.28% |
| Net [1] Return % [3] | 138.03% | 465.58% | -4.23% | 200.91% |

[1]  Pro forma net performance based on the application of GMNPLF2's fee structure, as per section 4 of the GMNPLF2 PPM.  Application of GMNPLF2's fee structure would result in estimated projected net performance of 200.91%.  Fees include a 2% management fee and a 20% performance fee, performance fee to be assessed on collections in excess of original investment and applicable management fees and expenses

[2]  Projected collections and portfolio sale amounts were prepared using historical data, current portfolio composition and projected portfolio composition at date of sale.

[3]  These investment performance results do not represent the Fund's investments and should not be used to predict the Fund's return.  Fund investors may experience results that differ materially from those shown

Gramercy Mexico NPL Fund II, LLC

Gramercy

# The Fund Manager:  Performance in Mexican NPLs (cont.)

- In October 2004, Gramercy Mexico NPL Fund, LLC was successfully launched

  - Final capital commitments total $90 million

  - 2.75% of capital commitments have been returned to investors 2 months after assuming control of underlying NPL assets purchased February 2005

- After participating in 3 prior auctions and being out-bid, the Fund was able to fully invest its capital at an appropriate price (within four months of the fund's launch) in five mortgage portfolios and one C&I portfolio consisting of both performing and non-performing loan packages. These assets were less impaired than others purchased by Gramercy in the past and are accompanied by more significant collateral which is less risky and which Gramercy expects will generate a more moderate return profile

- All six packages were purchased from GMAC/Auntec in February 2005 at an average price of 30 cents as Gramercy was able to exploit GMAC's inability to effectively price purchases, operate under their large firm cost structure and their desire to exit the Mexican market as part of their overall global retrenchment.

  - Average collateral to loan value on all six packages is 110% with the largest package representing over 50% of the purchase price at 95%

  - 13.6% of all loans are performing with total average monthly collections for all six packages around Ps. 8 million

- Recognizing GMAC's willingness to exit the Mexican markets and in an effort to appeal to their desire for a speedy turnover process, Gramercy entered a "global bid" for all six loan packages; despite not being the highest bidder on each individual package, Gramercy was awarded all six portfolios and, in the process, was able to effectively obtain the two highly distressed packages for zero value

- We also took advantage of GMAC's decision to exit Mexico through the hiring of selected skilled staff and the purchase of fixed assets (e.g. computer equipment, furniture, software) at "fire sale" prices in order to further build out Pendulum's overall operations

- The targeted investment goal for these packages is to double investors' money over the 4 year term of the fund using a combination of collection strategies and through sales of loan packages

  - Gramercy believes that collections from performing loans will continue at a rate of Ps. 8 million per month

  - Non-performing loans will be restructured by Pendulum's collection agents so that the loans will meet current new mortgage loan underwriting standards

    - If attractive, discounted lump sum payoffs will be considered

    - As a last resort, legal proceedings will be initiated to pursue foreclosure

  - Restructured loans that were previously non-performing will now have a more marketable value and, together with already performing loans, will be packaged up and offered for sale to local financial institutions


Gramercy

28

Gramercy Mexico NPL Fund II, LLC

# Investment Decision-Making Process

- Design of the due diligence scope and procedures

- Analysis of the portfolio through the "roll-up" in developing a bidding price and strategy

- The development of the workout strategy on larger credits

- Oversight of the servicer in the general administration of the collection and recovery process

1) Due Diligence  →  2) Roll-Up and Pricing  →  3) Workout Strategy  →  4) Oversight

= *Appropriate Entry Price and Attractive Recoveries*



Gramercy

# Investment Decision-Making Process (cont.)

<u>**Due Diligence and Pricing Procedures**</u>

- Review of loan database permits design of "20 – 80 review process". Thorough analysis of the 20% of the credits that are projected to generate potentially 80% of the possible recoveries

- Due diligence may include: review of loan files (often presented in optically scanned form); verification of promissory notes; review of legal case, if any (often in progress already); verification of appraisals where appropriate; visits to local mortgage registries

