# Exhibit 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/06
```

------------------------------------------------------------x

GRAMERCY ADVISORS, LLC,

                      Plaintiff,

-against-

KENNETH R. THOMPSON,

                      Defendant

------------------------------------------------------------x

05 Civ. 9385 (RJH)

**ORDER**

For the reasons stated on the record during the hearing on September 11, 2006, defendant's motion for a stay [16] is denied and plaintiff's motion for partial summary judgment [11] is granted.

A status conference shall be held on Friday, October 27, 2006 at 11:30 a.m. in the Courtroom of the Hon. Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
       September 12, 2006

                                                _____
                                                Richard J. Holwell
                                                United States District Judge