# EVANS, JONES & REYNOLDS
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW
1810 ONE NASHVILLE PLACE
150 FOURTH AVENUE NORTH
NASHVILLE, TENNESSEE 37219-2424
TELEPHONE (615) 259-4685
FACSIMILE (615) 256-4448
WWW.EJRLAW.COM

JAMES CLARENCE EVANS
RICHARD A. JONES
WINSTON S. EVANS
J. ALLEN REYNOLDS III
PHILLIP BYRON JONES
SAMUEL D. PAYNE
THOMAS W. SHUMATE IV
JEFFREY J. SWITZER
CHRISTOPHER E. HUGAN

ADDRESS REPLY TO:
P.O. BOX 190627
NASHVILLE, TN 37219-0627

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 8/7/07

**MEMO ENDORSED**

August 8, 2007

**VIA FEDERAL EXPRESS**

Hon. Lawrence M. McKenna
United States District Judge
Southern District of New York
500 Pearl St., Room 1640
New York, NY 10007

    RE:    *Gramercy Advisors, LLC v. Carleton A. Jones III and John A. Jones*
            07 CV 2809 (LMM) (AJP)

Dear Judge McKenna:

    I represent the Defendants in this case.

    Now pending before the Court is Defendants' Motion to Defer Motion for Partial Summary Judgment or, in the Alternative, for Time to Conduct Discovery.

    Defendants' response is due on August 13, 2007.

    My daughter is scheduled to have knee surgery tomorrow. Because of the complications which that will present to my schedule, I request an extension of one week within which to file Defendants' reply memorandum.

    Counsel for Plaintiff have authorized me to state that they have no objection to the requested extension.

*Granted. So ordered.*
*[signature] LMM J 8/9/07*

Respectfully yours,

Winston S. Evans

WSE/ls
361400.045 ls

cc:    Jonathan R. Altschuler, Esq. (via facsimile transmission)