UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GRAMERCY ADVISORS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 07-CV-2809 |
| CARLETON A. JONES, III and | ) | |
| JOHN A. JONES, | ) | Judge McKenna |
| | ) | Magistrate Judge Peck |
| Defendants, | ) | |
| | ) | |

SUPPLEMENTARY DECLARATION OF WINSTON S. EVANS

I, Winston S. Evans, hereby affirm under penalty of perjury that the following statements are true and correct.

1.     As used herein, "the Tennessee case" shall mean and refer to that certain lawsuit now pending in the United States District Court for the Middle District of Tennessee, Nashville Division, as *John A. Jones and Carleton A. Jones III v. BDO Seidman, LLP and Gramercy Advisors, LLC* [Case No. 06-1115].

2.     Attached as **Exhibits 1-5** are the following documents which have been filed, served, or both in the Tennessee case:

| Exhibit No. | Description |
|---|---|
| 1 | Response of Plaintiffs Opposing Motion to Dismiss filed by BDO Seidman, LLP |
| 2 | Original Complaint fled on November 20, 2006 |
| 3 | Order filed July 9, 2007 |
| 4 | Order filed August 7, 2007 |
| 5 | Defendant BDO Seidman, LLP's Amended Response and Objections to Plaintiffs' Interrogatory No. 1 |

3.      Attached as **Exhibit 6** is a true and correct copy of an Order entered by United States Magistrate Judge Andrew J. Peck in the case of *Gramercy Advisors. LLC v. Kenneth R. Thompson* (United States District Court for the Southern District of New York) [Case No. 05-9385].

Dated: August 20, 2007.

Winston S. Evans

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **SUPPLEMENTARY DECLARATION OF WINSTON S. EVANS** has been served via **Electronic Transmission and Federal Express** upon:

Michael Edward Petrella, Esq.
O'Shea Partners, LLP
90 Park Avenue, 20th Floor
New York, NY 10016

Richard D. Meadow, Esq.
The Lanier Law Firm, PLLC
126 East 56th Street, 6th Floor
New York. NY 10022

and via **Federal Express** upon:

Hon. Lawrence M. McKenna, District Judge
United States Courthouse
500 Pearl St.. Room 1640
New York, NY 10007

this 20th day of August, 2007.

s/ Winston S. Evans

361400 050

2