# EXHIBIT 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN A. JONES and CARLETON A. JONES, III, <br><br> Plaintiffs <br><br> v. <br><br> BDO SEIDMAN, LLP and GRAMERCY ADVISORS, LLC, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> )    NO. 3:06-01115 <br> ) <br> )    Judge Echols/Brown <br> ) <br> ) <br> ) <br> ) <br> ) |

O R D E R

     A telephone conference was held with the parties on June 28, 2007, concerning Gramercy's motion for a protective order and to stay discovery in this matter (Docket Entry 59). After considering the statements of counsel during the telephone conference as well as the briefs, including the reply memorandum (Docket Entry 80), the Magistrate Judge is of the opinion that this motion should be **GRANTED** in part and **DENIED** in part.

     The parties may take discovery on matters of general jurisdiction until **September 10, 2007**. Discovery may not be taken on the theory of jurisdiction by way of an alleged conspiracy between Gramercy and BDO Seidman. The Plaintiffs shall respond to the pending motion to dismiss for lack of jurisdiction by Gramercy (Docket Entry 52), on or before **September 24, 2007**. Any reply, limited to ten pages, shall be due on or before **October 5, 2007**.

Any contention that the Plaintiffs can establish jurisdiction over Gramercy by way of their conspiracy theory will not be taken up until the issue of traditional jurisdiction has been resolved.

It appears at the present time that the District Judge, has in addition to the motion to dismiss for lack of jurisdiction over Gramercy (Docket entry 52), a motion by the Plaintiffs for a preliminary injunction restraining the Defendant Gramercy from pursuing a second filed action in New York (Docket Entry 38), and a motion to dismiss or in the alternative to compel arbitration by the Defendant BDO Seidman (Docket Entry 46).

The parties are cautioned that this is a 2006 case and the parties should anticipate tight deadlines should jurisdiction be found over Gramercy.

It is so ORDERED.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge