# EXHIBIT 4

```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

JOHN A. JONES and            )
CARLETON A. JONES, III,      )
                             )
    Plaintiffs               )
                             )       NO. 3:06-01115
v.                           )
                             )       Judge Haynes/Brown
BDO SEIDMAN, LLP and         )
GRAMERCY ADVISORS, LLC,      )
                             )
    Defendants               )

## O R D E R

A telephone conference was scheduled with the parties in this matter on August 6, 2007, at their request to discuss certain discovery matters. This case has been transferred from Judge Echols to Judge Haynes and the Magistrate Judge has been advised that Judge Haynes will be conducting his own case management. Accordingly, the parties should file appropriate motions in accordance with the local rules dealing with discovery matters. To the extent the parties believe that additional time will be needed to complete discovery, they should bring that to Judge Haynes' attention.

The parties did conduct a brief discussion with the Magistrate Judge about his earlier discovery order. It was the Magistrate Judge's intention that discovery on jurisdiction would encompass the areas of general jurisdiction and specific acts which would justify jurisdiction. Jurisdiction on the theory of conspiracy would be considered at a later date, if necessary. Of course if jurisdiction is found without reference to the

jurisdiction by conspiracy theory, discovery on allegations of conspiracy could be undertaken as part of the merits of the case.

Absent specific further instructions of the District Judge, the Magistrate Judge will undertake no further activity in this case.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge