UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAMERCY ADVISORS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-CV-2809 |
| CARLETON A. JONES, III and JOHN A. JONES, | ) Judge McKenna |
| | ) Magistrate Judge Peck |
| Defendants, | ) |

**MOTION FOR LEAVE TO WITHDRAW**

Thomas W. Shumate IV ["Mr. Shumate"] moves this Court for leave to withdraw as counsel for Defendants. As grounds for this motion, Mr. Shumate states as follows:

1. Defendants are represented by Winston S. Evans and Thomas W. Shumate IV, of Evans, Jones & Reynolds, P.C.

2. Mr. Shumate recently accepted an offer to join the law firm of Kay, Griffin, Enkema & Brothers, PLLC. Therefore, Mr. Shumate will no longer be representing Defendants. However, Winston S. Evans will continue to represent Defendants as counsel of record in this matter.

3. This withdrawal will not delay the resolution of this case. That is because Mr. Evans will continue to represent Defendants in this matter.

4. Counsel for Plaintiffs have no opposition to this Motion.

A proposed Order is submitted with this Motion.

        Respectfully submitted,

        /s/ Thomas W. Shumate IV
        Thomas W. Shumate IV
        Evans, Jones & Reynolds, P.C.
        1810 One Nashville Place
        150 Fourth Avenue North
        Nashville, TN 37219
        (615) 259-4685
        tshumate@ejrlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW** has been served via **Electronic Transmission** upon:

Michael Edward Petrella, Esq.
O'Shea Partners, LLP
90 Park Avenue, 20th Floor
New York, NY 10016

Richard D. Meadow, Esq.
The Lanier Law Firm, PLLC
126 East 56th Street, 6th Floor
New York, NY 10022

this 14th day of September, 2007.

        /s/Thomas W. Shumate IV
        Thomas W. Shumate IV

361400.055.sm.NY Motion to Withdraw TWS.wpd