UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/01/07

GRAMERCY ADVISORS, LLC,

    Plaintiff,

v.

CARLETON A. JONES, III and
JOHN A. JONES,

    Defendants,

Case No. 07-CV-2809

Judge McKenna
Magistrate Judge Peck

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW

Thomas W. Shumate IV has moved this Court to withdraw as counsel of record for Defendants. It appears the Motion is well taken and that there is no objection to the Motion.

Therefore, Mr. Shumate is allowed to withdraw as counsel for Defendants and Winston S. Evans will continue to represent the Defendants in this matter.

It is so **ORDERED** this __27__ day of __SEPT.__, 2007.

_____
Judge

**APPROVED FOR ENTRY:**

/s/ Thomas W. Shumate IV
Thomas W. Shumate IV
Evans, Jones & Reynolds, P.C.
1810 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
(615) 259-4685
tshumate@ejrlaw.com
Counsel for Defendants


/s/ Winston S. Evans
Winston S. Evans
Evans, Jones & Reynolds, P.C.
1810 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
(615) 259-4685
wevans@ejrlaw.com
Counsel for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW** has been served via **Electronic Transmission** upon:

Michael Edward Petrella, Esq.
O'Shea Partners, LLP
90 Park Avenue, 20th Floor
New York, NY 10016

Richard D. Meadow, Esq.
The Lanier Law Firm, PLLC
126 East 56th Street, 6th Floor
New York, NY 10022

this 14th day of September, 2007.

/s/Thomas W. Shumate IV
Thomas W. Shumate IV

361400.057.sm.Order Granting Motion to Withdraw - NY.wpd