UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAMERCY ADVISORS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-CV-2809 |
| CARLETON A. JONES, III and | ) Judge McKenna |
| JOHN A. JONES, | ) Magistrate Judge Peck |
| Defendants, | ) |

### DEFENDANTS' MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Defendants, Carleton A. Jones, III and John A. Jones, by and through the undersigned counsel, and pursuant to Local Rule 1.3, United States District Court Rules, Southern District of New York, file this motion requesting the admission, *pro hac vice*, of Jeffrey J. Switzer. Supporting affidavits are attached hereto as **Exhibit A** and a copy of a proposed Order is attached hereto as **Exhibit B**. The grounds upon which this motion is based are as follows:

1. Mr. Switzer practices with the firm of Evans, Jones & Reynolds, P.C. in Nashville, Tennessee.

2. Mr. Switzer is a member in good standing of the bar of Tennessee and the United States District Court for the Middle District of Tennessee (Certificate of Good Standing is attached hereto as **Exhibit C**).

3. Mr. Switzer does not appear regularly in this Court to such a degree as to constitute the regular practice of law in the State of New York.

4. Richard D. Meadow and The Lanier Law Firm have been designated as local counsel for Defendants. All notices and papers may be served upon them, and they will be responsible for the progress of the case.

5. Mr. Switzer is familiar with the Local Rules and agrees to abide by them, as well as the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the New York Bar.

WHEREFORE, Defendants request that Mr. Switzer be admitted *pro hac vice* pursuant to Rule 1.3, United States District Court Rules, Southern District of New York.

This the 14th day of February, 2008.

THE LANIER LAW FIRM, P.L.L.C.

By: _____
Richard D. Meadow (#1963578)
126 East 56th Street, 6th Floor
New York, NY 10022
Phone: (212) 421-2800
Fax:   (212) 421-2878
rdm@lanierlawfirm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Richard D. Meadow, do hereby certify that the foregoing *document* was served upon all parties of record by mailing a copy thereof to their counsel of record at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in accordance with Federal Rules of Civil Procedure.

This the 14th day of February, 2008.

THE LANIER LAW FIRM, P.L.L.C.

By: _____
Richard D. Meadow (#1963578)
126 East 56th Street, 6th Floor
New York, NY 10022
Phone: (212) 421-2800
Fax:   (212) 421-2878
rdm@lanierlawfirm.com

*Attorneys for Defendants*

SERVED:

Sean F. O'Shea, Esq.
O'Shea Partners, LLP
90 Park Avenue, 20th Floor
New York, NY 10016

Hon. Lawrence M. McKenna, District Judge
United States Courthouse
500 Pearl St., Room 1640
New York, NY 10007

Hon. Andrew J. Peck, Magistrate Judge
United States Courthouse
500 Pearl St., Room 1370
New York, NY 10007

361400.069

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAMERCY ADVISORS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 07-CV-2809 |
| CARLETON A. JONES, III and ) | |
| JOHN A. JONES, ) | Judge McKenna |
| ) | |
| Defendants, ) | |
| ) | |

### AFFIDAVIT OF JEFFREY J. SWITZER

STATE OF TENNESSEE  )
                    )
COUNTY OF DAVIDSON  )

Jeffrey J. Switzer, of full age, being duly sworn upon his oath deposes and says:

1. I am a member in good standing of the Tennessee Bar.

2. I hereby consent to be subject to the jurisdiction and rules of the United States District Court for the Southern District of New York governing professional conduct.

FURTHER AFFIANT SAITH NOT.

_____
Jeffrey J. Switzer

Sworn to and subscribed before me

this the 5th day of February, 2008.

_Lisa V Spiess_____
NOTARY PUBLIC

My Commission Expires: 9-25-10

361400.070

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAMERCY ADVISORS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-CV-2809 |
| CARLETON A. JONES, III and JOHN A. JONES, | ) Judge McKenna |
| Defendants, | ) |

### AFFIDAVIT OF RICHARD D. MEADOW

STATE OF NEW YORK     )
                      )
COUNTY OF NEW YORK    )

Richard D. Meadow, being duly sworn, hereby deposes and says as follows:

1. I am Of Counsel at The Lanier Law Firm, PC, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' Motion to Admit Jeffrey J. Switzer as counsel *pro hac vice* to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Switzer is a shareholder of Evans, Jones & Reynolds, P.C. in Nashville, Tennessee.

4. I believe Mr. Switzer to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Mr. Switzer, *pro hac vice*.

6. I respectfully submit a proposed Order granting the admission of Jeffrey J. Switzer, *pro hac vice*, which is attached as Exhibit B to Defendants' Motion to Admit Counsel *Pro Hac Vice*.

_____
Richard D. Meadow

Sworn to and subscribed before me this 14th day of February, 2008.

_____
Notary Public

My Commission Expires: 3/30/2010

361400.071

KAREN M. HOFFMIRE
Notary Public, State of New York
No. 01HO6004716
Qualified in KINGS County
Commission Expires 3/30/2010

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAMERCY ADVISORS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-CV-2809 |
| CARLETON A. JONES, III and JOHN A. JONES, | ) Judge McKenna |
| Defendants, | ) |

**ORDER ADMITTING COUNSEL *PRO HAC VICE*** 

This matter came before the Court upon the motion of Defendants for an order admitting Jeffrey J. Switzer to practice before this Court, *pro hac vice*. NOW THEREFORE, IT IS

ORDERED AND ADJUDGED THAT Jeffrey J. Switzer is hereby admitted, *pro hac vice*, to practice in the United States District Court for the Southern District of New York with respect to the above-captioned matter.

This the ___ day of _____, 2008.

_____
U.S. District Court Judge
Southern District of New York

361400.072

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF TENNESSEE**

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY that **JEFFREY J. SWITZER** was duly admitted to practice in said Court on **March 13, 2002**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on February 4, 2008



KEITH THROCKMORTON, CLERK

By 
Deputy Clerk