*Mc Kara, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: 2/29/08                  │
└─────────────────────────────────────┘
```

GRAMERCY ADVISORS, LLC,                )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )
                                       )   Case No. 07-CV-2809
CARLETON A. JONES, III and             )
JOHN A. JONES,                         )   Judge McKenna
                                       )
        Defendants,                    )
                                       )

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter came before the Court upon the motion of Defendants for an order admitting

Jeffrey J. Switzer to practice before this Court, *pro hac vice*. NOW THEREFORE, IT IS

ORDERED AND ADJUDGED THAT Jeffrey J. Switzer is hereby admitted, *pro hac vice*,

to practice in the United States District Court for the Southern District of New York with respect

to the above-captioned matter.

This the **29** day of _____ *FEB* _____, 2008.

_____
U.S. District Court Judge
Southern District of New York

361400 072

**REC**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRAMERCY ADVISORS, LLC,                  )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   )
                                         )    Case No. 07-CV-2809
CARLETON A. JONES, III and               )
JOHN A. JONES,                           )    Judge McKenna
                                         )    Magistrate Judge Peck
            Defendants,                   )
                                         )

## DEFENDANTS' MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Defendants, Carleton A. Jones, III and John A. Jones, by and through the undersigned

counsel, and pursuant to Local Rule 1.3, United States District Court Rules, Southern District of

New York, file this motion requesting the admission, *pro hac vice*, of Jeffrey J. Switzer. Supporting

affidavits are attached hereto as **Exhibit A** and a copy of a proposed Order is attached hereto as

**Exhibit B**. The grounds upon which this motion is based are as follows:

    1.    Mr. Switzer practices with the firm of Evans, Jones & Reynolds, P.C. in Nashville,

Tennessee.

    2.    Mr. Switzer is a member in good standing of the bar of Tennessee and the United

States District Court for the Middle District of Tennessee (Certificate of Good Standing is attached

hereto as **Exhibit C**).

    3.    Mr. Switzer does not appear regularly in this Court to such a degree as to constitute

the regular practice of law in the State of New York.

4.      Richard D. Meadow and The Lanier Law Firm have been designated as local counsel

for Defendants. All notices and papers may be served upon them, and they will be responsible for

the progress of the case.

5.      Mr. Switzer is familiar with the Local Rules and agrees to abide by them, as well as

the Code of Professional Responsibility and other ethical limitations or requirements governing the

professional behavior of members of the New York Bar.

WHEREFORE, Defendants request that Mr. Switzer be admitted *pro hac vice* pursuant to

Rule 1.3, United States District Court Rules, Southern District of New York.

This the 1⁴ᵗʰ day of February, 2008.

THE LANIER LAW FIRM, P.L.L.C.

By: _____

Richard D. Meadow (#1963578)
126 East 56th Street, 6th Floor
New York, NY 10022
Phone: (212) 421-2800
Fax:    (212) 421-2878
rdm@lanierlawfirm.com

*Attorneys for Defendants*

2