- Bottom-up cumulative approach to nominal valuation: only ascribe value to an asset if there is sufficient information to analyze potential value and understand the process risk of achieving it; this is a conservative approach that provides further potential for additional upside on recoveries

- Develop a preliminary strategy for recovery (negotiated vs. judicial) and assumed recovery time; incremental value contribution will assume all discounts necessary to negotiate a transaction or factor in all expected expenses to monetize a judicial solution; present value calculation will be based on discount rate of 35-45% to factor in overall risk and potential peso volatility

- Calibrate final bid based on NPV of recovery and expected bidding competition


Gramercy

# Investment Decision-Making Process (cont.)

## Collection and Winding-Up Processes

- The Servicer is responsible for preparing a written report for all individual assets with a UPB in excess of Ps. 1 million that must be approved by the Fund Manager

- Resolutions of any asset with a UPB of over Ps. 1 million, or for recoveries in excess of Ps. 1 million, will require Fund Manager approval in the weekly credit committee meeting

- The underlying philosophy is to monetize assets as quickly as possible, such that cash payments at heavily discounted levels are preferred to higher recoveries paid out over time or extremely long court battles, if possible

- The sale of packages of loans based on regional or other criteria is also encouraged

- After approximately 18-24 months of collections on a particular portfolio, solutions that would dispose of the balance of each portfolio are to be considered, so as to be able to wind down the Fund and return capital to investors. Nonetheless, if it appears that good incremental additional collections may be achieved by taking additional time, the Fund Manager will have the discretion to extend the life of the Fund for up to one additional year to pursue extended collections

Gramercy Mexico NPL Fund II, LLC

Gramercy

31

# Risk Mitigation

Gramercy Mexico NPL Fund II, LLC risk mitigation has been designed to be structurally inherent, as well as subjectively being based on years of emerging markets experience and local advisory relationships

- Investment Decision Process: A system based on checks and balances between the Fund Manager and the Servicer. For any investment, there is a four stage process comprising of: formal due diligence; roll-up and pricing; a workout strategy and oversight

- Active Involvement of Fund Manager: The Fund Manager will be an active participant in the resolution process, participating in weekly loan committee meetings and signing off on any case in excess of Ps. 1 million

- Portfolio Diversification: The Fund Manager will utilize sensible portfolio diversification guidelines as deemed appropriate, however it is Gramercy's intent to be opportunistic in order to generate target returns. While auctioned portfolios as a whole are generally comprised of thousands of individual loans, GMNPLF2 may experience high concentrations of assets from particular sellers and/or from particular classes of non-performing assets

- Foreign Exchange: Strategy will include the hedging of the peso's exposure on an opportunistic basis, dependent on Gramercy's view of the Mexican peso relative strength versus the US dollar

- Reporting: The Servicer will provide detailed written monthly reporting to Gramercy, providing a transaction by transaction accounting and summary statistics. The books are reviewed quarterly by the local accounting firm in connection with the preparation of local tax returns, and there will be an annual audit of the operations



Gramercy

Gramercy Mexico NPL Fund II, LLC

# Fund Terms

Gramercy Mexico NPL Fund II, LLC

Gramercy

33

# GMNPLF2 Investment Terms (Refer to PPM for Full Description)

## Investments

**Minimum investment**
$1,000,000

**Closings**
Initial closing of the Fund expected to occur on July 31, 2005; for six months following the initial closing the Fund Manager in its sole discretion may accept additional subscriptions

**Investment Period**
Eighteen months from the initial closing of the Fund

**Term**
Four years from the initial closing, subject to the Fund Manager's right to (a) terminate the Fund at any time or (b) extend the Fund for 1 one-year term

**Investor Qualifications**
Accredited investors and qualified purchasers

## Fees

**Annual management fee**
2% of capital commitments of Members; quarterly in arrears

**Performance fee**
20% of return net of management fee and all expenses

**Expense Cap**
1% p.a. at the Fund level, separate from administrative and performance based fee structure of Servicer

**Servicer Performance Based Fee Structure**
Servicer Collection Commissions: 6% of gross collections on commercial, industrial and real estate portfolios; 13% of gross collections on consumer credit and debt portfolio
Performance Fee: 20% of net collections after return of 110% of initial investments of the Fund in its entirety

## Services

**Auditor**
PricewaterhouseCoopers, LLP

**Legal counsel**
US:     Stroock & Stroock & Lavan LLP;
Mexico:  Bufete Labastida S.C.



Gramercy Mexico NPL Fund II, LLC

34

# Appendices

Gramercy

# Mexican NPL Portfolio Sales History: 1997 – 2005

| Date | Seller | Buyer | Portfolio Description | Admin. Rights | Estimated Face Value (Ps. millions) | Px/US$ FX Rate | US$ Equivalent UFB US$ | Price Paid | Transaction Size (US$ millions) |
|---|---|---|---|---|---|---|---|---|---|
| 04/01/05 | Banco Union | Basika | Commercial/Corporate | | Ps.0.632 | Ps.11.1658 | $594.0 | 1.90% | $11.3 |
| 03/16/05 | IPAB/Intervened Banks | First City | Blended | | Ps.3.35 | Ps.11.2275 | $29.8 | 0.01% | $29.8 |
| 12/20/05 | Auritec | Gramercy | Banobra/Oper. C&I | | Ps.3,140 | Ps.11.1520 | $281.6 | 29.58% | $83.3 |
| 12/03/04 | BBVA-Bancomer | Solida Administración de Portafolios | Mortgage | | Ps.946 | Ps.11.0980 | $85.2 | 24.00% | $20.5 |
| 12/02/04 | Banamex/Confia | Solida Administración de Portafolios | Commercial & Industrial | | Ps.4,067 | Ps.11.1722 | $364.0 | 5.05% | $18.4 |
| 12/02/04 | Banamex/Confia | Solida Administración de Portafolios | Mortgage | | Ps.810 | Ps.11.1722 | $72.5 | 21.00% | $15.2 |
| 12/01/04 | BBVI/HSBC | Solida Administración de Portafolios | Performing Mortgage | | Ps.2,300 | Ps.11.1290 | $206.7 | 10.17% | $21.0 |
| 11/19/04 | Banco Confia (Banamex) | Banorte/Solida | Mortgage | | Ps.494 | Ps.11.3350 | $43.6 | 25.02% | $10.9 |
| 11/16/04 | Banco Confia (Banamex) | Solida Administración de Portafolios | Commercial & Industrial | | Ps.4,878 | Ps.11.3520 | $429.7 | 12.86% | $55.3 |
| 09/08/04 | Banco Oberu | Banco del Bajio | Mortgage | | Ps.376 | Ps.11.5680 | $32.5 | 47.06% | $15.3 |
| 09/07/04 | Banco Union | Solida Administración de Portafolios | Mortgage | | Ps.422 | Ps.11.5750 | $36.5 | 43.33% | $15.8 |
| 09/20/04 | Banco Oberu | Basika | Commercial & Industrial | | Ps.96 | Ps.11.5615 | $8.4 | 1.39% | $0.1 |
| 06/16/04 | Banca Crem, Banco de Oriente, Banco Interestatal Banco Capital (IPAB) | Banco del Bajio, Fincaxa Hipotecaria | Mortgage | | Ps.1,893 | Ps.11.4130 | $165.9 | 50.23% | $83.3 |
| 06/15/04 | Bancrecer (Fenix/IPAB) | Lend Lease, Basilik, Sol. Integr. | Commercial & Industrial | | Ps.9,800 | Ps.11.4600 | $855.1 | 2.54% | $21.7 |
| 05/15/04 | Banamex | First City | Mortgage-Low Inc. Hsg. | | Ps.2,500 | Ps.11.5500 | $216.5 | 18.48% | $40.0 |
| 05/15/04 | Bancomext | First City | FOVI Mortgages | | Ps.2,000 | Ps.11.5500 | $173.2 | 20.00% | $34.6 |
| 04/14/04 | Bancrecer (Fenix/IPAB) | Basilik | Consumer | | Ps.500 | Ps.11.4300 | $43.7 | 1.00% | $0.4 |
| 03/04/04 | Banco Union (IPAB) | Local investors | Mortgage | | Ps.233 | Ps.11.0750 | $21.0 | 89.51% | $18.8 |
| 02/03/04 | Bancrecer (Fenix/IPAB) | Lend Lease, Basilik & Constructiones Practicas | Commercial, Mortgage | | Ps.3,940 | Ps.11.0750 | $355.8 | 1.88% | $6.7 |
| 12/17/03 | Ibat | Banorte | Mortgage | | Ps.2,164 | Ps.11.2215 | $192.8 | 19.93% | $38.8 |
| 12/15/03 | Intervened Banks / IPAB | Auritec | Mortgage | | Ps.3,000 | Ps.11.2215 | $267.3 | 39.00% | $104.3 |
| 12/10/03 | Intervened Banks / IPAB | Capillii Resolucion de Cartera | Mortgage | | Ps.750 | Ps.11.2215 | $66.8 | 37.39% | $24.9 |
| 10/28/03 | Bancrecer | JIF Equity & Debt Assets Corp | Credit Cards | | Ps.757 | Ps.11.0995 | $68.4 | 0.51% | $0.3 |
| 09/30/03 | American Express | Gramercy | Credit Cards | | Ps.637 | Ps.10.9800 | $10.4 | 1.58% | $1.2 |
| 09/23/03 | Bancomer | Banca Quadrum | Commercial & Industrial | | Ps.443 | Ps.10.4250 | $42.5 | 5.00% | $2.1 |
| 07/23/03 | Banorte | Magisterio de Sonora | Mortgage | | Ps.270 | Ps.10.5600 | $25.6 | 24.05% | $6.1 |
| 07/18/03 | Banco Industrial | First City | Commercial & Industrial | | Ps.934 | Ps.10.4878 | $89.1 | 7.16% | $6.4 |
| 07/16/03 | Bancrecer (Fenix/IPAB) | Banorte | Commercial & Industrial | | Ps.980 | Ps.11.2215 | $87.3 | 3.86% | $3.4 |
| 07/01/03 | Bancrecer (Fenix/IPAB) | Local investors | Commercial & Industrial | | Ps.1,344 | Ps.10.4878 | $128.1 | 1.90% | $2.4 |
| 06/10/03 | Intervened Banks / IPAB | ICTI/First City/Arco Prof | Commercial & Industrial | | Ps.3,187 | Ps.10.6250 | $305.7 | 5.00% | $15.3 |
| 06/15/03 | Bancrecer | Legoso | Credit Card | | | Ps.10.6250 | $0.0 | 1.70% | $0.0 |
| 03/10/03 | Bancrecer | Trevino G Abogados | Credit Cards | | Ps.38 | Ps.10.9605 | $3.5 | 10.93% | $0.4 |
| 02/01/03 | Intervened Banks / IPAB | First City | Commercial Assets | | Ps.1,288 | Ps.11.0286 | $117.7 | 7.00% | $10.6 |
| 01/01/01 | Intervened Banks / IPAB | Gramercy | Commercial Assets | | Ps.10,225 | Ps.10.9235 | $411.7 | 0.25% | $11.7 |

*Source: IPAB, Banorte, Pendulum, Gramercy Investment Advisors LLC*

Gramercy Mexico NPL Fund II, LLC



# Mexican NPL Portfolio Sales History: 1997 – 2004 (cont.)

| Date | Seller | Buyer | Portfolio Description | Admin Rights | Estimated Face Value (Ps. millions) | Ps./US$ FX Rate | US$ Equivalent (IPB US$) | Price Paid | Transaction Size (US$ millions) |
|---|---|---|---|---|---|---|---|---|---|
| 12/11/02 | Quadrum | Banorte | Commercial Assets | | Ps. 344 | Ps. 10.4545 | $32.9 | 82.00% | $27.0 |
| 11/22/02 | Crea / IPAB | Lend Lease | Mortgage | | Ps. 1,068 | Ps. 10.1230 | $105.5 | 6.91% | $7.3 |
| 11/05/02 | Interwerd Banks / IPAB | Banorte | Commercial Assets | | Ps. 364 | Ps. 10.1230 | $36.0 | 25.42% | $9.1 |
| 11/05/02 | Crea / IPAB | Habitat (GECC) | Mortgage | | Ps. 648 | Ps. 10.1230 | $64.0 | 27.54% | $17.6 |
| 11/04/02 | Crea / IPAB | Solida Habitat | Mortgage | | Ps. 1,012 | Ps. 10.1850 | $99.4 | 26.78% | $26.6 |
| 09/06/02 | BBVA-Bancomer | Scotto (Banorte, First City & Lone Star) | Mortgage | | Ps. 1,234 | Ps. 10.2125 | $120.8 | 13.72% | $16.9 |
| 08/01/02 | Banco Obrera / Enterprise | Gramercy | Commercial Assets | | Ps. 1,217 | Ps. 9.9100 | $22.1 | 2.54% | $9.6 |
| 06/01/02 | ScotiaBank Inverlat | Lone Star | Commercial Assets | | Ps. 2,400 | Ps. 9.9745 | $240.6 | 17.50% | $42.1 |
| 02/26/02 | Interwerd Banks / IPAB | First City | Commercial Assets | | Ps. 1,104 | Ps. 9.1000 | $121.3 | 9.11% | $11.1 |
| 12/13/01 | Bancorer (Fenu/IPAB) | GMAC Commercial Mtg | Commercial Assets | | Ps. 1,278 | Ps. 9.1745 | $139.3 | 14.03% | $19.5 |
| 10/04/01 | Bancorer (Fenu/IPAB) | Lend Lease | Commercial Assets | | Ps. 1,239 | Ps. 9.2960 | $133.3 | 16.00% | $21.3 |
| 10/01/01 | Inverpmo | Cob. Elm Mexico | Credit Card | | Ps. 82 | Ps. 9.2500 | $8.9 | 1.00% | $0.1 |
| 07/24/01 | Bancorer 2 (Fenu/IPAB) | Auritec | Mortgage | | Ps. 376 | Ps. 9.5550 | $39.4 | 23.43% | $9.3 |
| 07/24/01 | Bancorer 2 (Fenu/IPAB) | Banorte | Mortgage | | Ps. 211 | Ps. 9.5550 | $22.1 | 18.00% | $4.0 |
| 07/24/01 | Bancorer 2 (Fenu/IPAB) | Lone Star | Mortgage | | Ps. 96 | Ps. 9.5550 | $10.1 | 32.11% | $3.2 |
| 07/24/01 | Bancorer 2 (Fenu/IPAB) | Lone Star | Mortgage | | Ps. 151 | Ps. 9.5550 | $15.8 | 30.78% | $4.9 |
| 07/24/01 | Bancorer 2 (Fenu/IPAB) | Lone Star | Mortgage | | Ps. 438 | Ps. 9.5550 | $45.9 | 28.42% | $13.1 |
| 07/24/01 | Bancorer 2 (Fenu/IPAB) | Lone Star | Mortgage | | Ps. 328 | Ps. 9.5550 | $34.4 | 25.43% | $8.7 |
| 07/10/01 | | | Commercial & Industrial | | Ps. 5,463 | Ps. 9.1450 | $597.4 | | $0.0 |
| 07/01/01 | Bancorer | GE Capital & Goldman Sachs | Commercial & Industrial | | Ps. 2,230 | Ps. 9.0650 | $246.0 | 6.00% | $14.8 |
| 06/2001 | Santander / IPAB | First City w/ Cargill, Cerberus & Promecap | Commercial & Industrial | | Ps. 3,075 | Ps. 9.0650 | $339.2 | 15.42% | $52.3 |
| 06/11/01 | Banorte | Bronco | RED Assets | | Ps. 1,000 | Ps. 9.0650 | $110.3 | | $0.0 |
| 04/06/01 | Interwerd Banks / IPAB | Jose Luis Martinez | Consumer | | Ps. 59 | Ps. 9.5550 | $6.2 | 90.00% | $5.6 |
| 04/06/00 | Interwerd Banks / IPAB | Legand | Consumer | | Ps. 35 | Ps. 9.5550 | $3.7 | 1.09% | $0.0 |
| 04/06/00 | Interwerd Banks / IPAB | Legand | Consumer | | Ps. 56 | Ps. 9.5550 | $5.9 | 1.27% | $0.1 |
| 04/06/00 | Interwerd Banks / IPAB | Professional Collections | Consumer | | Ps. 55 | Ps. 9.5550 | $5.8 | 3.82% | $0.2 |
| 04/06/00 | Interwerd Banks / IPAB | Professional Collections | Consumer | | Ps. 95 | Ps. 9.5550 | $9.9 | 3.23% | $0.3 |
| 04/06/00 | Interwerd Banks / IPAB | Professional Collections | Consumer | | Ps. 110 | Ps. 9.5550 | $11.5 | 2.01% | $0.2 |
| 04/06/01 | Interwerd Banks / IPAB | Professional Collections | Consumer | | Ps. 89 | Ps. 9.5550 | $9.3 | 3.05% | $0.3 |
| 04/06/01 | Interwerd Banks / IPAB | Professional Collections | Consumer | | Ps. 47 | Ps. 9.5550 | $4.9 | 5.64% | $0.2 |
| 03/06/01 | Bancorer 1 (Fenu/IPAB) | Banorte | Mortgage | | Ps. 299 | Ps. 9.5550 | $31.4 | 33.20% | $10.4 |
| 03/06/01 | Bancorer 1 (Fenu/IPAB) | Banorte | Mortgage | | Ps. 850 | Ps. 9.5550 | $89.1 | 26.10% | $23.3 |
| 03/06/01 | Bancorer 1 (Fenu/IPAB) | Banorte | Mortgage | | Ps. 912 | Ps. 9.5550 | $95.6 | 26.12% | $25.0 |
| 03/06/01 | Bancorer 1 (Fenu/IPAB) | First City | Mortgage | | Ps. 262 | Ps. 9.5550 | $27.4 | 29.36% | $8.1 |
| 03/06/01 | Bancorer 1 (Fenu/IPAB) | First City | Mortgage | | Ps. 310 | Ps. 9.5550 | $32.5 | 32.31% | $10.5 |
| 03/06/01 | Bancorer 1 (Fenu/IPAB) | Lone Star | Mortgage | | Ps. 206 | Ps. 9.5550 | $21.6 | 38.47% | $8.3 |

Source: IPAB, Banorte, Pendulum, Gramercy Investment Advisors LLC



Gramercy Mexico NPL Fund II, LLC

# Mexican NPL Portfolio Sales History: 1997 – 2004 (cont.)

| Date | Seller | Buyer | Portfolio Description | Admin Rights | Estimated Face Value (Ps. millions) | Ps./US$ FX Rate | US$ Equivalent UPB (US$ | Price Paid | Transaction Size (US$ millions) |
|---|---|---|---|---|---|---|---|---|---|
| 12/06/00 | Serfin, Crem, Union, Obrero & Oriente / IPAB | Auritec | Mortgage | | Ps. 577 | Ps. 9.5820 | $60.2 | 29.26% | $17.7 |
| 12/06/00 | Serfin, Crem, Union, Obrero & Oriente / IPAB | Auritec | Mortgage | | Ps. 227 | Ps. 9.5820 | $23.7 | 42.35% | $10.0 |
| 12/06/00 | Serfin, Crem, Union, Obrero & Oriente / IPAB | Banorte | Mortgage | | Ps. 2,691 | Ps. 9.5820 | $280.8 | 23.10% | $64.9 |
| 12/06/00 | Serfin, Crem, Union, Obrero & Oriente / IPAB | Lone Star / Secured Capital | Mortgage | | Ps. 509 | Ps. 9.5820 | $53.1 | 36.09% | $19.6 |
| 12/06/00 | Serfin, Crem, Union, Obrero & Oriente / IPAB | Sicome (Serfin-Santander) | Mortgage | | Ps. 943 | Ps. 9.5820 | $98.4 | 35.00% | $34.4 |
| 11/28/00 | Invertat / IPAB | SLG (Goldman Sachs, GE Capital) | Commercial & Industrial | | Ps. 1,195 | Ps. 9.4100 | $127.0 | 6.32% | $8.0 |
| 10/24/00 | Banca Crem / IPAB | First City w/ Cargill, Cofecma, Promecap | Commercial & Industrial | | Ps. 2,492 | Ps. 9.9950 | $259.7 | 18.46% | $47.9 |
| 08/23/00 | Serfin II (Grex) / IPAB | Auritec | Commercial, Industrial & Mortgage | | Ps. 7,798 | Ps. 9.1700 | $850.4 | 25.38% | $215.8 |
| 03/08/00 | Santander / IPAB | First City | Commercial & Industrial | | Ps. 6,943 | Ps. 9.2980 | $746.7 | 20.62% | $154.0 |
| 11/23/99 | Union / IPAB | GE Capital Goldman Sachs & Protecap | Commercial & Industrial | Yes | Ps. 7,638 | Ps. 9.4175 | $811.0 | 22.00% | $178.9 |
| 10/27/99 | Banca Serfin / IPAB | Banorte | Commercial, Industrial, REO & Mortgage | Yes | Ps. 20,931 | Ps. 9.9950 | $2,181.4 | 10.76% | $234.7 |
| 10/27/99 | Serfin / IPAB | Banorte | Commercial & Industrial | Yes | Ps. 3,391 | Ps. 9.6520 | $351.3 | 10.33% | $36.3 |
| 12/15/98 | Invertat | GMAC/Auritec | Mortgage | Yes | Ps. 5,090 | Ps. 9.9500 | $511.6 | 12.00% | $61.4 |
| 12/15/98 | Invertat | Goldman, Cargill, First City | Mortgage | Yes | Ps. 2,510 | Ps. 9.9500 | $252.3 | 12.00% | $30.3 |
| 11/25/98 | Banco Obrero | Inverpron | Commercial & Industrial | Yes | Ps. 971 | Ps. 9.8955 | $98.1 | 38.23% | $37.5 |
| 06/16/98 | Obrero / FOBAPROA | BRIMCO | Commercial & Industrial | Yes | Ps. 1,354 | Ps. 10.0405 | $134.9 | 27.40% | $36.8 |
| 08/25/98 | Banorte / FOBAPROA | Amresco/BBV | Commercial & Industrial | Yes | Ps. 2,310 | Ps. 8.7935 | $263.0 | 17.20% | $91.1 |
| 12/15/97 | Union / FOBAPROA | BBV | Credit Cards | Yes | Ps. 125 | Ps. 8.2102 | $15.2 | 115.60% | $17.6 |
| 06/16/97 | Bancrecer | Local Investors | Credit Cards | | Ps. 900 | Ps. 7.7770 | $115.7 | 2.50% | $2.9 |
| 05/15/97 | Intervened Banks VVA | Amresco/Goldman Sachs | Commercial & Industrial | Yes | Ps. 135 | Ps. 7.8035 | $17.3 | 49.50% | $8.6 |
| **Total** | | | | | **Ps. 147,496** | | **$16,082.5** | **14.43%** | **$2,321.2** |

*Source: IPAB, Banorte, Pendulum, Gramercy Investment Advisors LLC*

Note: Does not include the awarding of administration contracts of Bancrecer C&I Portfolio without payment to Fenix with a UPB amount of Ps. 48,823 billion (US$ 5.1 billion) on March 7, 2000 or additional assignment of Ps. 5,463 billion on July 10, 2001



Gramercy

Gramercy Mexico NPL Fund II, LLC